# EXHIBIT "A"

8/26/10  JGR interview with Carl Walker, Oakdale FCI, Oakdale, LA

This is James Rytting speaking.  It is August 26, 2010, approx. 11 o'clock.  I'm waiting for Carl Walker, an inmate at FCI Oakdale, which is where I am at at the moment in the witness interview room and we are to conduct an interview regarding the case of Ronald Jeffrey Prible and what Mr. Walker learned while he was housed with Mr. Prible in the Beaumont FCI, circa 2000.  I expect Mr. Walker to be here shortly, there is a bit of a delay.  This is the low level security.

**JGR:**  There we go.  Let's start moving right now.  Carl Walker is here and we are going to begin the interview, ok Carl?  He has agreed to allow me to tape the interview, is that correct, Mr. Walker?

**CW:**  Yes, I have agreed to allow you to tape this interview.

**JGR:**   Alright.  Where are you at in your sentence?  How long do you have to go?

**CW:**  Well, currently, I'm looking at about 10 years, maybe 11 more, depending on how this crack law … if it becomes retroactive or not.

**JGR:**  Right.

**CW:**  The 18 to 1.

**JGR:**  Yeah.

**CW:**   If it becomes retroactive, I'll have as little as maybe 50 months left.

**JGR:**  Oh.  Keep hopes up for that one.  There may be a decent chance for that to happen.  Ok.  Or being ruled retroactive.  Let's see, and you were, unfortunately, sentenced in Houston, right?

**CW:**  No, I was sentenced in Florida.

**JGR:**  Ok.  Alright, because I know that our, the former AUSA, was against any review of those types of cases.

**CW:**  Oh, really.

**JGR:**   But he is gone now.

**CW:**  What is AUSA?

**JGR:**  The, ah, well, he was the U.S. Attorney, actually.

**CW:**  Aw, U.S. Attorney.

**JGR:**  The U.S. Attorney.  The former one.  But not now.

**CW:** No longer.

**JGR:** Don DeGabrielle used to be against, the guy just refused to review these cases. But with the change of administration, there should be a decent chance, even in Houston, TX.

**CW:** Ok.

**JGR:** So, um, you spoke with J.J. Gradoni. Correct?

**CW:** Yeah.

**JGR:** You remember that? It was about a year ago.

**CW:** Yes, I did talk with him about a year ago.

**JGR:** And that was about the Ronald Prible case. And let me just give you

**CW:** Jeff Prible, wasn't it?

**JGR:** Yes, Jeffrey Prible. It's Ronald Jeffrey Prible, and he prefers to go by Jeff. That was it. And where is, the case right now, let me give you an update. He was in the Federal system.

**CW:** Right.

**JGR:** And Judge Keith Ellison was his Federal judge. So we filed a writ of habeas corpus.

**CW:** Right.

**JGR:** And it contained claims that hadn't been filed in the State court. You have to give the State judges the first look. That's essentially how it goes. But our Federal judge decided that there was enough merit to what we were saying that he said I'm not going to deny relief, you guys need to go back to State court to present these claims because they are good enough to go back on a second petition, which is not always easy to get.

**CW:** Right.

**JGR:** Ok. Alright. And that's what we will be doing in the near future is filing in the State court and we have to get our act together for that. So, so that is essentially why I am here.

**CW:** Ok.

**JGR:** Ok. Why don't you start off with just a little background about how, just name and birth date, ID, so we have a record of that on tape?

**CW:** Of myself?

**JGR:** Yes.

**CW:** Ok. My name is Carl Walker, Jr. My birth date is 1st 28 of '73. I was born and raised in Houston, Texas. Ah, I have been incarcerated now about 11 years, going on 12. I started my incarceration at, ah, Beaumont Medium High in 2000. Um, let's see. What is there to say?

**JGR:** Let's talk a little bit about the Beaumont system. You were in the High, but eventually got moved, I take it.

**CW:** Yes, when the hurricane hit. When the hurricane hit I left there and was shipped to **Gadzoo** Mississippi Medium.

**JGR:** Were you ever in the Beaumont Medium?

**CW:** Yes, I was.

**JGR:** Before **Gadzoo** or after?

**CW:** Before **Gadzoo.**

**JGR:** Ok. And at, … so your level decreased?

**CW:** I started in, when I said high, I meant medium high, that's what they called it at the time. The medium high. It was Beaumont Medium.

**JGR:** Okay.

**CW:** Or that's what it was referred to.

**JGR:** Alright.

**CW:** When I was there anyway.

**JGR:** You weren't shifted around in Beaumont? You …

**CW:** No, I was always in medium high. Right.

**JGR:** Medium high.

**CW:** Right.

**JGR:** And that was around the year 2000?

**CW:** Yeah. I got there either the summer of 2000 or right after the summer. I think it was between August and September of 2000 I arrived in Beaumont.

**JGR:** Ok. And what was the reason why you were sent to Beaumont? What was the conviction?

**CW:** Well, I was sentenced on two counts. Possession with the intent to distribute crack cocaine and conspiracy to possess with intent to deliver crack cocaine.

**JGR:** And that was it. And you received how long of a sentence?

**CW:** 360 months.

**JGR:** At the Beaumont ___ Medium, you came to **[UI]** Were you there before Jeff Prible arrived?

**CW:** Yes, I was.

3

**JGR:**  When I say Jeff Prible, who do you … are you familiar with that name?

**CW:** I know him as Jeff Prible.  Just a pronunciation difference.  But, I'm familiar with the guy.

**JGR:**  You spoke with him on any occasion?

**CW:** I spoke with him on, I believe, a few occasions.  We shared some mutual acquaintances.

**JGR:**  ___ some of the acquaintances.  One of those acquaintances was a man named Michael Beckom.  Are you familiar with him?

**CW:** **Pleasant** guy, real stocky.  Yes.

**JGR:**  Okay.

**CW:** Michael Beckom, ah, was in the unit.  He lived in the unit with me, as a matter of fact.

**JGR:**  Right.  You have gone over some of this ground with JJ that I am going to go over, which is what we think is a system of, or a ring of informants, that was being run out of the Beaumont Medium.  Is that a fair characterization of what was going on?

**CW:** Yes.  That is quite accurate.  The, ah, best way I can describe it is the guys were recruited, so to speak.

**JGR:**  Ok.

**CW:** People to take part in particular investigations or in particular murder cases.

**JGR:**  And who was doing the recruiting?

**CW:** Well there was various recruiters, but, ah, to get a better scope of how things took place, ah, at the time I was fresh in the system.

**JGR:** Uh huh.

**CW:** And, ah, I don't know if you can imagine what a 30-year sentence is like to a 26-year old man, but lets just say its almost, ah, a divine awakening, so to speak.  And with that being said, what happened was I turned heavily into the church, seeking some type of spiritual guidance, because I'd never been in trouble before and knows nothing of it and probation, so to acquire so much time on my first time in prison, was somewhat of a depressing state.

**JGR:** Uh huh.

**CW:** So, because I was attending church and going to church and this, that and the other, my opinion on how I felt about people that tell on people, or snitches so to speak,

**JGR:**  Yeah.

**CW:** was never outwardly broadcast.  I was more known as like Brother Walker or I'm on some forgive, God, da da da da da, I was on some real spiritual quest, so to speak.

4

**JGR:** Right.

**CW:** And what that did was it made me a prime candidate for two reasons. First, I was from Houston, Texas, which is from where the case originated from.

**JGR:** When you mean prime candidate, for what?

**CW:** For being recruited.

**JGR:** Uh huh.

**CW:** Because they want to stay away from … That type of behavior wasn't acceptable in this particular level of prison. There are consequences to people being outwardly, ah, snitching or plotting to snitch or plotting to tell on people.

**JGR:** So if it was known, that it was clear that you had a plan to snitch on somebody, it was, you …

**CW:** Yes. Of course, of course, of course. If you were a confirmed snitch, or if you were plotting or whatever, whatever, and the wrong people got wind of it, there was a high probability you were going to meet some unfortunate incident. Whether some guys jump you, somebody tried to stick you, I mean, violence was evident, if I am pronouncing the word … correctly.

**JGR:** I think you're right. Evident or imminent.

**CW:** Imminent.

**JGR:** Imminent. Always around the corner.

**CW:** Right. Always around the corner. Violence is imminent for people who conducted theyself in that manner. So, what they would do was, if they would stop people that was least likely, or they thought was least likely, to be a part of that type of mentality

**JGR:** Uh huh.

**CW:** and some of us attended church together or went to, you know, church on Sunday, or whatever, whatever, and generally when people get a lot of time or people got something to hide they tried to hide behind religion or use religion as a cloak to try to, you know, I'm not, you know what I mean?

**JGR:** I know exactly what you mean. Um

**CW:** So, that was me. That is how, out of all the people in the yard, I end up being a candidate to be recruited, because I was in the religious community, I was attending church and blah this ___, as well as I was in the unit with several of the people that was involved, so after, you know, watching my behavior, ah, seeing me go to church, dada de dada da, and never having outwardly

5

aggression towards people so that, I was on some more forgive, and let live, or you know, I was on that type of time at that time, so

**JGR:** Let me just …

**CW:** I was on that kind of time at that time, so people were, people were like, ah, you know, okay, this is a good guy, he's got a bad ____, he's got this 30-year sentence

**JGR:** Uh huh.

**CW:** You know, blah this, blasé.  We are going to help him out.  So

**JGR:** By blasé, blasé, you mean just et cetera, right?

**CW:** Et cetera.  Yeah.

**JGR:** Its just lingo for __.

**CW:** Yeah.

**CW/JGR:** [both talking]

**JGR:** Well, so, let me, if I can summarize it, you were, you came in, you get this horrific sentence for

**CW:** Right

**JGR:** basically possession of drugs.

**CW:** Right.  I didn't actually possess, but that's neither here nor there.  But that's part of

**JGR:** And you were part of the States .. You got caught up?

**CW:** Right

**JGR:** Did you plea?

**CW:** No.  I went to trial.

**JGR:** Ah.

**CW:** Yeah.

**JGR:** In the Federal system, okay.  And then you were sentenced to 360 months.

**CW:** Correct.

**JGR:** So, you go in there depressed

**CW:** Yeah.

**JGR:** And you turn to religion and

**CW:** Yes sir.

**JGR:** As you were explain …, the way that you explained it is that, I guess the recruiters, and we will get to who they are,

**CW:** Right.

**JGR:** were sophisticated enough that they're not going to get, they are not going after somebody that's saying, you know, I'm going to get out of here, I don't care what it takes.

**CW:** No.

**JGR:** I don't care who I have to tell on.  They wanted somebody that at least had the appearance

**CW:** Right

**JGR:** to appear was concerned about his business, concerned about reforming himself, and not about

**CW:** Well, not only that.  I mean I'm not going to say they wouldn't take an individual that was comfortable snitching, or, or wanted to snitch or wanted to tell, but nobody would outwardly say that or express that because of the dangers of the location you were at

**JGR:** Uh huh.

**CW:** so since nobody's going to walk around on the yard and brag saying I'm trying to get out of here or I'm trying to snitch or I'm trying to blah blah blah blah, because something bad would happen to him, you would have to use the process of elimination based on the company people kept or the way they carried they self or the way they spoke about certain situations to decipher who would be somebody you would want to approach.  Um

**JGR:** So, I guess maybe too, the fact that it was known that you had 30 years.

**CW:** Of course.

**JGR:** First offense.

**CW:** Right

**JGR/CW:** [talking at same time]

**CW:** So that also made me a prime candidate, because anybody, I mean, I, I don't know if you can imagine, but that's definitely a life changing experience.  You can't even, that's more time in prison than I've actually been alive.

**JGR:** Right.

**CW:** So, that in itself would be a motivating factor for the average,

**JGR:** Right.

**CW:** 90% of anybody, to be inspired to do almost anything to tell, or to get some type of relief.  Especially being that there is no parole or nothing like that in the Federal system.  So, the time alone was more than enough motivation for the average individual.

**JGR:** And you are also, ah, essentially, as you described it, this was your first serious

**CW:** Yeah, I had, I had never been incarcerated before. Ah, the only thing I've ever had before this was probation, and I did like maybe three or four months in a boot camp when I was like 18 or 19, but nothing, nothing serious, everything was really just probation. I had one probation that I completed successfully and the probation I was on at the time of this incarceration I had been on probation seven years and I was at the end of the probation. So

**JGR:** You think that again made you a prime candidate? You didn't have this long rap sheet, you didn't have a history of

**CW:** Right

**JGR:** committing crimes.

**CW:** Right. That as well as, that I didn't have a long rap sheet, I didn't have no great history of committing crimes, but, ah, I think one of the defining facts that made me a candidate on top of that is where I was from

**JGR:** Uh huh

**CW:** Which was Houston, Texas. The type of time I had

**JGR:** Uh huh

**CW:** and the lack of knowledge of how I actually feel about people who do go out and testify and do this, that and the other, whatever, because I don't condone that because that's what happened to me. The people got caught in Florida and they testified that the drugs they got caught with were mine.

**JGR:** Uh huh

**CW:** And then when I went to Florida, I end up getting arrested. So basically, I would probably not be in prison if the gentlemen that got busted in Florida would not have told on me.

**JGR:** Uh huh

**CW:** So therefore, I am not an advocate for telling.

**JGR:** Yeah.

**CW:** Because if I was, I wouldn't have went to the trial.

**JGR:** Yeah.

**CW:** Or we wouldn't be having this conversation because when they made the proposition to me, I would have accepted and moved forth in that manner.

**JGR:** Huh. But you, but you were eventually recruited into that ring. People approached you. How did they approach you? What was, can you recall where the first contact was, how it was done?

**CW:** Ah, I don't, I'd be lying if I tried to tell you verbatim, but I could, I guess I could kinda summarize it for you.

**JGR:** Sure.

**CW:** It went something along the lines like one day we were all in the unit, when I say all, there was, ah, Michael Beckom, and a guy, his last name was Forman, I forget his first name, they called him "Green Eyes" as well, and he also had a nickname like "Bones" or something like that, "Bone" or "Bones". But, ah, nevertheless, us three were in the same unit together.

**JGR:** Right.

**CW:** And, ah, they were talking about, you know, trying to get out, **[UI]**, and it came up to the fact that Beckom had told on some people in the Mob or somebody because it was on A&E or something, it was on television, so he had had a history of telling. But if I'm not mistaken, the prosecutor was working directly with Forman, I want to assume. It was either Forman and him was the lead man or him and Forman were the two, which one of them had more control or direct communication with the prosecutor, I'm not sure. They may have been on equal terms.

**JGR:** Uh huh

**CW:** But, ah, it was like, ah, man you got all this time, and they went to talking about how they got to get out of here, you want to help his mother, you know, you know you got to recognize a blessing when it comes, blasé, blasé, because like I say we attended church together.

**JGR:** Uh huh

**CW:** And, ah, they start talking about Jeff. Now at this time I don't, I'm not sure Jeff had even been sent to the Medium, cuz he was originally at the Low.

**JGR:** Right.

**CW:** And they knew before he got to the Medium that he was coming.

**JGR:** Yeah.

**CW:** They knew

**JGR:** How, how could they possibly have known that? Was that anything you were aware of?

**CW:** Well, from what I understand, they were all in cahoots with the, ah, prosecutor.

**JGR:** Well you don't think they, you don't recall seeing it in the paper, is there anything like that?

**CW:** Well, that's not something that would be in the papers because peoples get transferred from prisons for various reasons.

**JGR:** Right.

**CW:** Whether if you do a disciplinary act or something to get transferred, or whether you feel you if you are a high security risk, or you are going into investigation for a, there are various reasons to get transferred but that's not a notified thing, because that is a security risk.  If people know when or where or where you are going too far ahead of time, if you have somebody that want to try to bust you out, then they could do that, so, ah, for them to even know that he was at the Low and was coming to the Medium, it's obvious that they had some type of inside track on his whereabouts or where he would be.

**JGR:** Right.  It's not something that would be broadcast either I guess by the staff, the official staff.

**CW:** No.  No.

**JGR:** Not at all.

**CW:** Because first of all, I don't know one John Doe from the next.  I didn't know Jeff before I come to prison.  I, he, we wasn't on no real buddy buddy term when he was there.  Like I said, we knew some of the same people.  But, ah, at that time I was trying to attempt to be such a, lack of a better word, a devoted Christian, you know, so I, you know, I, I didn't really, ah, spend a whole lot of time solidifying prison relationships.

**JGR:** And this blessing that they were talking about was Prible coming, Jeffrey Prible, coming over.

**CW:** Yeah, he was, he was, he was the blessing.  He was the blessing.  And he, the reason he was the blessing was because they made it like he is a scumbag, he killed his family, he killed the wife, the husband, the kids, blasé, blasé, he did this, that and the other, you know, if you die a fucking, excuse my language.

**JGR:** But that was their

**CW:** That was their opinion, you know.  So what, what we did is they tried to paint this good versus evil picture.  Like, he is bad, he did this, dada dada dada da, you know, blasé, blasé, so, the hell with him.

**JGR:** Okay.

**CW:** So that helped justify the mindset to go ahead and nail him to the cross, so to speak.

**JGR:** Uh huh.

**CW:** You follow?

**JGR:** I follow, yes, right, right.

**CW:** So, so, so, what happens was is, ah, we become aware or I become aware that he either was on the way or had arrived.  I'm not sure but it was in the early phases of it.  So I hear this conversation and even though I am an anti-telling individual

**JGR:** Uh huh.

**CW:** you know, ah, I kinda took it nonchalantly because it had to be probably before his arrival because I didn't know how, I couldn't, you know, ah, I didn't know how tangible this information was.

**JGR:** Uh huh.

**CW:** What they are saying.  You know what I mean?  Maybe been weeks later or a month or so later, Jeff Prible actually is on the scene.  And that's when the actual, you know, are you in or you out type conversation come about.

**JGR:** Are you in or you out conversations are with you?

**CW:** Right.  With me.  And the in or out conversation is the one where they sit me down, they tell me all these various events and supposedly details of the case and whose who, and what's what, ah

**JGR:** Let me.  Let's, let's slow down on that point.  When they sit you down, you recall where this took place in any

**CW:** All this stuff took place in the unit because these guys is in the unit with me.

**JGR:** And the unit is what?

**CW:** Ah, in Beaumont they had, ah, maybe 12 different units.

**JGR:** Okay.

**CW:** In each unit I guess is maybe, I don't know, maybe 150 guys per unit.  They had like a KB, KA, LB, LA.  Four different units and the people are not allowed to mingle amongst the various.

**JGR:** Right.

**CW:** And all of us was in the same building.

11

**JGR:** Uh huh.

**CW:** And I believe that building was KB.

**JGR:** Okay.

**CW:** They were all in the KB unit together.  Because in Beaumont I had only been in two buildings the whole time, and that was KB and LB, and LB sits on top of KB.

**JGR:** Uh huh.

**CW:** Ah, so during this time, this early part in the year, I'm almost positive that it was in the KB unit.  So we all in the same unit together.  Now, we not in the same cell, because each cell is two man cell,

**JGR:** Uh huh.

**CW:** but the cells are open in the morning time about 5:00, 5:30, and they don't get locked down till maybe 10 o'clock, or something, at night, so during that time we have the freedom to go from cell to cell or room to room or the TV room, or whatever activities we got for the day.

**JGR:** Right.

**CW:** So, I believe we was either in **[UI]**, I believe actually Beckcom, at one point Beckcom and, ah, Foreman was actually cellies at one point.  Initially, they wasn't, but I think eventually they ended up being cellies.  But I was never lived in the cell with them, I lived in the cell with someone else.

**JGR:** Okay.  Right.

**CW:** But needless to say, I was in their cell.  Prible was there, and the plot was put out on what they wanted to do or how they wanted to do it and what their intentions was and what I needed to do to be a part of it.  And

**JGR:** What did they say you needed to do to be a part of it?

**CW:** One of the things was was to contact this prosecutor, ah, it starts with an "S", **[UI],** ah, I forget her name but I got her name and number in my phone book in, in the, in the unit.  I've had it all these years.  Surprisingly enough I was looking through my **[UI],** wow, look at that.  I had her name and number.  Ah, so,

**JGR:** Was it Kelly Siegler?

**CW:** Siegler.  Siegler.  Siegler.  I knew it was "S".  I don't remember the Kelly part.  But Kelly Siegler was definitely her.  Okay, because

**JGR:** Among, among your papers you have Kelly Siegler's phone number?

12

**CW:**  Yes.

**JGR:**  And how did you get that?

**CW:**  I got if from those guys.  It's in my actual phone book.  Ah, ten year old phone book.  Let me **[UI]**, by the contents of the phone book it's obvious

**JGR:**  So, it's in order, there are other names in here

**CW:**  Yeah.

**JGR:**  And there's Kelly Siegler

**CW:**  Siegler.  Yes.

**JGR:**  Uh huh.

**CW:**  So,

**JGR:**  **[UI]** make a copy of that, or anything like that.

**CW:**  Sure.  But you can …  The prison has a record of all the **[UI]** phone numbers that ever been on my phone list, and you can get the exact time and date when they was put on my phone list.  Ah, you can see how many times the number was called, and so forth and so on.

**JGR:**  Have you ever called Kelly Siegler?

**CW:**  I was, ah, prompted to call her at one time, yes.  Once or twice, I don't recall.  Ah, during the recruiting process, they like look, this is what you need to do.  Put this number on your list.  Call Kelly, blasé this, blasé, blasé, blasé.  Initially, ah, I

**JGR:**  Was that so she could check you out?

**CW:**  Right.  Right.  To see if I was ah, what do you call, a candidate, or was I, you know,

**JGR:**  Were you going to be articulate on the stand.

**CW:**  Yeah, was I going to be reliable or useful or whatever the case may be.

**JGR:**  Or just do what she wanted you to do.

**CW:**  Basically.  So then, that was one part of it.  And the second part was to write a letter which they had given me details.  And ah, I don't know if the letter was sent or not.  But I remember something in regards to a letter needed to be in the written or sent to her in regards to what I supposedly had known or details about the case.  Which I had never been known anything because all the details were told by them, by Beckcom and, and, ah, Foreman, and it was another guy who got recruited I believe after me.  And, and his nickname was "Cat" and he had green eyes, he was a Spanish guy, I forget his, his real name.

**JGR:**  There's a couple, one of them is Jessie Moreno.  Is that

13

**CW:** I know Jessie, but Jessie told on somebody else, too.

**JGR:** and Rafael Dominguez

**CW:** Rafael Dominguez. That's Green Eyes. That's Cat. Okay, but Jessie also told on this other Spanish guy, ah

**JGR:** Herrera?

**CW:** Yeah. And, I met Herrera after I was coming back from a writ in Houston on my federal, ah, on my probation. I got my probation expunged. And me and him. I had ten years probation basically running while with this, because I was on probation at the time of this case. And I spent like five months in Harris County and coincidentally, Herrera had just got either life or something, I forget, in the State cuz he was going to get ready to get out of the feds and we were coming back in transit coming back to Beaumont, I was telling him about who I knew and he was like yeah, Jessie just told on me, blasé this, blasé, you know, and blah, blah, blah. And he's like, you know Jess? Yeah, I know Jessie. I know Cat. He said all those guys told on me. I need you to get me an affidavit, I need you to do **[UI]**. And I'm like look, man, ah, I don't know what you, you know, want. I mean, I don't know what you are saying but, you know, this, I'm just telling you what I know. He's like, look, man, I need you to contact my lawyer, I'm going to contact my lawyer. I want you to know. And, I'm like wow. I don't know about … I knew they was telling on you, but I didn't know who you were. But they didn't recruit me to tell on you, they tried to recruit me to tell on this guy Jeff. He's like, yeah, I know, dadada. And we were talking. And, for weeks and months he'd hound me before he got shipped out. I think he got caught with a box cutter or a knife or something in Beaumont and he ended up getting shipped off. They tried to get me, he tried to get me to write an affidavit. But see, the thing was with me then and even now, my, my whole funny feeling about getting too involved is that the details these gentlemen knew, only two people could know. And that's the killer or the police who was there on the scene of the crime. Ah, I don't know if Jeff is innocent. I don't know if he did it or not. I, I can't, I can't even fathom. I don't know him well enough to even make an assumption on that. But, I do know that someone high on the food chain was feeding these guys the information because he wasn't telling me that, because they were telling me that before they even set up the stings to make up like he got drunk on the yard, they was getting him high. See the whole plot was made out before it was actually executed. So, I knew the execution and the

plot before they did it, and I knew what he was supposed to tell them before, before the time he was supposed to have told them.

**JGR:** Uh huh.

**CW:** So, common sense tells me that someone was feeding them the information.  And I was told this lady was the person.  Did she ever tell, disclose any detailed information like that to me?  Not to my recollection.  She did not personally detail anything like that to me.

**JGR:** Uh huh.

**CW:** But, um, I may have spoken with her once or twice.  Um, the letter may or may not have been sent.

**JGR:** Now let's get back to this letter.  Was, ah, Prible has been there for some time, and they are in the process of executing this plan, this plan to drum up or get a confession out of Jeff, right?

**CW:** Well, see, that's the funny thing.  It was never the, I mean, if he would have confessed, I guess that would have been like icing on the cake.  And, but, the thing of it was, was to paint a picture.  It was all about, I mean, you being an attorney and all, it's all about painting a picture.  And the picture was to be painted as such.  We are all fellow Houstonians, right?  And we get here and we form this prison bond, buddy, buddy, etc. etc.  But we get so close that my people on the street is socializing with his people on the street, which my people never did.  We are talking about Beckon and we are talking about Foreman.  Like their mother would meet Prible's mother or they all would go to visit together and take pictures or they would take pictures in prison together to paint this picture like we are all just best prison pals.  Now once this picture was painted, what do prison pals do?  They share war stories.  And being that we are all from the same geographical location and we can relate to certain things, bada bada bada, this trust bond supposedly is formed so close, that now we are revealing our deepest, darkest secrets.  And that's supposed to have been the secret that Jeff revealed onto us.

**JGR:** Yeah, right.

**CW:** But, ah, did they go through the motions to prepare the bonds, taking him out onto the break yard, getting him drunk, drinking?  Yes.  Did they ever get him high?  Yes.  Did they take group pictures with him, try to make connection with their people and his people?  They played it all the way up.  But do I believe or to my knowledge, did he ever actually confess?  No.  Because

**JGR:** Not while you were in his presence

**CW:** Not while I was in his presence or out of his presence because what he was supposed to confess, they already knew. That's the thing. If I know your favorite color is blue, and I go through all this trouble to make you tell me blue, whether you tell me blue or not it still don't change the fact that I know what your color is.

**JGR:** Right

**CW:** So, it's irrelevant. It's just more to, ah

**JGR:** Well, let's get back to that letter, that you, now, they, at some point they want you to write to Kelly Siegler.

**CW:** Right.

**JGR:** and put in, basically corroborate their story.

**CW:** Their story or I am a part of the group that is been informed or have knowledge of this particular case.

**JGR:** Okay.

**CW:** Right.

**JGR:** And that would be a **[UI]**, you think that would have been a benefit to, to them, right, to get some benefit for that?

**CW:** Yeah. I mean, everybody was looking for a time reduction. That this is what the 30 years represents. I am under, I was supposed to be under

**JGR:** **[UI]** for not just for you, they would, they would get some benefit

**CW:** Everybody.

**JGR:** by recruiting you.

**CW:** Right. Well, not only benefit for recruiting me, the idea was, or this was what was told to me, we going to get this scumbag from, he killed his family, blasé this, blasé that, we going to do the right thing, and he's going to get he's just deserve, and because we are doing the right thing, we will be rewarded, you know, x amount of time off, or benefits, or **[UI]**, and **[UI]** time from departure and this horrific time that you didn't got, you'll get you a blessing, and you'll be, of course, less time incarcerated, what I am saying. So, it was kinda cloaked with, like, the good guys against the bad guys and in the end this is really, you know, a blessing is disguise for you, Walker. This is why you should take part

**JGR:** Right.

16

**CW:**  in this.

**JGR:**  Now, at that time, Beckcom did testify.  He gets us there and he says, you know, he heard that Prible was coming over and didn't think much about it, and, ah, Prible kept coming up to him and asking him about how to help out with his case.  And he, Beckcom testifies that he really didn't want anything to do with Prible at first.

**CW:**  Yeah.

**JGR:**  Is that, that's not true?

**CW:**  That's bullshit.  The only true statement he said in that, ah, statement, is he knew he was coming and its no way for one inmate to know when another inmate is coming.  With one exception.  If you are a influential inmate, so to speak, just say you call the shots for a particular gang, you have some type of pull where, you know, other inmates listen to you or you can direct, then you get in trouble, and you get locked in the hole.  And you going to get shipped out.  Well, because the prison system is smaller than people think, people can network out, and say, hey look, my bro is probably going to get shipped off and, ah, look like they designate him to Leavenworth.  But they designated him to Oklahoma.  And what happens, is that letter would leave before you leave the prison, and when you get to wherever you're going, they already know you are on the way and to expect you.  But that wasn't the type of situation here as happened.

**JGR:**  Right.

**CW:**  You understand what I'm saying?

**JGR:**  Right.

**CW:**  Is it possible for inmates to know when other inmates is leaving?  Yes.  But, generally, the person who is coming, is not a typical inmate.  Or he's known, he's liked, he's feared.  Something is unique about this person that people would want to notify who is coming.

**JGR:**  Uh huh.

**CW:**  If he has got a lot of money and he is a big gambler, or if he, if something unique about you that could be beneficial or detrimental to someone else, you will be announced.  This wasn't that type of deal.  I mean, nobody knows or really gives a damn who or what Prib, Jeff Prible was

**JGR:**  Right.

**CW:**  or wasn't.  So, you know, he didn't come in and he wasn't the leader of the ABs or the ACs or the Dirty White Boys, or he wasn't some guy that was working with millions of dollars to gamble a lot, I mean, there's nothing unique about him for his presence to announced prior to his arrival, other than the fact that he's a suspect in ah, 5 homicides?

**JGR:**  Well, right.  Right, five.  That was ah, they suspect that he killed his friend, his wife, and his three kids.

**CW:**  Exactly.

**JGR:**  And that was.  Those were the charges against him.  Actually when charged, he wasn't tried for the three,

**CW:**  Right.

**JGR:**  deaths of the three children.

**CW:**  children.  Right.

**JGR:**  So, um, ah, and I'll be up front with you.  I, I don't think Jeff did it.  I find that, that's my view.  I actually don't think he did it.

**CW:**  Okay.

**JGR:**  Um.  There was a good alibi witness.  His next door neighbor who stood up under cross, "I saw Jeff out there the night before."

**CW:**  Right.

**JGR:**  And, ah, apparently Jeff, as he tells it, he was just blottoed on

**CW:**  Right.

**JGR:**  on, on liquor and cocaine.

**CW:**  Right.

**JGR:**  That's what his story is.

**CW:**  Well, they got him wasted, I know for a fact

**JGR:**  There was no way he was going to be able to go back to his friend's house

**CW:**  Right.

**JGR:**  late at night

**CW:**  Yeah.

**JGR:**  after being dropped off home, x miles away

**CW:**  Right.

**JGR:**  and kill the guy.

**CW:** Right.

**JGR:** Um, and then get back home, and get in bed

**CW:** Right.

**JGR:** in time for his parents to, you know, wake up, and

**CW:** Right.

**JGR:** there he is. So it's ah, ah, and the motivation just doesn't seem to be there. They spent the whole night together. I'm just telling you from the record.

**CW:** Right.

**JGR:** Ah, they're looking at the um, ah, they'd been out drinking, they'd been out playing pool.

**CW:** Right.

**JGR:** No one's fighting.

**CW:** No.

**JGR:** No. **[UI]** Not only Jeff was there, but, ah, a couple of the relatives of Steve Herrera, that get's killed.

**CW:** Right.

**JGR:** And, there is no fight over money.

**CW:** No.

**JGR:** No one is mad at each other.

**CW:** And, that's, that's the thing.

**JGR:** It's just crazy.

**CW:** That was, that was the, ah, that was the motive that they painted for him. And this is what they told me. What they used I don't know. What they told me was Jeff was a bank robber.

**JGR:** Uh huh.

**CW:** He acquired this money. Him and this guy was supposed to go in on a club. Supposedly the guy had flunked him out of the money or beat him out of some of the money from the club

**JGR:** Uh huh.

**CW:** that they did and that was why he went and did what he did. But supposedly, according to what the prosecutor told them and this is, you know, I didn't talk to her directly, was that the evidence on Prible was little to none. Other than the fact that his semen was in that woman's dead body, there was no real way to link him to the murder. So, if we didn't get a confession out

of his guy, the chances on him walking was good because he was like a few months away from getting out on his, ah, federal bid.

**JGR:** Uh huh.

**CW:** So, it was solidified it, you know, trying this, this plan, and get him in here, and, you know, he told us this here, or if he walks, he's gone, and we may never get enough evidence or, and/or he may just vanish. So the trick was to get him in place where these guys could get up **[UI]** him, supposedly recruit around him, get this information, then bank, bank it. Cat. I know Cat wasn't around him, because I got pictures with Cat, me and the guys that we hung out with in Houston. Cat did not hang out with Jeff Prible.

**JGR:** Uh huh.

**CW:** He did not fool with Jeff Prible. Cat is Hispanic. Jeff is white. Cat run with the Houston boys that's called Tango Blast**??**. You understand? Which is, ah, not necessarily a gang but somewhat of a gang. Guys, Spanish guys that's out of Houston.

**JGR:** Right.

**CW:** And it's a crew of them. Ah, so he didn't, he didn't fool with Jeff like that. Did he know who Jeff was? Yes. But that's because everybody who they tried to, of course, had to be aware of the mark. He was the mark. So, did they know each other, did they socialize casually? He probably socialized with Jeff as much as I did, and that wasn't enough to make a pile of beans.

**JGR:** So, was there also a, a, the way it was …, the, this organization or this ring of, ah, informants was organized, did they sort of divvy up marks? You know, this is going to be the mark you go after.

**CW:** Well see, this is the thing. That's how this Jesse person got involved. The Jesse person

**JGR:** Jesse Moreno?

**CW:** Moreno, right. He was at, his target was actually the other guy.

**JGR:** Herrera?

**CW:** Herrera. The nexus in both cases is Cat. This is the other Spanish guy with the green eyes.

**JGR:** Okay

**CW:** He was the nexus. He knew Jesse and he knew Foreman and Beckcom.

**JGR:** Uh huh.

**CW:**  So it was like okay, look, I'll give you a piece of this pie and you can get in on this, and you give me a piece of this pie and I'll get on this.  And this is how you have **[UI]** miraculous coincidence that the same group of guys that been confessed, have been confessed to by two different people on two different murders, totally different murders.  So, it's like who do you **[UI],** like to Pope or something.  All the murderers on the compound coming and confessing to you?  Not likely.  So what happened was is, um, the guy who got the light sentence, the Spanish guy, I'm not really good with names, ah

**JGR:**  Herrera.

**CW:**  Herrera.  Herrera, to my understanding used to be the shot caller for the Tango Blast.  The Texas gang.

**JGR:**  Uh huh.  Okay.

**CW:**  And him and Jesse got into it for something for some reason or another and Jesse ended up going to the hole.  And that's when he come up with the concoction to tell on Herrera on this murder beef.  Now, I don't remember if Cat went to the hole shortly after, at the time, or something, but somehow I believe from the hole him and Jesse made alliance.  Because I don't recall Jesse ever coming back out to the yard.  That's why I'm trying to figure out how the hell Jesse was even able to testify against Prible because

**JGR:**  Jesse I don't think testified at, he didn't testify at

**CW:**  Okay.  I was going to say.  Because he couldn't have.  Because to my recollection he didn't come back on the yard after he went to the hole.  In fact, nobody, once they took, ah, Herrera

**JGR:**  The hole means someone into solitary.

**CW:**  Yeah.  Shoe.  The hole.  The shoe.  Right.

**JGR:**  Administrative segregation.

**TALKING OVER EACH OTHER**

**CW:**  Right, right, right.  Shoe.  He is separated from general population.

**JGR:**  Uh huh.

**CW:**  And that's when he made in his mind that he was going to testify against Herrera.  And I believe Cat either went to this shoe or, you know, the segregation, and that's how they concocted or got in cahoots together.  Now, when Herrera either left the compound or was taken back to the

colony, or whatever, to my knowledge Jesse never came back but Cat stayed on the yard.  So Cat already was aware of what Jesse was going to do or what was going on with Herrera,

**JGR:**  Uh huh.

**CW:**  So Beckcom was like, look, I'm going to put you in on this, I'm going to let you get some of this action, but hey, let me get some of this action on what you got going.  And so, what happens is, there was a swapping of information between the two totally different cases, to totally different murders, with two different people.  But you got five or six people that know the same story on all cases.

**JGR:**  Yeah.

**CW:**  You know what I'm saying?  Now what's all five people are actually used or executed is irrelevant.  You got the same group of guys that know about both guys.  Do they know both guys personally?  No.  Did both guys confess to them?  Highly unlikely.  But because you have the details from this, that and the other, it's like you scratch my back, I'll scratch yours.  We get a lick on this one, a lick on this one.  We go home in a few months.  It's all good.

**JGR:**  Uh huh.

**CW:**  That is the

**JGR:**  That's the theory?

**CW:**  No, that's the fact.

**JGR:**  That's the fact.

**CW:**  Of how it took place.  You know what I'm saying?  And that **[UI]** done flew up under.  You know what I mean?

**JGR:**  Yeah.

**CW:**  So, that's how that transpired.

**JGR:**  Alright.  Um,

**CW:**  Well, like I told the investigator, the phone records is, is key because

**JGR:**  Uh huh.

**CW:**  These guys had her cell number, they had her home number, they had her office number.  Now which number I got, I can't tell you.  But I definitely got a Kelly Siegler number that can be probably verified for either her home, or cell or her office, I'm not sure.  But I know these guys could touch her at any given time or moment.

**JGR:**  And how, how did you know that?  Did they tell you that?

**CW:** They told, they told me and they was always on the phone. They, they was, it was always being coordinated in private throughout the duration. So

**JGR:** What type of, ah, where were they calling from?

**CW:** They was calling from the, from the prison phone.

**JGR:** From the prison phone. They didn't have a cell phone themselves or anything like that?

**CW:** No, not to my knowledge. So what happens? Well, Foreman did. I think Foreman got busted with a cell phone. I think Foreman did get busted with a cell phone.

**JGR:** Right.

**CW:** You have to investigate that and, to, to verify that.

**JGR:** Right.

**CW:** But I think he did get busted with a cell phone. I don't know what cell phone or what kind of cell phone but I think at some point in time he may have got busted with a cell phone prior to this happening. Because I remember he supposedly come out the hole and that was what he was in the hole for. Ah,

**JGR:** I see. During the time that this was going down with Prible or

**CW:** Right before Prible.

**JGR:** Right before Prible.

**CW:** Right before Prible. So, could he have obtained the information, you know, in that time zone, its feasible. Is it, is that the way or when or where he obtained it, I'm not sure.

**JGR:** Uh huh.

**CW:** But supposedly, he already had a rapport with Kelly. I don't know if he had prior cases with her, or been locked up with her or charged by her or somebody in his family. But somewhere there was a link between either Kelly and Foreman or Kelly and Beckcom.

**JGR:** Uh huh.

**CW:** Prior to Prible.

**JGR:** Yeah.

**CW:** And that's how they was the spearhead of the project.

**JGR:** Uh huh. Before Prible got over there, did they mention Siegler to you?

**CW:** I was aware of Prible's arrival, and, and I don't remember if they said Siegler name directly, but it was like a brief synopsis of, the **[UI]** how do I put it, lesson to come. You dig what I'm saying?

23

**JGR:** Yeah.

**CW:** Its like, okay look, this guy is coming over, blasé this, blasé, we got this, that and the other, **[UI]** and

**JGR:** Did they say at that time though that, were they in contact with the prosecutor's office or did they, was that kept to themselves?  Maybe too hard to recall.

**CW:** Let me see.  Ah, matter of fact, they were.  They were already in contact with her prior to his arrival.  The reason I know that they were, because I was, and this is how you can even verify that too, I was prompted to either write her or to call her prior to Prible getting in.  So, either if the letter was sent, or you could see when the phone number.  See, I don't know if you know how the federal prison works, but every phone number and conversation is recorded.

**JGR:** Yeah.  But those recordings aren't kept.

**CW:** Okay.  But there, there should be a log somewhere.  Every, because you got to through a process to get a number on your phone account.  Especially back then.  It's different then it is now.  And you have to fill out something to put, to get a phone number on your list and submit it to your counselor or case manager.  And there is a paper, there is a paper file.  Because only the counselor or case manager can activate a number.  Now, it doesn't matter if they put the number under a false name or not.  That number will still go to *Singer*.  The number, the number won't change.  You mean, I can put Charlie Brown but if it's your cell number, the hell with the name.

**JGR:** Uh huh.

**CW:** I know who the number is.  Because a lot of the time people disguise the number with the name.  You know, with a fake name.

**JGR:** So, even if they don't have the recordings, do you have to tell, do you have to give the prison officials

**CW:** Right.

**JGR:** You have to disclose to them the numbers that you intended to call?

**CW:** Right.

**JGR:** or that you wanted them to dial out for you?

**CW:** That I want them to put on my phone list.  See, we have a phone list.  And we have a maximum of 30 phone numbers that can be on this phone list.

**JGR:** I see.

**CW:**   That's the max numbers we can have.  And what we do is we fill out a piece of paper and put this name and number and give it to a counselor.  And the counselor takes that piece of paper and logs that name and number into a computer, and that piece of paper, once that name and number is logged into the computer onto my phone list, then I can access that number.  But you still have the physical paperwork.  You understand?  Because you can take

**[SPEAKING OVER EACH OTHER**

**CW:**   and the computer records, there is 2 records.

**JGR:**  I had no.  I did not know that was the way the system works.

**CW:**   There is 2 records.  There is an actual.  Now, now they have it with different where, now they have computers and an inmate can log in his

**JGR:**  So, what happens if you try to call out on a different number?

**CW:**   Well, if you try to call out on a number that is not on your phone list that you hadn't turned into the counselor, you cannot access it.  It is impossible to access a number that you hadn't submitted to a counselor to get approved to be on your phone list.  And the only, the way you submit it to a counselor is you turn in this form, and you fill out

**JGR:**  So when you go to dial, say, I got to use the phone.

**CW:**   Right.

**JGR:**  You are allowed to do so.

**CW:**   Right.

**JGR:**  Do you have to put in a PIN code or something?

**CW:**   Right.  You have to put in a PIN code.

**JGR:**  Your PIN.

**CW:**   My PIN.

**JGR:**  And then that tells, that lets you only call out a certain **[UI]**, I'll be darned.

**CW:**   That's right. That is exactly right.  See, you, we're here.

**JGR:**  **[UI]**  I don't even think J.J. Gradoni knew about that.   He is a very **[UI]** investigator.  But I didn't know that's how it was working.

**CW:**   Exactly.  What happens is this.  Everybody has a PIN number.  Like, my PIN number has been same my, my whole bid.  My PIN number is, okay

**JGR:**  If you don't have to give it to me, you don't have to.

**CW:**   So, I

**JGR:** And that's acceptable. Go ahead so I may want to get that PIN number, cuz you may have called Kelly Siegler.

**CW:** Yeah. My PIN number is, ah, I know it by looking at a phone, I have to think. 4629

**JGR:** Here, make a phone.

**CW:** Okay.

**JGR: [UI]**

**CW:** Okay. Okay.

**JGR:** And this is zero here.

**CW:** Yeah, I know that, it's, ah, 46, let me see. 4629, 29, 14744, 14704. Let me see. 147. Yeah, that's it. Now every inmate is assigned this number. A, a number like this.

**JGR:** Right.

**CW:** All of us unique. No two people have the same number.

**JGR:** Right. Right. Right.

**CW:** And what happens is, in order to access a phone number, you fill out a form, you turn it into your counselor. Your counselor keys in that name and number into the computer, and when they key in that name and number in the computer, only then can you access it. Once you access it, you dial the phone number, it asks you for this number, you insert this number, and then you, your call will go through. This is to prevent people from double, from calling people, like, just say people get on phone restriction, right?

**JGR:** Right.

**CW:** And they are not allowed to use the phone because they got in trouble. So, they PIN number would be denied from using the phone.

**JGR:** Right.

**CW:** But, to catch people that does that, what they do is, say you give me that phone number you want and I'll have it put on my account.

**JGR:** Yeah.

**CW:** When I dial that number with my PIN number,

**JGR:** Uh huh.

**CW:** They are going to see his number under my phone list through my PIN number. And then all they are gonna do is go listen to the conversation and they are gonna know it wasn't me talking, that was him talking to whomever, you understand what I'm saying?

**JGR:**  Right.

**CW:**  So this is, this is your catch all.  This is like your social security number in prison via the phone.

**JGR:**  Right.  Right.

**CW:**  Any **[UI]**, any phone number you call, you have to enter your individual, your PIN.  You gotta enter yours.  That's why I say on Kelly's number, it may be 2, 1 or 2, no more than 3 times where my PIN and her number sync up.  But you could see every time Beckcom called her, every time Green called her, every time everybody that testified called her, the date, the time, when they called her, when they got her number on their list, all that.  Because you got to turn in that paperwork.  You gotta turn in that paper work.

**JGR:**  Yeah.  Yeah.  We will just have to see if they kept that paperwork after 10 years, which is what we are looking at now.  Um, I don't know why they would go in and erase all those, ah, erase would be even bigger trouble doing that, so I hope

**CW:**  And to, and even to take a number off, you still have to submit another deal.

**JGR:**  Uh huh.

**CW:**  Saying delete this number

**JGR:**  And put the number

**CW:**  And the counselor had to physically do it.  You had no control to delete or remove a number at that time.  Now it's different.  They got computers in the system and you don't have to go through the counselor.  You could do it yourself.  But, that only happened here maybe 3 or 4 months ago.  In this yard.  It just happened here.  And it just happened a lot of places.  But, **[UI]** it was too easy to monitor.  That's why I kept telling your investigator all the proof you ever want to find in on the phones.

**JGR:**  Yeah.

**CW:**  You can find the time line, you can find the phone records, you could, find out who their counselors were, ah, I know one of their counselors, somebody just told me where she is working now, I think she is a unit manager now.  I forget her name.  Black lady.  She was my counselor because me, Beckcom and him all had the same counselor.  Ah, god, I forget her name because it's been so many years.  But she is the one they would have to submit the phone list to.  To log into the computers.  You know what I mean?

**JGR:**  Right.

**CW:**  So, the counselor at that time you say, okay, how, actually call that lady in here.  I don't know if you can ask her.  She's my counselor.

**JGR:**  I don't need …  I can talk with her a little later.

**CW:**  Yeah, but ask her how before did they submit

**JGR:**  Yeah.

**CW:**  the phone list, and what did they do with the paper after they installed it into the computer.

**JGR:**  Yeah.

**CW:**  Cuz that's what they did.  That's what, it's only recently changed.  And that's going to show you who had her cell number, her home number, her office number, who called her here, I mean the phone records will blow it all the way out the way.  With or without me.  Because you say with them, you were calling Kelly Siegler before he even arrived in Beaumont Medium.  What were you all talking about then?

**JGR:**  Uh huh.

**CW:**  Or even, your, your calls increased from once or twice to damn nearly every other day after his arrival.  For somebody who you didn't want him to talk to, you had a direct line with the person that's prosecuting him.

**JGR:**  Now, and so, did, you said you saw that Foreman was on the phone almost on a daily basis.

**CW:**  **[UI]**  He was on the phone a hell of a lot during this time with this case.

**JGR:**  And could you tell he was talking with Siegler?

**CW:**  Yeah.  Because he is going back and he is reporting.  They, they, they were always in, now, at some point in **[UI]**, excuse me, at some point in time I kinda got exiled because my

**JGR:**  You weren't in.

**CW:**  I wasn't in.

**JGR:**  Well, let me.  I need to sorta follow up with that business about being in.  I mean, at, at some point you are sitting around in the unit

**CW:**  Right.

**JGR:**  either at, near your cell or out on the yard and they say look, its time to fish or cut bait.  You need to

**CW:**  Right.

**JGR:**  back us up or what did they say?

**CW:**  Well, what happened was, ah, there were certain things I needed to.  Like I needed to take pictures with him, which I never did.  I needed to try to get out there and visit, you know, cuz, see, they had the whole thing, thing.  They got pictures with him on visit kicking it like he is with their family, and blasé this, blasé, they got pictures with him on the yard with everybody smiling and having a good time.  So, you know, I had to work with them to build a foundation.

**JGR:**  Uh huh.

**CW:**  To, to show that there is a strong bond, so to speak, between us and him, and this is why he would feel compelled to tell us this information.

**JGR:**  Did Beckcom ever say, look, you know, ah, Siegler is worried about my **[UI]** if I testify, she is worried about just having one witness or

**CW:**  Ah,

**JGR:**  We need a backup?

**CW:**  You know, no.  See, the thing with Beckcom and Foreman, that's why I was never sure which one of them was actually the ring leader, because they both had such vital, vital information, but it was like they was kinda competing between themselves to see whose going to be the, the primary.  Whose was going to be the,

**JGR:**  Uh huh.

**CW:**  the lead guy in the deal.  Now it was a guy that, ah, went to Jeff's case, went to Jeff's trial on his defense.  He used to be a practicing attorney in Houston.

**JGR:**  Brent Likey.

**CW:**  Brent Likey.  Ok.  I know this guy.  This guy helped me with, he is the reason I got back on my probation.  He helped me do the, um

**JGR:**  Expungement.

**CW:**  Expungement to go back to Harris County to get my probation killed.  And while I was in, as a matter of fact, if I am not mistaken, while I was in Harris County, or when I came back, he was gone, and then he came back.

**JGR:**  Uh huh.

**CW:**  Okay.  And when he came back he showed me, ah, he showed me he had went to court on Prible's defense.

**JGR:**  Yeah.

**CW:**  And I believe he told me my name was on the witness list against Prible.

**JGR:** Okay.

**CW:** But I never, I never went to testify against Prible. I don't know if that is true or not but I know at some point at time the question, it became a touchy touchy situation because I don't know if he thought I went back and testified on Prible or if he thought I was going to go back and testify against Prible.

**JGR:** Right. Right

**CW:** But he made the comment like, your name was on the witness list. You know what I am saying. And that was due to the fact that I was at one point in the loop with Kelly Siegler way early on

**JGR:** Uh huh.

**CW:** but prior to the end, I branched off and decided not to be involved in that because on two reasons. First of all, I was never, even though the time was very fearful …

**JGR:** Uh huh.

**CW:** and fear is a very strong motivator, I could never convince myself to justify doing it, first of all. Second of all, the fact it was brought to my attention that this man was going to die, ah

**END OF SIDE ONE**

**JGR:** Alright, we are back on Side B, and you were just explaining

**CW:** So, ah, they, what was I telling you about? Prible? Um, Beckcom, at the time, was, ah, man I lost my train of thought here.

**JGR:** Well, you told me one of the reasons why you didn't want to testify.

**CW:** Okay. That's what we were talking about. I was talking about.

**JGR/CW: TALKING OVER EACH OTHER.**

**CW:** Yeah, the guy was going to get death. That's what, what I was telling you that one of the primary reasons, was first of all, I was never really an advocate for snitching. But I was very fearful of the time I possessed and the situation and you know, the whole bad dog I ain't been in prison one year and I gotta pull like 27 years on this sentence. That was like, amazing. But, even more so important, was it was brought to my attention that this guy was going to get lethal injection, he was going to die. So, I had to come to some moral, you know, crossroad. Can I live with knowing that I am going to openly lie about information I had no idea about and send this man to his death? And I concluded that I could not do that.

**JGR:** Uh huh.

**CW:**  And, at that point, the separation began to come between me and the group.  You know what I am saying?  Because I never promoted for, or against.  I just, kinda like, went along, or, you know what I mean, because I, to be honest with you, I was indecisive.  Ah, because at one point in time, it, it almost seemed like it could have been an opportunity to be, ah, you know, I had two little kids at the time, my children was **[UI]** about 3 and 4 and I was like, wow, you know, when I get out my children will be adults.  They will be in their twenties, if not thirties.  So, ah, to sit here and tell you I didn't entertained the thought or at least actually, you know, give it some thought, would be a lie.  But, I would say either, I don't know if it was, I can't say if it was because of the way I was raised, or, or my belief system, or my ideology on karma, or what exactly pushed me to say, you know what, we are not going to go that route.  You know.  Even, …

**JGR:**  On karma, you've become a Buddhist or you're still a Buddhist?

**CW:**  Yes, yes, I am still a Buddhist.  Yes, I am still a practicing Buddhist.  So that, that came into effect, that you know what, I can't do it, I won't do it, and I didn't.  Um,

**JGR:**  Were you asked to participate in any other case?

**CW:**  Well, I was

**JGR:**  or offered a piece of any other case?

**CW:**  I was, I was given some information, but not nearly as much as on the Jeff Prible case, on the guy who came back with me, but that was during the time when they was trying to figure out

**JGR:**  The guy that came back with you, meaning

**CW:**  Herrera.

**JGR:**  Herrera.

**CW:**  Herrera.  He came back with me because we come back together from, from Harris County on the same bus back to Beaumont.  That's how we met and that's how we started talking and we found out about each other's cases.  Ah, Herrera, me and Herrera, after we become acquainted, before we become acquainted, when these guys was plotting on these two gentlemen, they were trying to divvy up who was all going to tell on Herrera, and who was all going to tell on Prible, and who, some of them wanted to get a double dip.

**JGR:**  Yeah.

**CW:** They wanted to get action on both sides of the fence.  So, that's how I become aware of who Herrera was and who Jesse was.  I, I don't think I ever met Jesse.  I don't recall meeting Jesse because I think during the time I found out about his existence, he was in the hole.

**JGR:** Right, right.  Okay, so any, were there any other marks that you, that you were aware of?

**CW:** No.

**JGR:** Marks meaning

**CW:** Yes, right, people they planning on telling on.  Ah, to my knowledge, no.  But as the crew homed in on their objective and if you wasn't immediately a part or you wasn't showing no type of initiative to, you know, that you was following the instructions that was given to you

**JGR:** Uh huh.

**CW:** You know, there was a separation there.

**JGR:** Yeah.

**CW:** Because you got to realize, like I said, violence was imminent.

**JGR:** Uh huh.

**CW:** And if I was to go out and say hey, you know, they guys are plotting blah, blah, blah, some people is going to get hurt.

**JGR:** Yeah.

**CW:** Some people are gonna, you know.  I do recall trying to warn Jeff.  I think I did.  I thought I did.

**JGR:** Uh huh.

**CW:** And I think that is how or that's why he reached out to me.  I don't know if he found out about me.  Well, that's what I.  I mean, if I'm not mistaken, it's been a long time ago, but this is, **[UI]**, what's happening was at one point in time, the lawyer's office was writing the wrong Walker, it wasn't writing me.  It was trying to get in contact with a Walker

**JGR:** Uh huh.

**CW:** on his behalf.  They thought it was me, but it happened to be a friend of mine, Selly, and that person was in here for either hijacking an 18-wheeler or something, or something with some pizzas, or, I forgot what he did.  But anyway, that particular Walker knew me, and his roommate was actually a friend of mine that grew up in the same neighborhood I grew up in.

**JGR:** Okay.

**CW:**  And he was getting letters and he knew didn't know nothing about the letters so my friend come to me and he's telling me about these letters about Jeff Prible, and da da da, and I knew what was going on so I revealed to my friend, man, I know what that is.  I know, who blah, blah, blah.  This is while we were still in Beaumont.  And, I think I even told Herrera about that.  Was it before Herrera left, I'm not sure.  I get kinda confused on that time line.  But anyway, I get the letters and I reach out and say, hey, this, I'm the Carl Walker I think you are looking for, you didn't blah, blah, blah, and I think Herrera's attorney even tried to reach out to me.  I forget his name.  Because, I think either Herrera's attorney sent me something or Jeff's attorney sent me something, showing me something about both cases.  And when they showed me something like, it was like, okay, these guys and these guys all know the same thing about, you know what I mean?

**JGR:**  Right, right.

**CW:**  So, and I was like, yeah I know about Herrera, I know this guy, I know this guy, I know Cat, I know this guy, I know all the guys.  You know, and like I say, this was back during the time I was on some Christianity stuff.  A lot of these guys were going to church.  A lot of these guys was hiding behind the cloth of the church and you know, the truth will set you free.

**JGR:**  Yeah.  Right.  Ah, when talking about the crew, this crew, do you think, does the name ah, I think, Thomas Delgado ring a bell?

**CW:**  Thomas Delgado.

**JGR:**  Delgado.

**CW:**  See, if you notice I call a lot of people by nicknames.

**JGR:**  Yeah.

**CW:**  Ah, so I, I, even in prison, you, you don't want to really reveal your real name for various reasons.  One like this situation.

**JGR:**  Yeah.

**CW:**  **[UI]**.  So I'm not going to say I do or don't know this Thomas person, but I may or may not know them by

**JGR:**  What about …  You don't know a Delgado or is that too many, too common a name?

**CW:**  Well, I'm not going to say it's too common a name.  Generally people go by either their last name or a nickname.  Like me, I've always been known by Walker.  At that time, I was

Brother Walker, and now I'm just plain ole Walker.  But, ah, I think Delgado is Cat, but I am not sure.  Like I said, I got pictures with these guys.

**JGR:**  Yeah.

**CW:**  Not pictures in my possession.

**JGR:**  About how many people was it?  There was Merino, ah, Cat Dominguez,

**CW:**  Uh huh.  Okay

**JGR:**  Beckcom

**CW:**  Beckcom

**JGR:**  Foreman.  Anyone else involved that you recall?  Just not by name, but

**CW:**  Okay, I know somebody involved but I don't, ah, he's free now, and whether he'll help or not, I don't know.  Actually, I think Mark got involved.  I forget Mark's last name.  He was a Spanish guy too.  Like I say, I got these guys' pictures in my

**JGR:**  You have the pictures?

**JGR/CW:  TALKING OVER EACH OTHER**

**CW:**  Yeah.  We are all in the pictures together.  See, a lot of us were

**JGR:**  Can we get, can I get, is it possible for me to get them?  A copy of them?

**CW:**  I don't see why not.  I mean, I don't, I don't think, I don't think I have got the picture with me and Foreman but I definitely got the picture with me and Cat and a few other Spanish guys.  And one of the Spanish guys there was really much my best friend, his name was Oscar, last name Martinez.  Personally, I think Jesse.  Jesse Oscar Martinez and his father's name is Felix, and he has a brother named Felix too.  Those guys, ah, they were my, he was my cellie.  Now, I don't know if they were involved in that as well.  They may have been, but I know they damn sure knew, because that's how I knew about, that's how I met Cat, through Oscar.

**JGR:**  Right.  Because they were all, I believe, convicted on the same

**CW:**  They may have been

**JGR:**  conspiracy.

**CW:**  Conspiracy

**JGR:**  Drugs.

**CW:**  Yeah.  Right.  So that's how I met Cat, through Oscar.  Oscar knew Cat and I was there with Oscar and Oscar's dad.

34

**JGR:**  I think Cat is still in the system, but he got the longest sentence.  But I think the others, Martinez and his father, or maybe it's Felix.  One of those got a horrific sentence.

**CW:**  The father did.  The father got 27 years.  The 2 sons is out.

**JGR:**  Okay.

**CW:**  In fact, I almost had an opportunity to reach one of the sons, Oscar, which was my best friend at the time, when he was at the halfway house in Houston.  Cuz my little brother was at the halfway house

**JGR:**  Uh huh.

**CW:**  at the time.  And Oscar was there, and he was like, hey, guess who is here, blah, blah, blah, Oscar is, like, I'm giving him the phone but by the time he was ready to give him the phone, Oscar had to do something, so I never got the chance to speak with him.

**JGR:**  And did you talk with Oscar about this set up that was going on?

**CW:**  Oscar was aware of the whole thing.  Oscar was aware of everything.  Whether Oscar will reveal that or not, I mean, that's anybody's guess.  But does he know, was he aware, it became, ah

**JGR:**  Was he recruited?  You don't know.

**CW:**  I couldn't say.

**JGR:**  Yeah.

**CW:**  But I know, I know he knew what I knew.  I know he knew about the Jesse situation with

**JGR:**  Herrera.

**CW:**  Herrera.  I know he was definitely aware of that.  I, in fact, I got pictures of ….  I know Mark knew.  I knew Oscar knew.  I can't think Mark's last name.  Ah,

**JGR:**  There was a guy named Gomez, too.  That may

**CW:**  I don't remember that last name.

**JGR:**  You don't remember that last name?

**CW:**  But I got a picture of 4 major guys.  I got a picture of the guy who was in, who was cellie with the other Walker who brought me the envelope

**JGR:**  Uh huh.

**CW:**  to get me in contact with him.  I got pictures with Cat, I got pictures with Oscar, I got a picture with Oscar's dad, I got pictures with Mark.  I know Mark knew about what was going on. See, all these guys, all these gentlemen I'm talking about, had 22 years or better.

**JGR:**  Yeah.

**CW:**  With the exception of Oscar.  Oscar didn't have that much time and, ah, all of us was from Houston.

**JGR:**  Yeah.

**CW:**  So, you know, whether all of them participated or not.  Now Beckcom and Foreman, I had more direct contact with because they were in the unit with me.  You know what I mean.  But you know, one of the main reasons I've always kinda hesitated in being involved in any of the, the, this whole situation is because, it was, it was very obvious to me that the people involved were high on the food chain.  And I have a belief that no good deed goes unpunished.  So I was like, you know, is, you know, do I really want to involve myself in this.  Because this lady was a prosecutor, I don't know who she is friends with.  Supposedly, the family is supposed to be either well off or have some type of local political ties as well as because of the high profile in this other case or the high publicity of the case, blasé this, blasé, that is a lot of, you know what I'm saying, it could have some

**JGR:**  Yeah, you just don't know what you are getting into.

**CW:**  Exactly.  It could have some after effects.

**JGR:**  Right.

**CW:**  And being that, you know, ah, I plan on returning home one day, some day, I don't want to return home in to a hostile environment due to the fact that I involved myself in something that

**JGR:**  Yeah.

**CW:**  you know, theoretically it didn't involve me, it was just brought to me and these guys revealed all this information and then its like, like I said, I'm not even sure how Jeff, that's why I say if I'm not mistaken, I didn't like warn him like, hey these guys is talking to the prosecutor, blah blah, I may have said something like hey man you need to be careful of the company you keep or, as I recall, I believe I did, because I think that is how he knew to reach out to me versus Oscar and all the others.  I never really understood how

**JGR:**  how he got hold of you.

**CW:**  how he knew to get ahold of me.

**JGR:**  Right.

**CW:**  Because like I say, we wasn't buddy buddy like talking about, we were aware of each other.  **[UI]**

**JGR:** Do you think it may have been through that Herrera incident, right?

**CW:** Ah, the lawyer guy?

**JGR:** No. When you went down, when you were

**CW:** yeah, in the

**JGR:** in Harris County **[UI]**.

**CW:** So Herrera got in contact with Prible and **[UI]**

**JGR:** Yeah. After they, after Prible was on death row.

**CW:** Okay. Well then

**JGR:** Prible. Jeff was desperate, and, but he figured it out. He figured there was something, he started reading about the cases.

**CW:** Yeah.

**JGR:** and he got, **[UI]** was able to contact Herrera.

**CW:** Well then that how, that's how I come about then. Because

**JGR: [UI]**

**CW:** That's how Herrera, I know me and Herrera met for sure on the bus ride coming from Houston back to the prison. I had already been to the prison and I left the prison on a writ and I come back. But I knew, ah, the lawyer guy that testified on Prible's behalf because he helped me get my case expunged in my local case

**JGR:** Uh huh.

**CW:** So, I mean, ah, that's pretty much it. They

**JGR:** Yeah, that's pretty much it. But let me make a few details to just tie up. You mentioned about Beckcom and Foreman, ah, getting, getting Jeff stoned or high.

**CW:** Yeah. They, at one time I was

**JGR:** With homemade wine

**CW:** Yeah. Homemade hooch. It was great wine as a matter of fact. I remember the exact wine. I remember, I don't remember the day per se, but it's rare you have great wine. Ah, and it takes a long time to cook, maybe 28 days, 30 days.

**JGR:** Made out of real grapes, or

**CW:** Ah, they had this grape juice, they had this canned grape juice. When I first got to Beaumont, they were still selling canned juices.

**JGR:** Yeah.

37

**CW:** They had eventually stopped selling juices and stopped selling sugar on the commissary because, of course, people were manufacturing hooch, that's what it is called,

**JGR:** Right.

**CW:** its a wine. But, ah, the fastest to turn from a juice to a hooch is like a gra…, anything citrus, like a grapefruit, or a orange. That takes maybe 10 days or so, whatever, even tomato based, takes a very short span. You can go from ah, a juice to actual alcohol content in 10 days or less. Now, but grape on the other hand, that is a much difficult process to go from ah, grape juice, like canned grape juice to actual grape alcohol. And it takes almost a month.

**JGR:** I see. Yeah.

**CW:** So, that's what made it so unique. They spared no expense and they got him sloppy drunk and he had to practically be carried back to the unit and it was on the rec yard under the gazebo. And we were sitting at this 4 or 5 man table, and I remember because I think I even drunk a little bit of it. Because it was so strong it reminded me of MD. I almost thought it was real MD.

**JGR:** Uh huh.

**CW:** Mad Dog 2020.

**JGR:** *laughes* Right **[UI]**.

**CW:** And I thought, wow, great. So, I couldn't, I couldn't image consuming it, of course, I was still under the religious umbrella so I definitely couldn't indulge. And, ah, Jeff did. Jeff indulged. And everybody else was laughing and joking and **[UI]** cockeyed. But they were just feeding him that alcohol, he was never, you know what I'm saying?

**JGR:** Yeah.

**CW:** And I don't know, you know, I don't know, he, he was the only one really unaware of what was going on. So I don't know if that was an intent to get him so drunk when he go to the hole, then you can say a timeline on this day, he got so drunk he went to the hole, and this was the day he told us blasé this, blasé, because I don't think he did get locked up, and was able to get him back to the unit safely.

**JGR:** Uh huh.

**CW:** Ah, but they, I know they financed that. That was bought by Beckcom, that alcohol, ah

**JGR:** Bought from other prisoners?

**CW:** Yeah.

**JGR:** Other people.

**CW:** Other people, right.  Beckcom, Beckcom financed that, that, that, that, that little party. And I know on another occasion, so I believe, they got him some weed.  But I wasn't present for that.  I was just told about that, you know.  And, and that was all part of the, you know, we got drunk together, we got high together, we,

**JGR:** Uh huh.

**CW:** you know, it, it was all to paint a picture.  Everything was, like I said, this wasn't just throwed together by no retarded prisoners trying to get out of jail.  This

**JGR:** Right.

**CW:** was well orchestrated.  Very well orchestrated.  Even to the point that their parents met supposedly

**JGR:** Right.

**CW:** and taken pictures, I don't know, maybe she rode up there with him, you know, with his family or something, but it was to create a small bond between the individuals and the person in question.

**JGR:** You have to get your family in touch with Jeff, or anything like that?

**CW:** Yeah.  That would only help solidify the, the relationship because you didn't want to make it like a, a fly by night, you know, because we wasn't in the same dorm.  And he wasn't in the same dorm with Beckcom or Foreman.

**JGR:** Uh huh.

**CW:** Jeff wasn't.  So, you, you got to say where did you have all this time to do all this communicating?  Well, first of all, in a medium high prison, every movement is a 10 minute movement.  Meaning every hour, you have one hour to go from A to B, or B to C.

**JGR:** Ten minutes.

**CW:** Ten minutes.  Yes.  Ten minutes once an hour to move.  Okay, and you are not allowed to be in any other unit.

**JGR:** Uh huh.

**CW:** That's a violation.  That's called out of bounds.  Meaning if I am in KB, I cannot be in LB

**JGR:** Yeah.

**CW:** or caught in LB.  I'm going to have repercussions for that, whether go to the hole, get a shot or another, so they couldn't go out of bounds

**JGR:** Get a shot?

**CW:**  Yeah.  That's like a, a shot is a written complaint against an action you've done.

**JGR:**  Okay.

**CW:**  Say you get caught with alcohol, you get a certain shot, and each shot have a degree of, of, ah, penalty.  And you got a 100 series, which is the worst type of shot and a 400 series may be something like getting a tattoo or cussing a police officer out, you know what I mean, but the vari, variations of shots based on your conduct.

**JGR:**  Yeah.

**CW:**  Insubordinate, this, that and the other, right?

**JGR:**  Right.

**CW:**  So, you get caught out of bounds, this is being somewhere you are not supposed to be, mean not in your unit or not in the common area, like a rec yard or a library, then you can get a shot.  You get a shot, you go to the hole, you get privileges taken away, etc., etc.

**JGR:**  Yeah.

**CW:**  So, by them not being in the unit with Prible, the only time they can communicate with this guy to get this type of confession, would either be in the church, on the rec yard, in the library, somewhere where everybody was allowed to go

**JGR:**  Yeah.

**CW:**  at any given time,

**JGR:**  Right.

**CW:**  you know.  Ah, and the problem with that is, what is the odds of him confessing to you in a place that has many, many people?  There is no exclusivity.

**JGR:**  Yeah.

**CW:**  Like it was with me and them in the unit because I can go into their two-man cell, we can close the door, and we can talk about whatever we want to talk about because we exclu…, you know, it's, it's

**JGR:**  It's private.

**CW:**  **[UI]** in the cell.  But anytime you want to communicate with Jeff, you gotta be in an exposed area.  You gotta be in a library or in a chow hall, or in a rec yard,

**JGR:**  Uh huh.

**CW:**  or maybe somewhere there is a numerous amount of people, you know, and who talks about murdering somebody when any ears in the

**JGR:** That's right.

**CW:** surrounding area could hear?

**JGR:** Right. Right.

**CW:** It's just not logical. Now, we just kick back private and we at my house and, I don't even know why anybody would even mention such a thing. But even so, it's not something that is mentioned in a common area, in an area where anybody, even if you say okay, we tried to sit over here to exclude ourselves.

**JGR:** Uh huh.

**CW:** I mean, the way prison is designed, people have only two or three things to do. That is to watch everything, listen to everything, and do their time. Because you are in a very small, confined

**JGR:** Right.

**CW:** environment. That's how everybody knows who's selling hooch, who's doing drugs, who's fucking who, who's, excuse my language, doing whatever, because all you have to do is watch. Nobody has to tell you anything. If you just sit and watch, you will see, ah man, he's always going to that cell, what's going on over at that cell? Why everybody going over there? What's going on over there? Or he's spending a lot of kitchen, he's got a lot of sandwiches. It doesn't …

**JGR:** Right.

**CW:** All you have to do is watch because the environment is so small.

**JGR:** Right. Right.

**CW:** It's not hard to figure out who is doing what.

**JGR:** Yeah.

**CW:** You know what I mean? So, I'm saying that if you are in a common area, people's seeing, people's watching, people's listening.

**JGR:** Yeah.

**CW:** Whether intentionally or unintentionally, and that's why you can't recruit openly because with danger always being imminent, you have to be very

**JGR:** Yeah.

**CW:** selective of who you bring this to.

**JGR:** Right.

**CW:**  And then you have to be careful in your tactics on how you bring it.  So, being that I'm under the Christian umbrella at the time, it's brought to me under some, the truth

**JGR:**  Yeah.

**CW:**  will set you free, or blessing, you know, God don't want you to do all this time, blah this, blah that, but, you know what I'm saying, etc., etc.

**JGR:**  And that is how they sold it to you?

**CW:**  That's the pitch.

**JGR:**  Okay.  Um, let's see if we have, very clever.  Yeah.  It's amazing how clever people are in prison.  *(laughing)*

**CW:**  Some of most cleverest people I have ever met in my life.

**JGR:**  Yeah, I know.

**CW:**  That guy from **[UI]** is here, and made all that money.

**JGR:**  Oh, yeah?  He's here?

**CW:**  He's here.  Him and that other guy that stole **[UI]** millions of dollars.  Some of the most cleverest minds in the world is in prison, but you would be surprised how people could be so clever on one hand, and yet so stupid on the other.

**JGR:**  Do you think, ah, ah, was there any evidence that, you know, meetings that they were having with Jeff, would they go, were they, um, do you think they were permitted to, to meet with Jeff?  Do you think the staff understood that they were developing a case or anything like that?

**CW:**  I wasn't aware of any internal cooperation via the, the, the prison official

**JGR:**  Yeah.

**CW:**  inside helping collaborate, ah the, the, the sting.  I was aware of, ah, Kelly Siegler's involvement in relaying information that was needed to solidify even, to solidify the, the, the supposedly confession that he had given them.

**JGR:**  Were you aware of any other prosecutors?

**CW:**  That was the only name and number I was ever given.

**JGR:**  Ever heard of Johnny Bond, other than

**CW:**  Johnny Bond.

**JGR:**  As an investigator for Kelly Siegler?

**CW:**  I don't recall.

**JGR:**  Okay.

**CW:**  at this time, I, I can't, I can't recall, ah, him in that light.  Unfortunately, if you can't get the, ah, if you can't get the actual recordings because the recording weren't kept, um,

**JGR:**  I can get the phone rec…, I can get the phone records.

**CW:**  You can get the phone records or the listing of.  And then what would happen, if you get all these guys' names,

**JGR:**  Yeah.

**CW:**  Check this out.  This will blow your mind.  You get all these guys' names, and their phone lists for this time at this particular year, I bet cha if you do a cross reference of how many people had Kelly's number or how many people had the prosecutor number for, what's his name,

**JGR:**  Yeah.

**CW:**  Guerra, or you know, you go to cross referencing just saying individuals, and not only the individuals that's listed here, I mean in general.  Because

**JGR:**  Yeah.

**CW:**  believe me, I'm not the only guy they probably approached with this ah, opportunity, let's call it.

**JGR:**  Yeah.  Yeah.

**CW:**  Ah, you will get a whole lot of green lights.

**JGR:**  Yeah.  Yeah.

**CW:**  Yeah.

**JGR:**  I think you're right.  And because it's, one of the things it turns out, a bit ironic, anyone that was serving federal time, Kelly Siegler really couldn't do a lot for them.

**CW:**  Um.

**JGR:**  She had to go beg to AUSAs.  Assistant U.S. Attorneys to intervene

**CW:**  Uh huh.

**JGR:**  with the judge and try to get a reduction.

**CW:**  Uh huh.

**JGR:**  Under Rule 35.

**CW:**  Rule 35.

**JGR:**  Right.  Rule 35 reduction.

**CW:** Right. And see, she had guaranteed that with them. Because that was one of the things that came up during the deal, this being a state case and all, how is it that these guys was going to get their time, how was they going to get their reduction? Because they was going to testify on a state thing,

**JGR:** Uh huh.

**CW:** but they were federal inmates? And the two don't mix, and being that federal outranks state, you know what I'm saying, how we going to, how was they going to get a cut going up for **[UI]**?

**JGR:** Did you, is that something that you understood back then or understand now?

**CW:** I was, no, I understood that very crystal clear back then. We go in, we served this guy up on the platter, you **[UI]** that 30 years is no longer in existence. Ah,

**JGR:** And that was, they were assuring you that?

**CW:** Yeah.

**JGR:** That was the deal that was going **[UI]**

**CW:** That's, that's the only thing that would make it a blessing because

**JGR:** Yeah.

**CW:** it would not be a blessing if I'm still going to have 30 years. I have no motive, I, I

**JGR:** You sorta questioned, you say, look, how, how are you going to pull that off? You know, you are in the federal system. This is a state case. Then were you aware of that?

**CW:** I was aware of that. In fact, at one point in time, I worked in the law library so I was quite familiar with federal law and, ah, I was aware of that, but we was, they was assured like, you know, we got the inside track on this thing. We're good. This is a major case, this was, we got a lot of publicity, these people want somebody, blah, blah, blah, they family was, you know, somebody in the street, so they got a little money, and you know, its just too many, you know, this was a world class witch hunt here, witch hunt here.

**JGR:** Yeah.

**CW:** And somebody's got to go on the chopping block.

**JGR:** Yeah.

**CW:** And if you are the guy that brings, slays the dragon, you will be just rewarded.

**JGR:** You will get that time.

**CW:** Yeah.

**JGR:**  And if, and so, they were convinced that Kelly could pull

**CW:**  this off.

**JGR:**  pull it off.

**CW:**  Yeah.

**JGR:**  **[UI]** and get that time.

**CW:**  And maybe that was part of the reason that there was so much communication with her because there was, you know that was, ah, ah, even though it was maybe considered a certainty and in the same light it was an uncertainty, so, you know, look, I got this, I got this, and we did this and this and everything cool.  Blasé, blasé, you know, we're going to get this, you know what I'm saying?

**JGR:**  **[UI]** Yeah.  Did you hear those conversations or you're just guessing?

**CW:**  No, not all because, like, its been, it was on one occasion, two occasion, you know, as they prepping me or going through it, get up and he'd go use the phone, blah, blah, blah, or maybe asked a question, he's like, no worry like I got his cell number, I can call any time.  I got this, that's how I know they had various forms of ways of communicating with her.

**JGR:**  After, after Beckcom testified, did you have any interaction with him?

**CW:**  No, he did not return to the yard, to my knowledge, he did not return to Beaumont,

**JGR:**  Right.

**CW:**  ah, Medium.  Ah, and I'm not even sure he got a reduction, ah, for his, for his part, in fact, I don't know who all did or didn't, but for some reason, I'm, I'm inclined to believe that he didn't get a reduction or he didn't get much reduction.  I think at that time he maybe had like 11 years more to do.

**JGR:**  Yeah.

**CW:**  And ah, he had jacked off a lot of his mother's money on stocks.  He was big into stocks. Trading the stock.  And he lost like $200,000 or $300,000 on the market.  I seen that with my own eyes.  The statements for **[UI]** business class stocks.

**JGR:**  And he lost it?

**CW:**  And he lost that kind of money.  And I think they had a restaurant either somewhere in Beaumont or, or, ah, what is that place called?

**JGR:**  Port Arthur?

**CW:**  Port Arthur.  Somewhere like that and you know, he's like, I've gotta get back.  I've gotta try to save the restaurant.  I've gotta do this.  You know, and I lost this money, blah this, blah that,

**JGR:**  So he would talk about that?

**CW:**  Right.  So I was, I was well aware of all his motivations for what he was doing.

**JGR:**  Uh huh.

**CW:**  Along with his communication with the divine side on not missing out on that blessing.

**JGR:**  Yeah.  He, was he the one who said you don't want….  Was he the one really …

**CW:**  Well, he, he was definitely a church attendee.  We all went to church together.  Only person I don't recall going to church with us was, ah, Cat.  Cat wasn't really a churchgoer.  I don't never remember Prible going to church.

**JGR:**  Uh huh.

**CW:**  Neither.  You see, one thing you learn about doing time.  You see a lot of, ah, chomoles, which are child molesters.

**JGR:**  Yeah.

**CW:**  They go to the church.  They seeking forgiveness or at least want somebody to forgive them.  You see a lot of the snitches

**JGR:**  Uh huh.

**CW:**  entering the church.  You see anybody that has something to hide, from general population, that would either get them, ah, in some type of ah, conflict, or, or, ah, what is the word I'm looking for?  Um, anything that is going to get them ustracized?  You know …

**JGR:**  Ostracized?  Yeah.

**CW:**  Yeah.  Right.  Anything that is going to get you ostracized, you run to religion, whether its ah, Islamic or Christianity and maybe some people run to Buddhist, but its never no more than about 10 of them on the yard so not many people run there.  But you go and hide behind that.  Like okay, I did found the light or I did seen the errors of my ways, and God say forgive, and, blah, blah, so you always have a bleeding heart that's going to open up and say, okay, come on, we are going to accept you the way you are.

**JGR:**  Yeah.  Yeah.

**CW:** Where as 90% of the population is like, you did what, you son of a bitch?  I got this shank ready sharpening up for your ass.  You know what I mean?

**JGR:** Yeah.

**CW:** So, you don't want to go out there with those guys that has that opinion of you.  You going to come in here to the sanctuary of the church.

**JGR:** Yeah.

**CW:** And then under the umbrella of the church, you know.

**JGR:** Yeah.  Yeah.

**CW:** So.

**JGR:** Right, that's where you want to spend your free time, is in the church.

**CW:** Yeah.  You know, you want to, you want to be …

**JGR:** Yeah.  **[UI]** go the church, right, so you don't get cut up.

**CW:** Yeah.  You know, you know what I'm saying?  And then even the worst of the worst people, if you see a person and you don't know nothing about them, and they appear they are trying to walk this Bible thumping type life or they are trying to do the right thing and just stay out the way, you're not going to necessarily instigate

**JGR:** Yeah.

**CW:** an issue with them.  You know what I mean?

**JGR:** Yeah.  And, and Prible wasn't, and you said, you said he, you didn't see him at first?

**CW:** I don't recall him going to church.

**JGR:** Yeah.

**CW:** If he did …

**JGR:** He had been accused one of those things that get you in trouble, actually.

**CW:** Yeah.

**JGR:** He had three kids.  He was accused of that.

**CW:** Yeah.  But no, you see, a lot of federal prisoners didn't have the state thing, we didn't know about that.  And see another thing that made this thing so, ah, controversial for me is I found out after the fact, the article came out in the Houston Press, and it had him in the cover with horns on him or something, and it said something about he had testified against some people in a, ah, crystal meth or some other type of case.  Prible did.  And for me that's a conflict,

conflicting interest because, um, I'm like, I don't condone what he did no more than I condone what these clowns did.  You know what I mean?

**JGR:**  Yeah.

**CW:**  But, the thing of it is I found out about his sins, so to speak, after I was already aware of what they did and that already revealed who I was.

**JGR:**  Yeah.

**CW:**  So either Herrera and/or the person who was sending the letter, whether it was you or not. I don't remember.

**JGR:**  No.  It wasn't me.  **[UI]**  I got the case pretty late.

**CW:**  Yeah.  So, with that being the case, and then whoever was sending the letter really was convinced I could help.

**JGR:**  Yeah.  Yeah.

**CW:  [UI]**  You know, I wasn't reaching out, or this, that and the other.  But I wasn't really motivated to reach out because I was like, man, look, you know, I know what they did.  This dude is messed up.  But damn, this dude went and told on somebody and I just really don't want to get involved.  And even now it is a dilemma for me because I'm like, if this thing happened to fall in his favor, and it blows his doors wide open, and he gets vindicated, etc., etc., etc., I could only imagine the type of press this shit would get.  Excuse my language.  I mean, I seen it on the cover of the Houston Press, but that's **[UI]** like the Houston Chronicle to me.  You know what I mean?

**JGR:**  It is.  You are absolutely right.  And, it is a high profile case.

**CW:**  So, so then, you know, the first thing I wouldn't want to see in the newspaper, ole Carl Walker, Jr., here freed a suspected baby killer.  **[UI]**  You know … I mean … .

**JGR:**  Yeah.

**CW:  [UI]**  Some people going to come, hey, Walk, what's going on?  And then, I'm not worried about that.  I'm never in harms way.

**JGR:**  Right.

**CW:**  To that extent but at the same token, like I said the first thing I told you, I don't know if this guy is guilty or not.

**JGR:**  Right.

**CW:** I just know these guys is guilty of conspiring against him and working together to recruit me and others or whomever that would listen to, actually, ah, get him on death row. I know that for a fact. I do know for a fact that Kelly Siegler was involved.

**JGR:** Uh huh.

**CW:** I know I have her phone number currently in my property, on my phone book. I know I have pictures with a lot of the people or some of the people that was involved in this case as well as other cases and I'm aware of details that

**JGR:** Uh huh.

**CW:** I have, would have no knowledge of being the fact that time of, since I've been incarcerated, that I would even should know about either or any of these cases.

**JGR:** Right.

**CW:** So, the only way I would know, is if the criminal himself told me or the snitches who obtained this information via whomever, told me, and

**JGR:** Yeah.

**CW:** you know, I'm like, wow, so now I got all this information, and its like, well, Walker, what are you going to do? You gonna help this guy out or is you gonna, you know, mind your own damn business or

**JGR:** Yeah. Yeah.

**CW:** because, you know, I'm not exactly an earth angle or a Good Samaritan, but at the same time, I'm not a what would be considered a low life or bottom feeder neither.

**JGR:** Yeah. Yeah.

**CW:** Just a guy who made bad decisions and I end up in a bad situation.

**JGR:** Right.

**CW:** I make no bones about who or what I am or were, but at the same token, I don't want to complicate my life or my situation no more than I have to. You understand? Cuz, just like nobody gives you a pat on the back for being a stand up guy and going to **[UI]** prison for 30 years for not telling on nobody. Nobody's going to give you a pat on the back for releasing somebody who was suspected of such a horrendous crime. And its not that I am looking for a pat on the back. I just don't want something else in the back.

**JGR:** *(laughing)*

**CW:** You know what I mean? Because ..

**JGR:** I know what you mean.  I don't,  But, ah, yeah, I don't … Its not that, I can't guarantee anything.

**CW:** Yeah.

**JGR:** **[UI]** You know that.  But ah,

**CW:** I wouldn't buy it if you tried.

**JGR:** Right.  Right.  Right.  Okay, I'm trying to see if, ah, … **[UI]**   Thank you very much for all the time.  I'm trying to think if there is anything here that I want to, to cover that I won't regret not, when I, not asking when I got out.

**CW:** I wonder, did they say you get me a soda water or not?  I'm really thirsty.

**JGR:** Ah, I, they actually said that I probably could not.

**CW:** Okay.

**JGR:** But you know, I can always, I can always go get

**CW:** We've been talking an awful long time.

**JGR:** Yeah.  Yeah.

**CW:** And then plus, I didn't get to go eat neither.

**JGR:** Right.

**CW:** Yeah.

**JGR:** Do you have anything back in your …?  I'll just go check.

**CW:** Just, just see if they will, a drink, a soda.  ….   What did she say?

**JGR:** She's gonna, I think, have to go up the chain of command.

**CW:** Oh, okay.  Seriously.

**JGR:** Those decisions anybody should be able to make.

**CW:** Yeah.

**JGR:** Cuz, she seemed …   One of the things though is, **[UI]** she seems like a good counselor.

**CW:** Yeah.  She's a good counselor and she probably can answer any questions about between the years of 2000 and 2003.  When did he get convicted?  2000'n?

**JGR:** 2002.

**CW:** 2002.  Okay.  This process that I'm telling you that they had to do was as solid as a rock during that time.  No inmate could have no pho.., call no phone number that was not put on his account by his counselor.

**JGR:** Yeah.

**CW:**  The counselor had to physically put it in, and you had to fill out a request form and fill it out with the name and number of the individual and what they're relation was, whether it was a friend, a relative, etc., etc.  And you fill all that out, you submit it to the counselor, 3 or 4 days later, the counselor would insert it in the computer, the phone number would be on your phone list and you would have access.

**JGR:**  Right.

**CW:**  You would dial '1', if you are going to pay for the call, or '0' if you wasn't, the number you are dialing, and then they would request your PIN number.  At that point in time, you would insert the PIN number, and voilá, you are talking to whomever you want if they pick up the other end of the phone, and I think they have to press '5' to accept your call.

**JGR:**  Yeah.

**CW:**  Or if they didn't want to accept your call, they can hit '77'.

**JGR:**  Right.

**CW:**  So.

**JGR:**  Okay.  What to drink?  Let me go, and you can, any notes that I made for myself that I wanted to cover.

**CW:**  How is Mr. Prible doing these days?

**JGR:**  Ah, well he is desperately fighting this case and, ah,

**CW:**  His time is not at hand, is it?

**JGR:**  No.  Not at hand.

**CW:**  Well, that's fortunate for him.

**JGR:**  Hello.

**COUNSELOR:**  Hello.  Um, the answer is no, but if you are thirsty, you can come get some water.

**CW:**  Oh, okay.   That's fine.  I'll just

**COUNSELOR:**  Wet your whistle?

**CW:**  Yeah.  Yeah.  If you don't mind.

**JGR:**  Okay.

**CW:**  So, um,

**JGR:**  Okay, let's see, ah, no, we actually talked to **[UI]**, he's out.

**CW:**  Ah, he is out now.  Did he, did he agree to stick by his story?

**JGR:**  Well, yeah, he said this is how, what he said.  He said one, that, according to him, Prible came to him because he knew that Beckcom had a capital case.

**CW:**  Wow.

**JGR:**  Yeah.  And Prible wanted, this is basically his testimony, wanted to get information about how to defend the capital case

**CW:**  Wow.

**JGR:**  from Beckcom.

**CW:**  Wow.

**JGR:**  And he goes on, and he testified to that too, and said, ah, he said as time went on Prible would tell him things about the case.

**CW:**  Bullshit.

**JGR:**  And that, that's just, you know, **[UI].**

**CW:**  I'll tell you this, did he testify on what he did in prison?  His activities.

**JGR:**  Did he, … what about, what, what activities?  Did …

**CW:**  What activities Beckcom did.

**JGR:**  Was he cross-examined on what he did?

**CW:**  Yeah.  What did he, did they, did anybody

**JGR:**  **[UI]**  Yes, he was cross, yes he was, …

**CW:**  Find out what he said he did in prison.  And then there may be also more holes in the ship because see, Beckcom didn't do legal work, first of all.  He didn't.

**JGR:**  Uh huh.

**CW:**  In other words, he didn't assist people with legal work.  I worked in the law library at the time.

**JGR:**  In Beaumont, he worked in the system.

**CW:**  He was not.

**JGR:**  Uh huh.

**CW:**  So, okay, I can understand you trying to say he was asking about capital whatever, whatever, but you was a federal case, this is a state case, two different, two kinda different things.  On top of that, Beckcom used to, like I say, teached a business class, he used to teach the stock exchange class, I believe he did something with working out on the yard, you know like fitness thing, because he was big on working out, he was kinda a buff kinda dude.  Ah, his

activities in the prison didn't allot the time for what he is talking about.  You know what I mean?  You got to realize you, you, you got a limited amount of time you even mobile, first of all, period.  Cuz you got these 10 minute moves, and you got a certain time during the day everybody counts, like 4 o'clock at the day.  Every day, all over the United States at 4 o'clock there is a stand up count.  After that you are going to feed chow, blah, blah, blah, then you going to have a few hours before dark.  Some places close down as soon as it gets dark.  When having short days like at 6 o'clock, 7, you are back in the units, especially on the higher up security prisons.

**JGR:**  Uh huh.

**CW:**  Otherwise, it will stay open till like 8 or 9.

**JGR:**  Uh huh.

**CW:**  Okay.  Any time you're a participant in any type of ah, teaching ah, courses, or you are a tutor, or your, your activities, all that is listed in your prison report.

**JGR:**  Uh huh.

**CW:**  Just like it will show I was ah, ah, a law, ah, a law clerk, I worked in the law library.  If I was the person that teached ah, aerobic class, if I was the person that teached the health and fitness, or if I teached the stock, it'll tell you what I've been doing, and, and how I've been doing.  The reason I'm saying that's so important is because when and where was all this occurring?  Okay.  If this happened at this time, this time, or this time of day, when you teaching this class, you didn't do you, your stock class this day or you didn't have your health fitness class, I mean because, honestly, you can't be at both places at the same time.  And you have an agenda.  When you are in a meeting you have, your presence is accounted for.  Meaning, I, if I'm on the, in fact, they even have a log book.  They even have a log book that they used to make you sign out of like, just say, I'm in Unit Ali.

**JGR:**  Uh huh.

**CW:**  And I wanted to go to the rec yard.  I would have to put on there my name, number and where I'm going.  Rec yard.  Or name, number, library.  They want to be accountable for your presence at all time.

**JGR:**  Uh huh.

**CW:**  So, if you happen to know where you say you were versus where, you know what I mean?

**JGR:**  Yeah.

**CW:** It's, it's always accountability for your person.  You know what I'm saying?

**JGR:** Right.

**CW:** It's always accountability for your, for what are you doing.  So, I would investigate what these guys was involved in, what were you doing, where were you supposed to be, and then get that information compared to what they say they were doing and what they say

**JGR:** Right.

**CW:** and you are going to find a lot of contradictories there.

**JGR:** Right.  Well, the way that Beckcom testified, and what he told, you know repeated to our investigator, he said, ah, Beckcom said that, you know, he was, he thought that, ah, Prible was trying to befriend him, become his friend, and, and, but Beckcom said he was very cautious and wary about talking with Prible.

**CW:** Bullshit.  He already knew who Prible was before he got there.

**JGR:** Yeah.

**CW:** And he was expecting him, and Prible didn't befriend him, he befriended Prible.

**JGR:** Right.

**CW:** It was all, it, it, Prible was dead the day he hit the yard.  He just didn't know.  He got the news at the end of the day, what, the day he arrived.  They had already baked a cake for the man.

**JGR:** Yeah.

**CW:** He, he just didn't know it was his birthday.

**JGR:** Yeah.  And then he finally says that, Beckcom said that one night when he and Foreman and **[UI]** were all passing time in the rec yard, Prible just blurted it all out in front of himself and Foreman.

**CW:** Um. On the rec yard?  Yeah, confess?

**JGR:** Right there in the rec yard.

**CW:** And he didn't say I was there or nothing, huh?  Was this the day they were doing all this drinking?

**JGR:** They never talked about drinking.

**CW:** Oh, they never talked about when they took him out drinking?

**JGR:** No.

**CW:** See, all that was part of the original plan.  See, I, that's why I say, I don't know how things deviated from the, the plot initially, versus there was actually executed in trial.  And maybe

things was changed up because some people was privileged information that they knew that shouldn't of knew information so we better not go verbatim because that would definitely

**JGR:** What would be a problem with blurting this out in the rec yard?  I mean,

**CW:** If you …

**JGR:** Can you image someone doing that?

**CW:** That's, that's, I mean, you know if he is suicidal, maybe.  I'll show you something.  I'm going to show you something.  You can find out like what kind of activities took place at Beaumont or who gets checked in, like, if anybody ever was a police officer in the street, and they get in the prison and the prisoners find out, they get beat up and checked into the hole.  If they know that this guy knew he was a cop, he'd get beats up, too.  This is actually event that happened in the prison.  Right?  So the reason I'm telling you that is if I know that you was a cop,

**JGR:** Yeah.

**CW:** and I'm in the prison, and I don't tell nobody that you was a cop, they are going to beat you up and beat me up too.  Or stab you and stab me.  Certain things you can't be affiliated with or have knowledge of, and, and, and get found out about without repercussions.

**JGR:** Yeah.

**CW:** Hint being, if anyone ever knew that I was aware of all of this, even though I am under the Christian umbrella, that's the only consideration I may have gotten at that particular time, but even that may have not been suffice to save me.  That I knew that they was aware, I was aware that they were going to do this, that and the other, blah, blah, blah, I would get, just, the same thing happened to this dude, ah, I was at Beaumont, some guys went back to help this dude named Cotton.  His last name Cotton.  I don't remember his first name.  Kevin Cotton, something Cotton.  And I think his case ended up getting overturned, too.  Because they had a group of rats, a group of dudes doing the same thing, recruiting people, and guys find out at Beaumont and some guys got together that knew what they were doing and they went back and they testified on Cotton's case.

**JGR:** Uh huh.

**CW:** On his behalf.  And they got his case overturned.  Now, did they reindict him or what all happened, I don't remember.  But that also happened there.  But what happened was when they was recruiting somebody who attempted to get recruited, revealed the information.  And the

other guys, they **[UI]**called stand up guys, find out what all these dudes was doing, and let either Cotton's attorney know or, Cotton's out of Houston, or Cotton's people know, or somehow they found out and some guys supposedly got submitted, sent back saying hey, these guys came in and this is what they were doing.

**JGR:**  What was Cotton's, what type of case was Cotton's?

**CW:**  A drug case.

**JGR:**  His was a drug case.  So, that's why its not a …  So Cotton's case got reversed, so its not a, its not a death penalty case.

**CW:**  Its not a death penalty case, but what it shows is, you, what that shows in conjunction to what I'm saying and what's been done, is that it's a known fact, during this timeline, that there were crews, there were a clique of guys that was getting together recruiting people to go out and testify on a high profile case.  This is not an uncommon event.  This is something that occurred several times, that they had to do in secrecy, in stealth, to try to recruit the right people and when they wasn't able to recruit the right people, **[UI]**, and the plot was revealed, consequences was come about, people wasn't allowed to come back to the yard, people were checked in, ah, blah, you know, etc., etc.

**JGR:**  Yeah.

**CW:**  So, with all this going on during the same timeline, and all, everybody, this is common knowledge, who, in a sane mind, or even insane mind, would blurt out to anybody, other than God, that they did anything, is horrific as that.  Because if you know what them guys would do to a person that just molest a child, you don't even want to image what they'll do did to 3 kids under 10 years old.

**JGR:**  Uh huh.

**CW:**  It's going to be trouble.  And his name is, he is the target.  And for him to do that and then to entrust that type of information to somebody not knowing that they are related to the common population.  You wouldn't even know you was getting hit.  You would just wake up dead.  Like then, where is this, ah, ah, Hell, how did I get here?

**JGR:**  Uh huh.

**CW:**  Know what I mean?  You couldn't do that.  That's why nobody go by their real name. That's why everybody go by nickname, or slang, or this, that and the other.  Not so much because they have skeletons to hide, some because they have skeletons to hide, but some because

they don't want nobody to know who they are to get information on their case, or da da dee, or go back or to say this, that and the other.  I mean, it's a, it's a, it's a, it's a,

**JGR:**  Yeah.  So, right, the blurt it out.  At trial, Beckcom testified that not only did he blurt out that he, you know, killed, you know, said that he killed, ah, the two ah,

**CW:**  Parents?

**JGR:**  parents,

**CW:**  Right.

**JGR:**  but that he knew the kids were up, were in the house and didn't care.

**CW:**  Wow.

**JGR:**  You know, that's basically was Beckcom's line.

**CW:**  Wow.

**JGR:**  And then

**CW:**  That's a blessed …. He has some stones.

**JGR:**  For Beckcom to try to pull it off?

**CW:**  Well, not only to pull it off, just to say that with a clear conscious, I mean, I'm no longer a Christian, so, you know, my, my belief system different.  There is no God in Buddhism, but if it just so happens there is one, I hate to have to deal with the repercussions of that.

**JGR:**  Yeah.

**CW:**  I mean, that's crazy.  Are we talking about you saying this man told you he didn't care that the fact that his kids were in the house and he set it on fire and, I mean, I can't tell you he didn't say that.  I can't tell you that, but I'm saying you got a better chance of getting the lotto 3 times in a row and the Super Bowl, Superball Lotto, ah, you got a better chance of doing that than him actually saying that.

**JGR:**  Yeah.  Yeah.

**CW:**  You know, I, it's just, it's just not likely.  It's not even,

**JGR:**  Right.

**CW:**  I won't even say probable.

**JGR:**  One of the things that the prosecutors kept saying, cuz, you know, this was her line, Prible, ah, knew facts that only the killer would know.  But, like you said, the police officers and the people that investigated the scene, they knew that the kids were in there and everybody that

was showed, that showed up.  All the relatives knew that the kids were in there.  Everybody knew that.

**CW:**  Well, see, not only that.  See, that's, that's the whole, that the, one of the main, ah, factors outside of how I feel about, you know, whatever, that made me know that, you know, it's just, it's just like an instinct.  You know right from wrong.  You can be walking by in, say in a complex, and you see a child fall in a pool, a little child, just say with diapers.  You don't have to think oh, that's a Black child, a white child, a Hispanic child, you just know that's a wrong, that's wrong and you're going to try to save it.

**JGR:**  Right.

**CW:**  You know.  Nobody's around, some little kid and he falls flat.  What?  It's, it's a human nature, instinctively,

**JGR:**  Yeah.

**CW:**  to try to help that little kid.  When I knew the details of the case about what this man supposedly testified before I even knew the man, I instinctively knew that this is wrong.  On a, on a more than just telling wrong, this is like, I don't know, re, godly wrong.  You know.

**JGR:**  Yeah.

**CW:**  Judas told on Jesus, look what he got.  So, I mean, it just, it just, it just feels all the way wrong because you are telling me the body is here in the front door, this body is over here.  I mean, I know too many details that I would never know and it was in no paper and no where and

**JGR:**  They were telling you that?

**CW:**  Yes.

**JGR:**  They were telling,

**CW:**  I know that before I even met the man.  So how could they, how could he have told them before I even met him, and they ..?

**JGR:**  They were telling, they were telling you this where the bodies were found?

**CW:**  Yeah, in the doorway.  In the doorway of the house, the husband was shot first, the woman was either in the garage or somewhere, den, I don't remember offhand right now.  She had semen in, in, in her, was maybe, I remember something about a pool table.  Um, I remember, what else they were telling me?  Ah, one of the neighbors or something said they seen him leave but he had supposed, one of the neighbors of the house that burned.  Somebody in the

surrounding area seen him leave but he supposedly had came back um, his alibi was him and the woman was messing around or he had messed around with the chick

**JGR:** Yeah.

**CW:** Um, I forget what else they told

**JGR:** All this was discussed before you even laid eyes on Prible.

**CW:** Before I even seen the man.

**JGR:** Including where the, you know, kids were dead and they, where they were.

**CW:** Yeah.  Exactly.

**JGR:** Found in the bedroom **[UI]**

**CW:** Exactly.  The whole shebang.

**JGR:** Yeah.

**CW:** Before I even met the man.

**JGR:** They were talking.

**CW:** They knew.  How do you know that?

**JGR:** Uh huh.

**CW:** And that would make me think well, what type of repercussions would, would …

**JGR:** Did you ever …  It wasn't …  You know, they had a paper on this case.  The story is in the Chronicle on this case.

**CW:** Um,

**JGR:** Did you read them?

**CW:** I never read them in the story, in the Chronicle.  I didn't know, ah, no.  I never read them. The only paper I ever seen on him was the Houston Press and that was after the trial.

**JGR:** After the trial.  Okay.

**CW:** That's the only paper I ever seen and the only reason I seen that paper because the dude who testified on his behalf brought the paper back with him and he showed me the paper.

**JGR:** Yeah.

**CW:** And he is the same person that said I was on the witness list or implied like I was on the witness list supposedly against Prible.

**JGR:** Uh huh.

**CW:** So, if you can conjure up that original witness list it might mean …

**JGR:** We should be able to do that.

**CW:** If my name pops up on there

**JGR:** I don't recall if … I don't believe it was because JJ would have mentioned that. We had already seen that witness list.

**CW:** Well, then,

**JGR:** I think I looked at it, too.

**CW:** if you don't, contact that guy, and he could tell you. How, what …

**JGR:** What guy?

**CW:** The witness list that, that, that the lawyer guy.

**JGR:** Brent Liedtke.

**CW:** Liedtke.

**JGR:** Liedtke. Okay

**CW:** Contact Liedtke. Tell him you've been in contact with Walker and let him know that you, I brought to your attention that, when he come back from Court, he was under the impression that I was under the witness list and he was the one that gave me that, and then he could maybe recall what list he seen or where the list was or how did he knew. Because like I said, it was almost a conflict because it's like, I had just come from Harris County at that time.

**JGR:** Yeah. Yeah.

**CW:** You understand? And I came back with Herrera.

**JGR:** Yeah.

**CW:** And that was kinda lucky I came back with Herrera. I told Herrera the story because when he come …

**JGR:** That was when Prible finally figured it out.

**CW:** So, when he come back, it was like, damn Walker, what's up? What's you, what's you been doing, what's you been up to? But I was never there. I never testified because

**JGR:** Right.

**CW:** he would have seen me.

**JGR:** Right.

**CW:** But, apparently on the witness list or some list, he knew I was a potential witness or something. And that's why I say, I wasn't sure if that letter ever got sent out or not because

**JGR:** Yeah.

**CW:** that letter was written out saying that I had all this disclosed information. And even the disclosed information that I supposedly had was already information that was given from them.

**JGR:** Yeah.

**CW:** And also I had her phone number, which I still currently have. That was the phone number at the time.

**JGR:** Yeah.

**CW:** Which probably was the same phone number that you can cross-reference to them or as well as if you can find out whatever cell number she was using at that time.

**JGR:** One, I guess one last, ah, last question, um, did you ever, was it, did Beckcom get bench warranted to Harris County a lot? Was it sorta known that, golly, this guy is kept taken to Harris County?

**CW:** I don't remember.

**JGR:** You don't. Okay.

**CW:** But, I could tell you this, though. If you can find out Shoe, cuz this is what people like him would do, and I think or maybe once or twice that maybe happened prior to Prible going to jail, or getting pulled, but, the time he go to the Shoe, Beckcom went to the Shoe a few times, and what does to do, if they know you are going to leave, or if they want to or if something to happen to him, they don't want to leave from the compound because it makes it difficult coming back. You understand what I'm saying?

**JGR:** No.

**CW:** So, you don't understand.

**JGR:** No.

**CW:** Okay. Say you are in a hostile environment.

**JGR:** Right.

**CW:** That definitely despises people that's going to snitch.

**JGR:** Yeah.

**CW:** But you are convertin …, you are, you are like a spy, you, you, you're recruiting and you are snitching and you are plotting to tell but you don't want people to find out.

**JGR:** Yeah.

**CW:** But something pops up that you gotta go to court. What is the easiest way to get off the yard without general population knowing you've even going off the yard? You go to the Shoe.

61

You get locked up on some bullshit charge, or some nonsense, or you just go check in.  While you in the Shoe, when the officers come…


**END OF TAPE**