# GROUP EXHIBIT "B"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD JEFFREY PRIBLE, | ' | |
| Petitioner, | ' | |
| | ' | |
| VS | ' | 4:09-cv-01896 |
| | ' | |
| NATHANIAL QUARTERMAN, DIRECTOR, | ' | |
| TEXAS DEPARTMENT OF CRIMINAL | ' | |
| JUSTICE, INSTITUTIONAL DIVISION, | ' | |
| Respondent | ' | |

## STATEMENT OF JJ GRADONI

My name is JJ Gradoni. The following is true and correct.

I am retained by Hilder & Associates, P.C., to investigate the case of Ronald Jeffrey Prible, cause no. 4:09-cv-01896, in the Southern District of Texas. In the course of my investigation I interviewed Carl Walker and Thomas Delgado. I interviewed Mr. Walker on February 20, 2009, and I interviewed Mr. Delgado on January 25, 2010.

The following is an accurate account of what Mr. Walker stated during the February 2009 interview:

> Walker said that Foreman had said that was present during several [phone] conversations between Foreman and the lead prosecutor. In fact, Walker was part of what he described as a tight, neat circle of informants headed by Foreman who were recruited to provide information to the State. Walker said Foreman had recruited him to be a snitch, and that at first he intended to testify against Mr. Prible.
>
> Walker stated that Foreman and his crew "were schooled" about the specifics of the offense that the State was trying to prove against Mr. Prible by Foreman who received his information from the lead prosecutor. Walker specifically stated that the lead prosecutor told Foreman that the problem with the Prible case was the neighbor who put Mr. Prible at his home a few hours before the murders took place. According to Walker, the lead prosecutor told Foreman that Steve had dropped Mr. Prible off at his house hours before the murder, and that one of the neighbors had substantiated this. Walker described how Foreman, Beckcom and their circle worked to get Mr. Prible's trust. The process included supplying Mr. Prible with wine

1

and "weed." Foreman and his group would take photos with Mr. Prible to show him that they were all buddies and making promises to Prible to hook him up with a female while he was in prison. According to Walker, on many occasions they would get Mr. Prible high on weed. On each occasion they would try to swing the conversation to Mr. Prible's involvement in the multiple murders.

Walker stated that Mr. Prible would never admit that he was involved in the murders. At one point Walker remembered asking Foreman, if we're all so stoned, how are we going to remember when [Mr. Prible] supposedly tells us he did it?" Foreman's comment, according to Walker, was that Mr. Prible will be the only one stoned. According to Walker, Foreman's and Beckcom's objective in plying Mr. Prible for information was to get a reduction in time.

Walker stated during the February 2009 interview that he arrived at the Beaumont Medium Prison in August 2000. He related that Foreman was a Houston native who bragged that he was a nephew of George Foreman. He described Beckcom as a bulky guy who worked out, and claimed to be Italian. Walker said Beckcom taught the stock market to inmates through one of the in-house educational programs. He said the four of them, Walker, Foreman, Beckcom and Mr. Prible, all lived in the same building at the Beaumont Unit.

In the February 2009 interview, Walker confirmed that one member of the crew was named Cat, who is Rafael Dominguez, at the time a 20 year old from Houston. Walker said that another Hispanic male who went by "Little Dude" was involved with Foreman.

Walker related that Foreman's crew documented their contact with Mr. Prible by taking pictures of themselves with him. Walker said that Beckcom arranged for Prible's family to meet Prible's family, and that Beckcom had photos taken. Walker said he was around when Foreman and Beckcom got Prible high on weed and wine. Each time, he said, the two would swing the conversation to the murders. Walker stated that Mr. Prible always denied any involvement.

The following is an accurate account of the interview with Thomas Delgado on January 25, 2010.

Delgado stated that he was in the Beaumont Unit at the same time as Prible and Beckcom. Delgado said he knew Beckcom by his nickname "Rock." Delgado mentioned two other inmates named Jesse Moreno and "Cat." Delgado said these two were planning to testify against Herrera in order to get a reduced prison sentence. Delgado stated that a man named "Green Eyes" who claimed he was related to the boxer George Foreman was recruiting people to get information on other inmates.

2

Delgado said that "Green Eyes," i.e., Foreman tried to recruit him to get information on the guy who Foreman said had killed a family. Delgado said that Foreman said that he had a strong relationship with a D.A. in Harris County. Delgado was asked if he knew who this D.A. was, and he responded immediately, "Kelly Siegler." Delgado said that Foreman provided him with Siegler's phone number and with the phone number of a Government agent named Hearn.

Delgado said that he did not speak with Beckcom personally about Mr. Prible. However, he stated that Foreman told him the Beckcom was planning to testify against Prible and that Beckcom had "brought it altogether." Delgado said he also learned about Beckcom's plan to set Prible up from another inmate at the Beaumont unit, named Oscar Gonalez, whom Foreman had recruited into the ring of snitches. Gonzalez told Delgado that he knew "Rock" (i.e., Beckcom) from the street, and told him that Beckcom was "switching it up and getting out." Delgado explained that "switching it up" meant coming up with a story to convict another inmate in return for a reduction in time.

If called as a witness, I would testify to the foregoing in a court of law. I hereby swear, affirm and state that the foregoing is true and correct under penalty of perjury pursuant to Title 18 U.S.C. § 1746."


FURTHER AFFIANT SAYETH NOT.

_____
JJ GRADONI

DATE 3/5/10

**STATE OF TEXAS**

**COUNTY OF HARRIS**

### STATEMENT OF JJ GRADONI

My name is JJ Gradoni. I swear that the following information is, to the best of my knowledge, true and correct.

I am the investigator for Ronald Jeffrey Prible. On Sunday evening, August 29, 2010, I spoke with Michael Beckcom on his cell phone. I asked Mr. Beckcom questions about the case of Ronald Jeffrey Prible and the case of Hermilio Herrero.

Beckcom acknowledged that he was aware of a group of inmates who were collecting information on Herrero for Siegler. Beckcom confirmed that no one had given him any direct information regarding their testimony about Herrero but it was his opinion that the testimony had been fabricated.

I mentioned to Beckcom that in our previous conversation in June of 2010 at Denny's Restaurant that I'd asked why Foreman did not testify in the Prible Trial, and that he had answered by saying "I guess she (Seigler) couldn't use him because of something else they were working on". Beckom agreed over the phone that was his answer. I also pointed out that it was also discussed that Foreman's testimony might expose Seigler's scheme and that during the interview that took place at the Denny's restaurant Beckom had nodded in agreement. Beckcom stated he agreed with that statement also.

Beckcom admitted that the photo opportunity with family involving Foreman and Prible were staged, but maintained that he did not find this out until a few days later from Foreman.

Beckcom confirmed that he had no knowledge of why he was attached to Danny Bible's case as a witness.

Beckcom also confirmed the fact that Seigler told him before he testified that the Feds were onboard with a deal, although he said no specific numbers were quoted.

I pointed out to Beckcom that he testified in Prible's trial on October 22, 2002. Investigator then read a portion of the November 4, 2002, letter from the US Attorney, John Gibson to Siegler in which Gibson writes, "I am glad you found Mr. Beckcom credible and that he was of great help in your case. However, the United States has no jurisdiction to confer any benefit upon Beckcom for his cooperation with the State of Texas". Investigator pointed out to Beckcom that if Seigler informed him that the Feds were on board with a deal, she had lied to him

since there was no deal in place. Beckcom responded by saying "I knew she did it after it was all said and done. She's a fucking cunt. She really is". Beckcom went on to say "She got smart. She got another notch in her belt. That's all it was. She had aspirations. She had an agenda".

_____
J.J. Gradoni

Subscribed and Sworn before me on this 8th day of September 2010, wherefore witness my signature and stamp of office.

M Jane Faber
My Commission Expires
11/23/2012

_____
Notary Public