# GROUP
# EXHIBIT "C"

Jesse Gonzalez 87641-079
Felix Gonzalez 83154-079
P.O. Box 26040
Beaumont, TX 77720-6040


Kelly Siegler
1201 Franklin, Ste. 600
Houston, TX 77002

Re: Pribble


Ms. Siegler,

    I'm writing this letter on behalf of myself and my father, Felix Gonzalez.
We both have spoken to you on two previous occasions regarding the Pribble case.
As I told you on the phone, I know Pribble from Woodgate subdivision where we
lived; he was a neighborhood friend of mine. He used to visit my house often
and hang out with us.

    I'm familiar enough with him that my ex-wife and I found him to be somewhat
of a mooch, and a little weird. But since we lived in the same neighborhood, we
ended up seeing and hanging out with one another often. My house was one street
over from Jeff's. There were a couple of other friends, John and Chip, that were
around us also at that time.

    My father met Jeff at my house when he and my mother used to come visit.
At first we didn't want to give information against Jeff because I did consider
him a friend; I know his mom and we have some mutual friends. The thought of
testifying while our friends and his parents are there watching was making me
uncomfortable. But after seeing the photo of Steve, Nelda, and their children
in the newspaper recently, it reminded me of what that crazy, sick son of a bitch
did. I truly hope he rots in hell for it.

    A while back when my father was originally telling me about Jeff, and that
Jeff knew us, I was unable to place him until I saw him when he came from the
low-security facility. Once I saw him I remembered him from the neighborhood.
One afternoon Jeff and my father were walking the track talking, so inmate Walker
and I approached them to see what was going on. Jeff was worried that inmates
Martinez and Dominduez might want to retaliate for Steve and Nelda. Jeff started
to explain that Steve had screwed him out of some money so he did what he had to
do but he didn't know the kids were there, that part was an accident. Jeff said
that if Steve would have paid him his money he wouln't have been there in the
first place.

Walker and I went to talk with Martinez and Dominguez, and they stated that they just needed to have a word with Jeff to find out what really happened. We then called my dad and Jeff over to talk with us and we all listened as Jeff explained why he killed Steve.  Once they heard what he said, they decided to let things alone, and Jeff began to hang out with all of us from Houston.

I have three little girls myself; Brittany is eleven, Ashley is seven, and Jessica is four.  So I will do it for the little girls; Rachel, Valerie, and Jade.  After Jeff began hanging around with us he started to tell us of a lot of crazy things he had done and gotten away with.  My father and I are willing to testify to the things Jeff has told us.  Please contact us if you need any additional information.

Sincerely,

Jesse Gonzalez 87641-079
P.O. BOx 26040
Beaumont, TX  77720-6040

Jesse Gonzalez   87641-079
Federal Correctional Institution
P.O. Box 26040
Beaumont, Tx 77720-6040

RECEIVED
MAY 2 2 2002
By_____

The enclosed letter was processed through special
mailing procedures for forwarding to you. The letter
has neither been opened nor inspected. If the writer
raises a question or problem over which this facility
has jurisdiction, you may wish to return the material
for further information or clarification. If the writer
encloses correspondence for forwarding to another
addressee, please return the enclosure to:
FEDERAL CORRECTIONAL COMPLEX
P.O. Box 26020 Beaumont TX 77720



LEGAL
MAIL

Kelly Siegler
Harris Co. District Attorney's Office
1201 Franklin, Ste. 600
Houston, TX.  77002

77002+1330 07







Rachel          Valerie          Jade



Mark A. Martinez  94369-079
P.O. Box 26040
Beaumont, Tx  7772-06040


Kelly Siegler
Harris Co. Dist. Attorney's Office
1201 Franklin, Ste. 600
Houston, Tx 77002

Re: R.J. Pribble


Ms. Siegler,

As you know from our previous conversation, I am incarcerated at FCI Beaumont-Medium, and have information in regards to the murder of Steve Herrera and his family.

While here I met Jeff Pribble, who recognized me as being a friend of Steves'. My ex-girlfriend and I went to Steve's house on the night of April 23, 1999. We stopped by for a short time and saw Steve outside with another man who turned out to be Jeff Pribble. When I got out of the car I noticed that Steve and Pribble were having some sort of argument. When I asked Steve if everything was alright, he said, "Nah. this white boys' just trippin' over some money". So my girlfriend and I left. The next day we received a phone call from Herreras' family informing us that Steve, his wife, and three children had died in a house fire. Later that day we found out that they were murdered.

It wasn't until my arrival here at FCI-Beaumont in May of 2001 that I saw Pribble again. We had several of the same friends, and Pribble told me he didn't want any trouble over what happened to Steve and his family. He told me that it wasn't supposed to go down like that. Later on as we became somewhat of friends, Pribble confided in me of Steve owing him some money from the banks they were robbing together, and how he had gone back that night to get what belonged to him. Pribble told me that Steve should have respected their business. He admitted to me of Killing Steve and his wife. Pribble even admitted to raping her, but claimed that she really liked it. As we became more familiar with one another he would sometimes joke around and say things like, "You know what happens to people who don't pay!".

I am more than willing to testify to these things in court. I am currently serving a twenty year sentence for Possession w/Intent to Distribute. I am willing to help you and would appreciate if you could help me. I recently helped Agent

Lanier with a statement that helped him put together the murder of Rory JoonPatrick Erhart.  I do not have an attorney at this time, but you can contact me through my Counsler J. Wilson at 409-721-0101.

Sincerely,

Mark A. Martinez   #94369-079
Federal Correctional Institution
P.O. Box 26040
Beaumont, Tx  77720-6040

Mark A. Martinez 94369-079
Federal Correctional Institution
P.O. Box 26040
Beaumont, Tx 77720-6040




RECEIVED
APR 3 0 2002

This enclosure was processed through special
mailing procedures for forwarding to you. The letter
has neither been opened nor inspected. If the writer
raises a question or problem over which this facility
has jurisdiction, you may wish to return the material
for further information or clarification. If the writer
encloses correspondence for forwarding to another
addressee, please return the enclosure to:
FEDERAL CORRECTIONAL COMPLEX
BEAUMONT, TEXAS 77720

Kelly Siegler
Harris Co. District Attorney's Office
1201 Franklin, Ste. 600
Houston,Tx. 77002

77002+1930 07

Carl Walker 04770-017
Federal Correctional Institution
P.O. Box 26040
Beaumont, Tx. 77720-6040

Kelly Siegler
1201 Franklin, Ste. 600
Houston, Tx. 77002

Re: Ronald J. Pribble


Ms. Siegler,

       As you may, or may not, know from previous conversations with Nathan Foreman,
myself, Mark Martinez, Jesse Gonzalez, his father Felix Gonzalez and Beckcom were
all close friends of Pribble.  We all hung around each other because we all are
from Houston, and because some of us knew one another from home. That made
it easier for us to trust one another. When Jeff came back to the Medium from
the Low Security facility, he was hanging around my friends Jesse & Felix
Gonzalez.   That is when I first met him. At that time it was brought to my
attention that there could be a problem between Pribble and Martinez and Dominguez
because Pribble was indicted for killing Steve and his family; they were friends
of Martinez.

       I was present on many occasions when Jeff was telling his side of the story.
This happened after he had relaxed and the tension had died down between him and
Martinez and Dominguez. All of us began to hang around alot and at one time or
another each of us would talk about things we had done. At first Jeff would
only talk about the bank jobs he had pulled, but later he began to open up
about the murders and how he did what he thought he had to do. It was business,
not personal.

       I'm more than willing to testify to these things in court. I'm currently
serving a thirty year sentence for Possession w/Intent to Distribute.  I will
help you in any way I can and would appreciate any help you could give me.

                                               Sincerely,

                                               Carl Walker 04770-017
                                               P.O. Box 26040
                                               Beaumont, TX. 77720-6040