BP-S505.052 **TELEPHONE N** ER REQUEST - INMATE CD FRM
DEC 95
**U.S. DEPARTMENT OF JUSTICE**                    FEDERAL BUREAU OF PRISONS

I am requesting that the following names and telephone numbers be placed on
my telephone list.  I state that to the best of my knowledge the persons on
this list are agreeable to receiving my calls and that telephone calls to
those persons will be made for purposes allowable under Bureau policy and
institution guidelines.  I understand that submitting more than 30 numbers
requires the approval of the Associate Warden.

| Register No. 49349-079 | Inmate Name (Print) Michael Beckcom | Unit KB |
|---|---|---|
| Inmate Signature Michael Beckcom | | Date 1-23-02 |

You will be notified by a member of your unit staff if a telephone number is not placed on your telephone list.

| A=Add O=Delete | Area Code Telephone Number | Name / Relationship | Street Address City / State / Zip Code / Country | STAFF USE: Date Notice Letter Sent |
|---|---|---|---|---|
| 1. A | 830-285-3004 | Marcus McDade (FRIEND) | Houston, Tx. 77083 | |
| 2. A | 281-879-4723 | " " | " " | |
| 3. A | 713-854-1969 | Charles Stephens (FRIEND) | Houston, Tx. | |
| 4. A | 512-484-0992 | Andrea Mack (FRIEND) | Roundrock, Tx. 78664 | |
| 5. A | 409-729-9337 | Jonathon Hinson Nephew | Nederland, Tx. 77627 | |
| 6 | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

Use additional sheet(s) for more than 10 requests at this time.

Please complete for use by
Trust Fund Staff:          ☐ Non-English
                              Speaking

| Reviewed by Unit Staff Member ( Printed Name & Signature) A. Palomo | Date 2-4-02 |
|---|---|
| To Be Completed by Trust Fund Upon Input Into System (initial) | Date |

Record (Signature) Copy - Central File.  Copy - Trust Fund Supervisor.  Copy - Inmate

(This Form May Be Reproduced Via WP)

PAGE ____ OF ____ PAGES
Replaces BP-505(52) of APR 94


Printed on Recycled Paper

HCDA000071

BP-S505.052 **TELEPHONE N⊺   ER REQUEST - INMATE** CD FRM
DEC 95
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

I am requesting that the following names and telephone numbers be placed on my telephone list.  I state that to the best of my knowledge the persons on this list are agreeable to receiving my calls and that telephone calls to those persons will be made for purposes allowable under Bureau policy and institution guidelines.  I understand that submitting more than 30 numbers requires the approval of the Associate Warden.

| Register No. 79349-079 | Inmate Name (Print) Michael Beckcom | Unit KB |
|---|---|---|
| Inmate Signature *Michael Beckcom* | | Date 1-23-02 |

You will be notified by a member of your unit staff if a telephone number is not placed on your telephone list.

| A=Add D=Delete | Area Code Telephone Number | Name / Relationship | Street Address City / State / Zip Code / Country | STAFF USE: Date Notice Letter Sent |
|---|---|---|---|---|
| 1. D | 337-406-9834 | Michelle Miller FRIEND | Lafayette, La | |
| 2. D | 360-863-9394 | Michael Dowell Friend | Monroe, Washington | |
| 3. D | 409-722-0555 | Mathilde Beckcom Mom | Port Arthur, TX. | |
| 4. D | 409-722-1873 | " " | " " | |
| 5. D | 409-729-4920 | Jonathan Hinson Nephew | Nederland, TX. | |
| 6. D | 409-729-9533 | | | |
| 7. D | 713-515-9776 | Susan Bailey Friend | Houston, TX. | |
| 8. D | 832-242-2387 | Michelle Miller FRIEND | Houston, TX. | |
| 9. A | 713-526-6006 | Alan Percely Attorney | Houston, TX. 77049   USA | |
| 10. A | 713-755-6178 | Kelly Siegler Attorney | Houston, TX. | |

Use additional sheet(s) for more than 10 requests at this time.

| Please complete for use by Trust Fund Staff: | ☐ Non-English Speaking |
|---|---|

| Reviewed by Unit Staff Member ( Printed Name & Signature) *A. Palomo* | Date 2-4-02 |
|---|---|
| To Be Completed by Trust Fund Upon Input Into System (Initial) | Date |

Record (Signature) Copy - Central File.  Copy - Trust Fund Supervisor,  Copy - Inmate

(This Form May Be Reproduced Via WP)

HCDA000072

BP-S505.052 **TELEPHONE N⎡  ER REQUEST – INMATE** CD FRM
DEC 95
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

I am requesting that the following names and telephone numbers be placed on
my telephone list.  I state that to the best of my knowledge the persons on
this list are agreeable to receiving my calls and that telephone calls to
those persons will be made for purposes allowable under Bureau policy and
institution guidelines.  I understand that submitting more than 30 numbers
requires the approval of the Associate Warden.

| Register No. 49349-079 | Inmate Name (Print) Michael Beckcom | Unit KB |
|---|---|---|
| Inmate Signature *Michael Beckcom* | | Date |

You will be notified by a member of your unit staff if a telephone number is not placed on your telephone list.

| A=Add<br>D=Delete | Area Code<br>Telephone Number | Name / Relationship | Street Address<br>City / State / Zip Code / Country | STAFF USE:<br>Date Notice<br>Letter Sent |
|---|---|---|---|---|
| 1. A | 225-927-2184 | Latisha Lebourgois<br>FRIEND | Baton Rouge, La 70809    USA | |
| 2. A | (686)<br>713-686-6199 | Lilian Thorn<br>Friend | Houston, TX, 77092    USA | |
| 3. D | 360-794-6297 | Michael Dowell<br>Friend | Monroe, WA 98272    USA | |
| 4. A | 713-755-6178 | Kelly Siegler<br>Attorney | Houston, TX.    USA | |
| 5. D | 210-930-0855 | DeShay Ebert<br>FRIEND | San Antonio, TX 78217    USA | |
| 6. 4 | 281-879-4723 | Marcus McDade<br>Friend | Houston, TX, 77083    USA | |
| 7. A | 530-285-3004 | " " | " "    " | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

Use additional sheet(s) for more than 10 requests at this time.

| Please complete for use by<br>Trust Fund Staff: | ☐ Non-English<br>Speaking |
|---|---|

| Reviewed by Unit Staff Member ( Printed Name & Signature) *A. V. Alonso* | Date *12-19-01* |
|---|---|
| To Be Completed by Trust Fund Upon Input Into System (Initial) | Date |

Record (Signature) Copy · Central File, Copy · Trust Fund Supervisor, Copy · Inmate

PAGE ____ OF ____ PAGES
Replaces BP-505(52) of APR 94

(This Form May Be Reproduced Via WP)


Printed on Recycled Paper

HCDA000073

BP-S505.052 **TELEPHONE ! ER REQUEST - INMATE** CD FRM
DEC 95
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

I am requesting that the following names and telephone numbers be placed on
my telephone list. I state that to the best of my knowledge the persons on
this list are agreeable to receiving my calls and that telephone calls to
those persons will be made for purposes allowable under Bureau policy and
institution guidelines. I understand that submitting more than 30 numbers
requires the approval of the Associate Warden.

| Register No. 49349-079 | Inmate Name (Print) Michael Beckcom | Unit KB |
|---|---|---|
| Inmate Signature Michal Beckcom | Date 12-9-01 | |

You will be notified by a member of your unit staff if a telephone number is not placed on your telephone list.

| A=Add D=Delete | Area Code Telephone Number | Name / Relationship | Street Address City / State / Zip Code / Country | STAFF USE: Date Notice Letter Sent |
|---|---|---|---|---|
| 1. A | 713-334-4071 | Gary Abrams Friend | Houston, TX, 77077    USA | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

Use additional sheet(s) for more than 10 requests at this time.

| | Please complete for use by Trust Fund Staff: | ☐ Non-English Speaking |
|---|---|---|

| Reviewed by Unit Staff Member ( Printed Name & Signature) A. Valomo M. P. | Date 12-9-01 |
|---|---|
| To Be Completed by Trust Fund Upon Input Into System (Initial) | Date |

Record (Signature) Copy - Central File. Copy - Trust Fund Supervisor, Copy - Inmate

(This Form May Be Reproduced Via WP)

PAGE ___ OF __ PAGES
Replaces BP-505(52) of APR 94

Printed on Recycled Paper

HCDA000074

BP-S505.052 **TELEPHONE NUMBER REQUEST - INMATE** CD FRM
DEC 95
U.S. DEPARTMENT OF JUSTICE             FEDERAL BUREAU OF PRISONS

I am requesting that the following names and telephone numbers be placed on
my telephone list. I state that to the best of my knowledge the persons on
this list are agreeable to receiving my calls and that telephone calls to
those persons will be made for purposes allowable under Bureau policy and
institution guidelines. I understand that submitting more than 30 numbers
requires the approval of the Associate Warden.

| Register No. 19349-079 | Inmate Name (Print) Michael Beckcom | Unit KB |
|---|---|---|

| Inmate Signature Michael Beckcom | Date 10-11-01 |
|---|---|

You will be notified by a member of your unit staff if a telephone number is not placed on your telephone list.

| A=Add D=Delete | Area Code Telephone Number | Name / Relationship | Street Address City / State / Zip Code / Country | STAFF USE: Date Notice Letter Sent |
|---|---|---|---|---|
| 1. D | 409-727-1873 | Jonathan Hinson Nephew | Port Neches, TX. 77651    USA | |
| 2. A | 409-729-4920 | " | "    " | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

Use additional sheet(s) for more than 10 requests at this time.

Please complete for use by Trust Fund Staff: ☐ Non-English Speaking

| Reviewed by Unit Staff Member ( Printed Name & Signature ) | Date 10-11-01 |
|---|---|
| To Be Completed by Trust Fund Upon Input Into System (Initial) | Date |

Record (Signature) Copy · Central File, Copy - Trust Fund Supervisor, Copy - Inmate

(This Form May Be Reproduced Via WP)

PAGE __ OF __ PAGES
Replaces BP-505(52) of APR 94


Printed on Recycled Paper

HCDA000075

BP-S505.052 **TELEPHONE NUM R REQUEST - INMATE** CD FRM
DEC 95
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

I am requesting that the following names and telephone numbers be placed on
my telephone list.  I state that to the best of my knowledge the persons on
this list are agreeable to receiving my calls and that telephone calls to
those persons will be made for purposes allowable under Bureau policy and
institution guidelines.  I understand that submitting more than 30 numbers
requires the approval of the Associate Warden.

| Register No. | Inmate Name (Print) | Unit |
|---|---|---|
| 49349-079 | Michael Beckcom | KB |

| Inmate Signature | Date |
|---|---|
| Michael Beckcom | 3/22/02 |

You will be notified by a member of your unit staff if a telephone number is not placed on your telephone list.

| A=Add<br>D=Delete | Area Code<br>Telephone Number | Name / Relationship | Street Address<br>City / State / Zip Code / Country | STAFF USE:<br>Date Notice<br>Letter Sent |
|---|---|---|---|---|
| 1. D | 225-927-2154 | Latisha LeBourgeis Friend | Baton Rouge, La        USA | |
| 2. A | 225-955-7318 | "        " | "        " | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

Use additional sheet(s) for more than 10 requests at this time.

| | Please complete for use by<br>Trust Fund Staff: | ☐ Non-English<br>Speaking |
|---|---|---|

| Reviewed by Unit Staff Member ( Printed Name & Signature) | Date |
|---|---|
| A. Falone / M.P.Cam | 3-24-02 |

To Be Completed by Trust Fund Upon Input into System (Initial)        Date

Record (Signature) Copy · Central File,  Copy · Trust Fund Supervisor,  Copy · Inmate

(This Form May Be Reproduced Via WP)                    PAGE ___ OF ___ PAGES
                                                         Replaces BP-S05(52) of APR 94


Printed on Recycled Paper

HCDA000076

BP-S505.052 **TELEPHONE NUM _R REQUEST - INMATE** CD FRM
DEC 95
**U.S. DEPARTMENT OF JUSTICE**      **FEDERAL BUREAU OF PRISONS**

I am requesting that the following names and telephone numbers be placed on my telephone list. I state that to the best of my knowledge the persons on this list are agreeable to receiving my calls and that telephone calls to those persons will be made for purposes allowable under Bureau policy and institution guidelines. I understand that submitting more than 30 numbers requires the approval of the Associate Warden.

| Register No. 49349-0-79 | Inmate Name (Print) Michael Beckcom | Unit KB |
|---|---|---|

| Inmate Signature Michael Beckcom | Date 9-14-01 |
|---|---|

You will be notified by a member of your unit staff if a telephone number is not placed on your telephone list.

| A=Add D=Delete | Area Code Telephone Number | Name / Relationship | Street Address City / State / Zip Code / Country | STAFF USE: Date Notice Letter Sent |
|---|---|---|---|---|
| 1. D | 409-748-9191 | Mathilde Beckcom Mother | Port Arthur, Tx. 71642 USA | |
| 2. D | 225-751-1366 | Latisha Debourgis Friend | Baton Rouge, La 70817 USA | |
| 3. D | 512-401-0887 | Becky Marchand Friend | Austin, Tx. 78727 USA | |
| 4. A | 409-504-5079 | Mathilde Beckcom Mother | Same as above | |
| 5. A | 713-443-4374 | Brian Donnellan Friend | Houston, Tx. USA | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

Use additional sheet(s) for more than 10 requests at this time.

| | Please complete for use by Trust Fund Staff: | ☐ Non-English Speaking |
|---|---|---|

| Reviewed by Unit Staff Member ( Printed Name & Signature) A. Alonzo | Date 9-14-01 |
|---|---|
| To Be Completed by Trust Fund Upon Input Into System (Initial) | Date |

Record (Signature) Copy - Central File,   Copy - Trust Fund Supervisor,   Copy - Inmate

(This Form May Be Reproduced Via WP)

PAGE ____ OF ____ PAGES
Replaces BP-505(52) of APR 94



HCDA000077

BP-S505.052 **TELEPHONE NUM   2 REQUEST - INMATE** CD FRM
DEC 95
**U.S. DEPARTMENT OF JUSTICE**                    FEDERAL BUREAU OF PRISONS

I am requesting that the following names and telephone numbers be placed on my telephone list. I state that to the best of my knowledge the persons on this list are agreeable to receiving my calls and that telephone calls to those persons will be made for purposes allowable under Bureau policy and institution guidelines. I understand that submitting more than 30 numbers requires the approval of the Associate Warden.

| Register No. | Inmate Name (Print) | | Unit |
|---|---|---|---|
| 19349-079 | Michael Beckcom | | KB |

Inmate Signature: *Michael Beckcom*      Date 8/6/01

You will be notified by a member of your unit staff if a telephone number is not placed on your telephone list.

| A=Add D=Delete | Area Code Telephone Number | Name / Relationship | Street Address City / State / Zip Code / Country | STAFF USE: Date Notice Letter Sent |
|---|---|---|---|---|
| 1. A | 713-467-1913 | Julie Holt (FRIEND) | ▉▉▉▉ Houston, TX. 77024   USA | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

Use additional sheet(s) for more than 10 requests at this time.

| Please complete for use by Trust Fund Staff: | ☐ Non-English Speaking |
|---|---|

| Reviewed by Unit Staff Member ( Printed Name & Signature) | Date |
|---|---|
| *CLABuffCl* | 8-6-01 |

| To Be Completed by Trust Fund Upon Input Into System (Initial) | Date |
|---|---|

Record (Signature) Copy - Central File,  Copy - Trust Fund Supervisor,  Copy - Inmate

(This Form May Be Reproduced Via WP)

PAGE ____ OF ____ PAGES
Replaces BP-505(52) of APR 94


Printed on Recycled Paper

HCDA000078

Case 4:09-cv-01896  Document 47-8  Filed in TXSD on 08/17/12  Page 9 of 55

```
        FUNCTION: L-P SCOPE: REG    EQ 49349-079      OUTPUT FORMAT: UNSAN_____
------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM 07-01-2001 THRU 10-31-2002 DT STS: FROM _____ _____ THRU _____ _____
DT STS: FROM _____ TO _____ DAYS BEFORE "OR" FROM _____ TO _____ DAYS AFTER DT RDU
DT TDU: FROM _____ TO _____ DAYS BEFORE "OR" FROM _____ TO _____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____        _____      _____      _____      _____      _____
TRACK:  DEPT: _____        _____      _____      _____      _____      _____
      PERSON: ____         _____      _____      _____      _____      _____
        TYPE: ____         _____      _____      _____      _____      _____
EVNT FACL: EQ ____         _____      _____      _____      _____      _____
RCV FACL.: EQ ____         _____      _____      _____      _____      _____
RCV UN/LC: EQ _____        _____      _____      _____      _____      _____
RCV QTR..: EQ _____        _____      _____      _____      _____      _____
ORIG FACL: EQ _____        _____      _____      _____      _____      _____
ORG UN/LC: EQ _____        _____      _____      _____      _____      _____
ORIG QTR.: EQ _____        _____      _____      _____      _____      _____


G5102      NO DATA WAS SELECTED FOR THE ABOVE SELECTION CRITERIA
```

HCDA000079

```
  BMAD8  531.01 *              INMATE HISTORY           *     02-23-2011
  PAGE 001 OF 001 *               ADM-REL               *     08:07:05

   REG NO..: 80261-079 NAME....: DELGADO, THOMAS MARTIN
   CATEGORY: ARS        FUNCTION: PRT        FORMAT:

 FCL    ASSIGNMENT  DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
 ATW    GCT REL     GOOD CONDUCT TIME RELEASE      10-08-2004 0942 CURRENT
 ATW    A-DES       DESIGNATED, AT ASSIGNED FACIL  10-24-2003 1437 10-08-2004 0942
 A01    RELEASE     RELEASED FROM IN-TRANSIT FACL  10-24-2003 1737 10-24-2003 1737
 A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-24-2003 0900 10-24-2003 1737
 OKL    HLD REMOVE  HOLDOVER REMOVED               10-24-2003 0800 10-24-2003 0800
 OKL    A-BOP HLD   HOLDOVER FOR INST TO INST TRF  10-20-2003 1500 10-24-2003 0800
 B18    RELEASE     RELEASED FROM IN-TRANSIT FACL  10-20-2003 1600 10-20-2003 1600
 B18    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-20-2003 0527 10-20-2003 1600
 BMM    TRANSFER    TRANSFER                       10-20-2003 0427 10-20-2003 0427
 BMM    A-DES       DESIGNATED, AT ASSIGNED FACIL  11-29-2001 1128 10-20-2003 0427
 P00    RELEASE 11  RELEASED FROM IN-TRANSIT, NOV  11-29-2001 1228 11-29-2001 1228
 P00    A-ADMIT 06  ADMITTED TO IN-TRANSIT, JUN    06-27-2000 0530 11-29-2001 1228
 7-B    RELEASE     RELEASED FROM IN-TRANSIT FACL  06-27-2000 0530 06-27-2000 0530
 7-B    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 02-28-2000 1028 06-27-2000 0530
 BMM    IAD         INTERSTATE AGRMNT ON DETAINERS 02-28-2000 0928 11-29-2001 1128
 BMM    A-DES       DESIGNATED, AT ASSIGNED FACIL  09-28-1999 1820 02-28-2000 0928
 1-E    RELEASE     RELEASED FROM IN-TRANSIT FACL  09-28-1999 1920 09-28-1999 1920
 1-E    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-07-1999 0742 09-28-1999 1920
 CHN    ADMIN REL   ADMINISTRATIVE RELEASE         09-07-1999 0642 09-07-1999 0642
 CHN    A-ADMIN     ADMINISTRATIVE ADMISSION       09-07-1999 0641 09-07-1999 0642



 G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

HCDA000080

```
BMAD8  531.01 *              INMATE HISTORY            *    02-23-2011
PAGE 001        *              QUARTERS               *    08:07:08

REG NO..: 80261-079 NAME....: DELGADO, THOMAS MARTIN
CATEGORY: QTR        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                        START DATE/TIME STOP  DATE/TIME
ATW    Z02-210UAD HOUSE Z/RANGE 02/BED 210U AD       10-07-2004 1912 10-08-2004 0942
ATW    Z02-218UAD HOUSE Z/RANGE 02/BED 218U AD       08-24-2004 2103 10-07-2004 1912
ATW    Z02-212LAD HOUSE Z/RANGE 02/BED 212L AD       07-12-2004 1432 08-24-2004 2103
ATW    Z02-202UAD HOUSE Z/RANGE 02/BED 202U AD       05-06-2004 2143 07-12-2004 1432
ATW    Z02-220UAD HOUSE Z/RANGE 02/BED 220U AD       03-15-2004 0815 05-06-2004 2143
ATW    Z02-202LAD HOUSE Z/RANGE 02/BED 202L AD       03-08-2004 1135 03-15-2004 0815
ATW    Z02-220UAD HOUSE Z/RANGE 02/BED 220U AD       02-17-2004 1712 03-08-2004 1135
ATW    Z02-220LAD HOUSE Z/RANGE 02/BED 220L AD       02-17-2004 1702 02-17-2004 1712
ATW    Z01-100LAD HOUSE Z/RANGE 01/BED 100L AD       02-17-2004 1701 02-17-2004 1702
ATW    Z04-228UDS HOUSE Z/RANGE 04/BED 228U DS       02-16-2004 1945 02-17-2004 1701
ATW    Z04-231UDS HOUSE Z/RANGE 04/BED 231U DS       12-10-2003 0221 02-16-2004 1945
ATW    Z04-234UDS HOUSE Z/RANGE 04/BED 234U DS       12-08-2003 1138 12-10-2003 0221
ATW    Z04-235UDS HOUSE Z/RANGE 04/BED 235U DS       10-30-2003 1350 12-08-2003 1138
ATW    Z02-223LAD HOUSE Z/RANGE 02/BED 223L AD       10-25-2003 0900 10-30-2003 1350
ATW    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD       10-24-2003 2013 10-25-2003 0900
ATW    R01-101L   HOUSE R/RANGE 01/BED 101L          10-24-2003 1437 10-24-2003 2013
OKL    Z03-718LDS HOUSE Z/RANGE 03/BED 718L DS       10-20-2003 1830 10-24-2003 0800
OKL    R01-001L   HOUSE R/RANGE 01/BED 001L          10-20-2003 1500 10-20-2003 1830
BMM    Z02-224LAD HOUSE Z/RANGE 02/BED 224L AD       10-01-2003 2142 10-20-2003 0427
BMM    Z02-223LAD HOUSE Z/RANGE 02/BED 223L AD       10-01-2003 1915 10-01-2003 2142
BMM    Z02-207LAD HOUSE Z/RANGE 02/BED 207L AD       09-10-2003 0409 10-01-2003 1915
BMM    Z03-312LDS HOUSE Z/RANGE 03/BED 312L DS       08-26-2003 1441 09-10-2003 0409
BMM    Z03-306LDS HOUSE Z/RANGE 03/BED 306L DS       08-05-2003 1459 08-26-2003 1441
BMM    Z03-309UDS HOUSE Z/RANGE 03/BED 309U DS       07-18-2003 2021 08-05-2003 1459
BMM    Z04-410UDS HOUSE Z/RANGE 04/BED 410U DS       07-17-2003 1112 07-18-2003 2021
BMM    Z03-305LDS HOUSE Z/RANGE 03/BED 305L DS       07-13-2003 2030 07-17-2003 1112
BMM    Z03-302LDS HOUSE Z/RANGE 03/BED 302L DS       06-09-2003 2125 07-13-2003 2030
BMM    Z04-412LDS HOUSE Z/RANGE 04/BED 412L DS       05-20-2003 1849 06-09-2003 2125
BMM    Z04-407LDS HOUSE Z/RANGE 04/BED 407L DS       05-01-2003 2056 05-20-2003 1849
BMM    Z02-214LAD HOUSE Z/RANGE 02/BED 214L AD       04-16-2003 1856 05-01-2003 2056
BMM    Z02-221UAD HOUSE Z/RANGE 02/BED 221U AD       03-25-2003 1917 04-16-2003 1856
BMM    Z02-211LAD HOUSE Z/RANGE 02/BED 211L AD       03-25-2003 1816 03-25-2003 1917
BMM    Z02-224LAD HOUSE Z/RANGE 02/BED 224L AD       03-01-2003 2100 03-25-2003 1816
BMM    Z02-208LAD HOUSE Z/RANGE 02/BED 208L AD       02-08-2003 1820 03-01-2003 2100
BMM    Z02-217LAD HOUSE Z/RANGE 02/BED 217L AD       01-20-2003 1159 02-08-2003 1820
BMM    Z03-305LDS HOUSE Z/RANGE 03/BED 305L DS       01-12-2003 1708 01-20-2003 1159
BMM    Z03-308LDS HOUSE Z/RANGE 03/BED 308L DS       01-12-2003 1633 01-12-2003 1708
BMM    Z03-307LDS HOUSE Z/RANGE 03/BED 307L DS       12-19-2002 1306 01-12-2003 1633
BMM    Z03-310LDS HOUSE Z/RANGE 03/BED 310L DS       12-17-2002 1402 12-19-2002 1306
BMM    Z01-120UAD HOUSE Z/RANGE 01/BED 120U AD       12-04-2002 0045 12-17-2002 1402
BMM    Z01-123LAD HOUSE Z/RANGE 01/BED 123L AD       11-12-2002 2146 12-04-2002 0045


G0002        MORE PAGES TO FOLLOW . . .
```

HCDA000081

```
BMAD8  531.01 *              INMATE HISTORY           *      02-23-2011
PAGE 002 OF 002 *              QUARTERS               *      08:07:08

REG NO..: 80261-079 NAME....: DELGADO, THOMAS MARTIN
CATEGORY: QTR        FUNCTION: PRT        FORMAT:

FCL   ASSIGNMENT DESCRIPTION                         START DATE/TIME STOP  DATE/TIME
BMM   Z01-116UAD HOUSE Z/RANGE 01/BED 116U AD        10-16-2002 1901 11-12-2002 2146
BMM   Z01-101UAD HOUSE Z/RANGE 01/BED 101U AD        10-08-2002 1851 10-16-2002 1901
BMM   Z01-102LAD HOUSE Z/RANGE 01/BED 102L AD        09-20-2002 1317 10-08-2002 1851
BMM   Z01-123LAD HOUSE Z/RANGE 01/BED 123L AD        09-17-2002 1821 09-20-2002 1317
BMM   Z01-122UAD HOUSE Z/RANGE 01/BED 122U AD        08-25-2002 1135 09-17-2002 1821
BMM   Z01-113LAD HOUSE Z/RANGE 01/BED 113L AD        08-14-2002 1431 08-25-2002 1135
BMM   Z04-406LDS HOUSE Z/RANGE 04/BED 406L DS        08-08-2002 1048 08-14-2002 1431
BMM   Z02-222LAD HOUSE Z/RANGE 02/BED 222L AD        07-25-2002 1836 08-08-2002 1048
BMM   Z02-224LAD HOUSE Z/RANGE 02/BED 224L AD        07-04-2002 1654 07-25-2002 1836
BMM   Z02-223LAD HOUSE Z/RANGE 02/BED 223L AD        06-12-2002 1424 07-04-2002 1654
BMM   Z04-412LDS HOUSE Z/RANGE 04/BED 412L DS        05-26-2002 2324 06-12-2002 1424
BMM   Z01-116LAD HOUSE Z/RANGE 01/BED 116L AD        05-26-2002 2251 05-26-2002 2324
BMM   M02-232L   HOUSE M/RANGE 02/BED 232L           03-13-2002 0856 05-26-2002 2251
BMM   Z02-219LAD HOUSE Z/RANGE 02/BED 219L AD        03-12-2002 1436 03-13-2002 0856
BMM   Z01-116LAD HOUSE Z/RANGE 01/BED 116L AD        03-12-2002 1315 03-12-2002 1436
BMM   M02-232L   HOUSE M/RANGE 02/BED 232L           12-06-2001 1021 03-12-2002 1315
BMM   M01-130U   HOUSE M/RANGE 01/BED 130U           11-29-2001 1302 12-06-2001 1021
BMM   R03-001L   HOUSE R/RANGE 03/BED 001L           11-29-2001 1128 11-29-2001 1302
BMM   M02-209U   HOUSE M/RANGE 02/BED 209U           02-19-2000 1105 02-28-2000 0928
BMM   M02-228U   HOUSE M/RANGE 02/BED 228U           02-17-2000 1808 02-19-2000 1105
BMM · Z03-303LDS HOUSE Z/RANGE 03/BED 303L DS        02-15-2000 0143 02-17-2000 1808
BMM   Z01-116LAD HOUSE Z/RANGE 01/BED 116L AD        02-14-2000 1658 02-15-2000 0143
BMM   M02-228U   HOUSE M/RANGE 02/BED 228U           02-05-2000 1851 02-14-2000 1658
BMM   M02-209U   HOUSE M/RANGE 02/BED 209U           01-21-2000 1742 02-05-2000 1851
BMM   M01-109U   HOUSE M/RANGE 01/BED 109U           01-21-2000 1741 01-21-2000 1742
BMM   Z04-410LDS HOUSE Z/RANGE 04/BED 410L DS        01-14-2000 1438 01-21-2000 1741
BMM   Z04-405UDS HOUSE Z/RANGE 04/BED 405U DS        01-04-2000 2059 01-14-2000 1438
BMM   M02-228L   HOUSE M/RANGE 02/BED 228L           12-08-1999 2058 01-04-2000 2059
BMM   M01-124U   HOUSE M/RANGE 01/BED 124U           11-17-1999 1853 12-08-1999 2058
BMM   M01-115U   HOUSE M/RANGE 01/BED 115U           09-30-1999 2020 11-17-1999 1853
BMM   Z02-216LAD HOUSE Z/RANGE 02/BED 216L AD        09-28-1999 2007 09-30-1999 2020
BMM   R03-001L   HOUSE R/RANGE 03/BED 001L           09-28-1999 1820 09-28-1999 2007



G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

HCDA000082

```
  BMAD8  531.01 *              INMATE HISTORY        *      02-23-2011
  PAGE 001 OF 001 *               WRK DETAIL          *      08:08:29

  REG NO..: 80261-079 NAME....: DELGADO, THOMAS MARTIN
  CATEGORY: WRK         FUNCTION: PRT        FORMAT:

  FCL   ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
  ATW   SHU UNASSG SHU UNASSIGNED              10-24-2003 1437 10-08-2004 0942
  OKL   UNASSG     UNASSIGNED HOLDOVER         10-20-2003 1500 10-24-2003 0800
  BMM   AD UNASSG  AD SHU UNASSG               08-26-2002 0103 10-20-2003 0427
  BMM   DS UNASSG  DS SHU UNASSG               06-25-2002 1730 08-26-2002 0103
  BMM   AD UNASSG  AD SHU UNASSG               05-27-2002 1133 06-25-2002 1730
  BMM   REC G 4    RECREATION GROUP 4          03-19-2002 0001 05-27-2002 1133
  BMM   UNASSG     UNASSG                      03-13-2002 0857 03-19-2002 0001
  BMM   AD UNASSG  AD SHU UNASSG               03-12-2002 1315 03-13-2002 0857
  BMM   REC G 4    RECREATION GROUP 4          12-28-2001 0001 03-12-2002 1315
  BMM   UNASSG     UNASSG                      12-04-2001 0001 12-28-2001 0001
  BMM   REC G 1    RECREATION GROUP 1          11-29-2001 1128 12-04-2001 0001
  BMM   REC G 1    RECREATION GROUP 1          02-21-2000 0001 02-28-2000 0928
  BMM   UNASSG     UNASSG                      02-17-2000 1809 02-21-2000 0001
  BMM   UNASSG SHU UNASSG SHU                  02-14-2000 1701 02-17-2000 1809
  BMM   REC G 1    RECREATION GROUP 1          01-28-2000 1800 02-14-2000 1701
  BMM   UNASSG     UNASSG                      01-21-2000 1804 01-28-2000 1800
  BMM   UNASSG SHU UNASSG SHU                  01-04-2000 2125 01-21-2000 1804
  BMM   REC G 1    RECREATION GROUP 1          12-10-1999 1800 01-04-2000 2125
  BMM   F/S PM DIN F/S PM DINING ROOM          10-22-1999 1800 12-10-1999 1800
  BMM   UNASSG SHU UNASSG SHU                  09-30-1999 0029 10-22-1999 1800
  BMM   A&O        ADMISSION & ORIENTATION     09-28-1999 1820 09-30-1999 0029




  G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

HCDA000083

Date:    02/18/2011
Time:    08:43 AM

Location: DC

Federal Bureau of Prisons
TRUFONE
ITS2 Telephone Account Statement
Sensitive But Unclassified

Start Date:    7/1/2001 12:00 AM          Register #:    80261079
End Date:      10/31/2002 11:59 PM        Include Zero Cost Transactions:  Yes
Location:      All

| Register Number: 80261079 | | Inmate Name: DELGADO, THOMAS | | | | |
|---|---|---|---|---|---|---|
| Date/Time | Transaction Type | Dialed Digits | Minutes | Amount | Balance | Facility Code |
| 10/4/2002 7:55:26 PM | Direct | (281)447-8129 | 15 | 2.55 | 0.16 | BMA |
| 6/19/2002 3:18:36 PM | Direct | (713)755-7431 | 4 | 0.68 | 2.71 | BMA |
| 6/19/2002 1:41:45 PM | Collect | (281)447-8129 | 10 | 0.00 | 0.00 | BMA |
| 6/19/2002 1:01:59 PM | Direct | (409)284-1085 | 4 | 0.20 | 3.39 | BMA |
| 6/12/2002 11:12:01 AM | Direct | (713)696-9482 | 14 | 2.38 | 3.59 | BMA |
| 6/12/2002 10:37:18 AM | Direct | (409)284-1085 | 4 | 0.20 | 5.97 | BMA |
| 6/10/2002 5:23:33 PM | Direct | (281)447-8129 | 15 | 2.55 | 6.17 | BMA |
| 6/10/2002 1:51:22 PM | Direct | (713)973-7026 | 2 | 0.34 | 8.72 | BMA |
| 5/21/2002 10:19:37 AM | Direct | (713)696-9482 | 6 | 1.02 | 9.06 | BMA |
| 5/21/2002 7:40:04 AM | Direct | (713)696-9482 | 4 | 0.68 | 10.08 | BMA |
| 5/20/2002 10:17:49 PM | Direct | (713)696-9482 | 6 | 1.02 | 10.76 | BMA |
| 5/20/2002 11:41:18 AM | Direct | (713)696-9482 | 4 | 0.68 | 11.78 | BMA |
| 5/19/2002 8:54:27 PM | Direct | (713)973-7026 | 1 | 0.17 | 12.46 | BMA |
| 5/19/2002 10:53:23 AM | Direct | (713)973-7026 | 2 | 0.34 | 12.63 | BMA |
| 5/18/2002 9:28:40 PM | Direct | (713)696-9482 | 4 | 0.68 | 12.97 | BMA |
| 5/17/2002 4:51:24 PM | Direct | (713)696-9482 | 3 | 0.51 | 13.65 | BMA |
| 5/13/2002 8:59:58 PM | Direct | (713)696-9482 | 6 | 1.02 | 14.16 | BMA |
| 5/13/2002 12:16:57 PM | Direct | (713)696-9482 | 1 | 0.17 | 15.18 | BMA |
| 5/13/2002 11:14:06 AM | Direct | (832)498-3334 | 6 | 1.02 | 15.35 | BMA |
| 5/13/2002 10:28:58 AM | Direct | (713)696-9482 | 6 | 1.02 | 16.37 | BMA |
| 5/13/2002 9:45:12 AM | Direct | (409)284-1085 | 4 | 0.20 | 17.39 | BMA |
| 5/12/2002 10:22:36 PM | Direct | (832)687-9370 | 2 | 0.34 | 17.59 | BMA |
| 5/12/2002 9:15:56 PM | Direct | (713)696-9482 | 2 | 0.34 | 17.93 | BMA |
| 5/11/2002 9:09:56 PM | Direct | (713)696-9482 | 1 | 0.17 | 18.27 | BMA |
| 5/11/2002 4:44:23 PM | Direct | (713)973-7026 | 1 | 0.17 | 18.44 | BMA |
| 5/11/2002 3:25:39 PM | Direct | (281)999-6930 | 10 | 1.70 | 18.61 | BMA |
| 5/11/2002 12:01:39 PM | Direct | (956)630-4145 | 2 | 0.34 | 20.31 | BMA |
| 5/11/2002 10:42:07 AM | Direct | (713)696-9482 | 15 | 2.55 | 20.65 | BMA |
| 5/10/2002 10:45:15 PM | Direct | (713)696-9482 | 15 | 2.55 | 23.20 | BMA |
| 5/10/2002 9:54:27 PM | Direct | (713)696-9482 | 15 | 2.55 | 25.75 | BMA |
| 5/10/2002 8:59:43 PM | Direct | (713)973-7026 | 8 | 1.36 | 28.30 | BMA |
| 5/10/2002 4:42:21 PM | Direct | (713)412-9533 | 3 | 0.51 | 29.66 | BMA |
| 5/10/2002 4:34:28 PM | Deposits Commissary Fund Transfer | (No Number) | 0 | 30.00 | 30.17 | BMA |
| 5/10/2002 1:21:45 PM | Collect | (281)999-6930 | 7 | 0.00 | 0.00 | BMA |
| 5/9/2002 2:56:44 PM | Direct | (832)687-9370 | 3 | 0.51 | 0.17 | BMA |
| 5/9/2002 7:20:26 AM | Collect | (281)999-6930 | 2 | 0.00 | 0.00 | BMA |
| 5/8/2002 8:53:20 AM | Collect | (281)999-6930 | 8 | 0.00 | 0.00 | BMA |

HCDA000084

Date:    02/18/2011                    Federal Bureau of Prisons                              Location: DC
Time:    08:43 AM                             TRUFONE
                           ITS2 Telephone Account Statement
                              Sensitive But Unclassified

| Date/Time | Transaction Type | Dialed Digits | Minutes | Amount | Balance | Facility Code |
|---|---|---|---|---|---|---|
| 5/5/2002 11:13:54 PM | Direct | (713)973-7026 | 15 | 2.55 | 0.68 | BMA |
| 5/5/2002 8:55:27 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 5/5/2002 10:47:02 AM | Collect | (281)999-6930 | 1 | 0.00 | 0.00 | BMA |
| 5/4/2002 11:23:15 PM | Collect | (281)999-6930 | 5 | 0.00 | 0.00 | BMA |
| 5/4/2002 8:51:36 PM | Direct | (713)973-7026 | 6 | 1.02 | 3.23 | BMA |
| 5/3/2002 10:14:42 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 5/3/2002 8:55:37 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 5/3/2002 4:39:17 PM | Direct | (832)687-9370 | 15 | 2.55 | 4.25 | BMA |
| 5/3/2002 12:25:49 PM | Direct | (713)696-9482 | 15 | 2.55 | 6.80 | BMA |
| 5/3/2002 11:26:33 AM | Direct | (409)284-1085 | 15 | 0.75 | 9.35 | BMA |
| 5/3/2002 9:46:36 AM | Direct | (409)284-1085 | 6 | 0.30 | 10.10 | BMA |
| 5/3/2002 8:38:27 AM | Direct | (713)696-9482 | 15 | 2.55 | 10.40 | BMA |
| 5/2/2002 11:08:21 PM | Direct | (713)696-9482 | 15 | 2.55 | 12.95 | BMA |
| 5/2/2002 10:19:09 PM | Direct | (713)696-9482 | 15 | 2.55 | 15.50 | BMA |
| 5/2/2002 4:31:47 PM | Deposits Commissary Fund Transfer | (No Number) | 0 | 18.00 | 18.05 | BMA |
| 5/2/2002 3:11:10 PM | Collect | (281)999-6930 | 15 | 0.00 | 0.00 | BMA |
| 4/15/2002 9:36:59 PM | Collect | (713)696-9482 | 3 | 0.00 | 0.00 | BMA |
| 4/15/2002 9:05:34 PM | Collect | (713)880-5836 | 1 | 0.00 | 0.00 | BMA |
| 4/14/2002 11:10:49 PM | Collect | (713)880-5836 | 8 | 0.00 | 0.00 | BMA |
| 4/12/2002 10:53:29 PM | Collect | (713)696-9482 | 3 | 0.00 | 0.00 | BMA |
| 4/12/2002 9:45:48 PM | Collect | (713)696-9482 | 3 | 0.00 | 0.00 | BMA |
| 4/9/2002 10:34:03 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 4/9/2002 9:39:26 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 4/9/2002 9:20:05 AM | Collect | (713)696-9482 | 7 | 0.00 | 0.00 | BMA |
| 4/8/2002 9:40:04 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 4/8/2002 8:44:08 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 4/7/2002 10:56:57 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 4/7/2002 9:09:55 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 4/5/2002 10:45:49 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 4/5/2002 9:47:49 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 4/5/2002 9:00:10 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 4/4/2002 10:34:38 PM | Direct | (713)696-9482 | 11 | 1.87 | 0.05 | BMA |
| 4/4/2002 9:50:41 PM | Direct | (713)696-9482 | 9 | 1.53 | 1.92 | BMA |
| 4/4/2002 8:45:23 PM | Direct | (713)696-9482 | 15 | 2.55 | 3.45 | BMA |
| 4/3/2002 10:30:43 PM | Direct | (713)696-9482 | 15 | 2.55 | 6.00 | BMA |
| 4/3/2002 9:46:31 PM | Direct | (713)699-4344 | 14 | 2.38 | 8.55 | BMA |
| 4/3/2002 9:03:56 PM | Direct | (713)696-9482 | 11 | 1.87 | 10.93 | BMA |
| 4/3/2002 4:55:52 PM | Direct | (713)696-9482 | 15 | 2.55 | 12.80 | BMA |
| 4/3/2002 7:03:55 AM | Direct | (713)696-9482 | 2 | 0.34 | 15.35 | BMA |
| 4/2/2002 9:22:37 PM | Direct | (713)696-9482 | 8 | 1.36 | 15.69 | BMA |
| 4/2/2002 4:37:02 PM | Deposits Commissary Fund Transfer | (No Number) | 0 | 17.00 | 17.05 | BMA |

HCDA000085

Date:    02/18/2011
Time:    08:43 AM

Location: DC

Federal Bureau of Prisons
TRUFONE
ITS2 Telephone Account Statement
Sensitive But Unclassified

| Date/Time | Transaction Type | Dialed Digits | Minutes | Amount | Balance | Facility Code |
|---|---|---|---|---|---|---|
| 4/2/2002 3:37:58 PM | Direct | (281)447-8129 | 6 | 1.02 | 0.05 | BMA |
| 4/1/2002 10:55:42 PM | Direct | (713)696-9482 | 15 | 2.55 | 1.07 | BMA |
| 4/1/2002 10:14:17 PM | Direct | (713)696-9482 | 2 | 0.34 | 3.62 | BMA |
| 4/1/2002 9:17:07 PM | Direct | (713)696-9482 | 15 | 2.55 | 3.96 | BMA |
| 4/1/2002 9:18:47 AM | Direct | (713)696-9482 | 2 | 0.34 | 6.51 | BMA |
| 3/12/2002 12:03:37 PM | Direct | (713)755-7431 | 2 | 0.34 | 6.85 | BMA |
| 3/12/2002 10:25:26 AM | Direct | (832)687-9370 | 3 | 0.51 | 7.19 | BMA |
| 3/11/2002 7:09:08 PM | Direct | (832)687-9370 | 2 | 0.34 | 7.70 | BMA |
| 3/11/2002 2:05:49 PM | Direct | (713)696-9482 | 2 | 0.34 | 8.04 | BMA |
| 3/11/2002 10:42:42 AM | Direct | (713)696-9482 | 3 | 0.51 | 8.38 | BMA |
| 3/9/2002 11:09:09 PM | Direct | (713)696-9482 | 2 | 0.34 | 8.89 | BMA |
| 3/8/2002 1:06:01 PM | Direct | (713)696-9482 | 15 | 2.55 | 9.23 | BMA |
| 3/8/2002 10:36:59 AM | Direct | (713)755-7431 | 5 | 0.85 | 11.78 | BMA |
| 3/8/2002 9:38:20 AM | Direct | (832)687-9370 | 6 | 1.02 | 12.63 | BMA |
| 3/7/2002 9:53:38 PM | Direct | (713)696-9482 | 5 | 0.85 | 13.65 | BMA |
| 3/7/2002 8:24:47 PM | Direct | (713)696-9482 | 15 | 2.55 | 14.50 | BMA |
| 3/7/2002 7:50:22 PM | Deposits Commissary Fund Transfer | (No Number) | 0 | 17.00 | 17.05 | BMA |
| 3/7/2002 7:44:20 PM | Direct | (713)696-9482 | 5 | 0.85 | 0.05 | BMA |
| 3/6/2002 8:44:53 PM | Direct | (713)696-9482 | 15 | 2.55 | 0.90 | BMA |
| 3/5/2002 9:36:31 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 3/5/2002 8:27:54 AM | Direct | (713)755-7222 | 7 | 1.19 | 3.45 | BMA |
| 3/4/2002 10:59:34 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 3/4/2002 10:13:34 AM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 3/4/2002 9:13:59 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 3/4/2002 8:22:20 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 3/3/2002 9:49:46 PM | Direct | (713)696-9482 | 5 | 0.85 | 4.64 | BMA |
| 3/3/2002 8:41:03 PM | Direct | (713)696-9482 | 15 | 2.55 | 5.49 | BMA |
| 3/3/2002 4:40:29 PM | Deposits Commissary Fund Transfer | (No Number) | 0 | 8.00 | 8.04 | BMA |
| 3/3/2002 9:14:37 AM | Direct | (713)696-9482 | 13 | 2.21 | 0.04 | BMA |
| 3/2/2002 10:49:28 PM | Direct | (713)696-9482 | 15 | 2.55 | 2.25 | BMA |
| 3/2/2002 10:28:09 AM | Direct | (713)696-9482 | 15 | 2.55 | 4.80 | BMA |
| 3/1/2002 10:11:50 PM | Direct | (713)696-9482 | 15 | 2.55 | 7.35 | BMA |
| 3/1/2002 8:43:52 PM | Direct | (713)696-9482 | 15 | 2.55 | 9.90 | BMA |
| 3/1/2002 4:28:34 PM | Direct | (713)696-9482 | 15 | 2.55 | 12.45 | BMA |
| 3/1/2002 3:50:40 PM | Direct | (713)696-9482 | 7 | 1.19 | 15.00 | BMA |
| 3/1/2002 12:14:11 PM | Direct | (713)696-9482 | 3 | 0.51 | 16.19 | BMA |
| 3/1/2002 10:33:34 AM | Direct | (713)696-9482 | 15 | 2.55 | 16.70 | BMA |
| 3/1/2002 9:48:39 AM | Direct | (713)699-4344 | 5 | 0.85 | 19.25 | BMA |
| 2/14/2002 10:14:33 PM | Deposits Commissary Fund Transfer | (No Number) | 0 | 10.00 | 20.10 | BMA |
| 2/13/2002 10:17:12 PM | Direct | (713)696-9482 | 2 | 0.30 | 10.10 | BMA |
| 2/13/2002 6:05:15 AM | Direct | (713)696-9482 | 4 | 0.60 | 10.40 | BMA |

HCDA000086

Date: 02/18/2011
Time: 08:43 AM

Federal Bureau of Prisons
TRUFONE
ITS2 Telephone Account Statement
Sensitive But Unclassified

Location: DC

| Date/Time | Transaction Type | Dialed Digits | Minutes | Amount | Balance | Facility Code |
|---|---|---|---|---|---|---|
| 2/12/2002 10:29:47 PM | Direct | (713)696-9482 | 15 | 2.25 | 11.00 | BMA |
| 2/12/2002 9:48:30 PM | Direct | (713)696-9482 | 5 | 0.75 | 13.25 | BMA |
| 2/12/2002 8:37:02 PM | Direct | (713)696-9482 | 5 | 0.75 | 14.00 | BMA |
| 2/11/2002 10:32:41 PM | Direct | (713)696-9482 | 9 | 1.35 | 14.75 | BMA |
| 2/11/2002 8:14:13 PM | Direct | (713)696-9482 | 2 | 0.30 | 16.10 | BMA |
| 2/11/2002 1:23:48 PM | Direct | (713)696-9482 | 2 | 0.30 | 16.40 | BMA |
| 2/11/2002 8:48:04 AM | Direct | (713)696-9482 | 1 | 0.15 | 16.70 | BMA |
| 2/10/2002 10:55:14 PM | Direct | (713)696-9482 | 15 | 2.25 | 16.85 | BMA |
| 2/10/2002 8:35:41 PM | Direct | (713)696-9482 | 8 | 1.20 | 19.10 | BMA |
| 2/10/2002 6:31:27 PM | Direct | (713)696-9482 | 1 | 0.15 | 20.30 | BMA |
| 2/10/2002 5:49:37 PM | Direct | (713)696-9482 | 1 | 0.15 | 20.45 | BMA |
| 2/10/2002 4:34:04 PM | Direct | (713)696-9482 | 5 | 0.75 | 20.60 | BMA |
| 2/10/2002 10:59:51 AM | Direct | (713)696-9482 | 2 | 0.30 | 21.35 | BMA |
| 2/9/2002 9:03:03 PM | Direct | (713)696-9482 | 10 | 1.50 | 21.65 | BMA |
| 2/9/2002 8:16:25 PM | Direct | (713)696-9482 | 9 | 1.35 | 23.15 | BMA |
| 2/9/2002 10:47:31 AM | Direct | (713)696-9482 | 3 | 0.45 | 24.50 | BMA |
| 2/8/2002 10:56:32 PM | Direct | (713)696-9482 | 15 | 2.25 | 24.95 | BMA |
| 2/8/2002 9:37:55 PM | Direct | (713)696-9482 | 13 | 1.95 | 27.20 | BMA |
| 2/8/2002 7:15:22 PM | Direct | (713)696-9482 | 7 | 1.05 | 29.15 | BMA |
| 2/7/2002 11:05:03 PM | Direct | (713)696-9482 | 9 | 1.35 | 30.20 | BMA |
| 2/7/2002 9:36:10 PM | Direct | (713)696-9482 | 4 | 0.60 | 31.55 | BMA |
| 2/7/2002 8:47:31 PM | Direct | (713)696-9482 | 4 | 0.60 | 32.15 | BMA |
| 2/7/2002 6:46:21 PM | Direct | (713)696-9482 | 2 | 0.30 | 32.75 | BMA |
| 2/7/2002 12:28:47 PM | Direct | (713)696-9482 | 8 | 1.20 | 33.05 | BMA |
| 2/7/2002 11:02:26 AM | Direct | (713)696-9482 | 4 | 0.60 | 34.25 | BMA |
| 2/6/2002 10:31:13 PM | Direct | (713)696-9482 | 15 | 2.25 | 34.85 | BMA |
| 2/5/2002 11:19:59 PM | Direct | (713)696-9482 | 8 | 1.20 | 37.10 | BMA |
| 2/5/2002 10:25:14 PM | Direct | (713)696-9482 | 15 | 2.25 | 38.30 | BMA |
| 2/5/2002 11:19:17 AM | Direct | (713)755-7222 | 4 | 0.60 | 40.55 | BMA |
| 2/4/2002 10:46:30 PM | Direct | (713)696-9482 | 15 | 2.25 | 41.15 | BMA |
| 2/4/2002 9:25:53 PM | Direct | (713)696-9482 | 8 | 1.20 | 43.40 | BMA |
| 2/4/2002 8:11:37 PM | Direct | (713)696-9482 | 4 | 0.60 | 44.60 | BMA |
| 2/4/2002 3:28:12 PM | Direct | (713)696-9482 | 2 | 0.30 | 45.20 | BMA |
| 2/4/2002 10:36:50 AM | Direct | (713)696-9482 | 3 | 0.45 | 45.50 | BMA |
| 2/3/2002 10:46:08 PM | Direct | (713)696-9482 | 7 | 1.05 | 45.95 | BMA |
| 2/3/2002 9:37:34 PM | Direct | (713)696-9482 | 7 | 1.05 | 47.00 | BMA |
| 2/3/2002 8:17:27 PM | Direct | (713)696-9482 | 4 | 0.60 | 48.05 | BMA |
| 2/2/2002 10:53:46 PM | Direct | (713)696-9482 | 4 | 0.60 | 48.65 | BMA |
| 2/2/2002 9:42:23 PM | Direct | (713)696-9482 | 4 | 0.60 | 49.25 | BMA |
| 2/2/2002 8:21:04 PM | Direct | (713)696-9482 | 6 | 0.90 | 49.85 | BMA |
| 2/2/2002 7:38:59 PM | Deposits Commissary Fund Transfer | (No Number) | 0 | 50.00 | 50.75 | BMA |

HCDA000087

Date:    02/18/2011
Time:    08:43 AM

Federal Bureau of Prisons
TRUFONE
ITS2 Telephone Account Statement
Sensitive But Unclassified

Location: DC

| Date/Time | Transaction Type | Dialed Digits | Minutes | Amount | Balance | Facility Code |
|---|---|---|---|---|---|---|
| 2/2/2002 7:30:03 PM | Direct | (713)696-9482 | 8 | 1.20 | 0.75 | BMA |
| 2/2/2002 11:05:04 AM | Direct | (713)696-9482 | 2 | 0.30 | 1.95 | BMA |
| 2/1/2002 10:21:12 PM | Direct | (713)696-9482 | 4 | 0.60 | 2.25 | BMA |
| 2/1/2002 8:22:23 PM | Direct | (713)696-9482 | 15 | 2.25 | 2.85 | BMA |
| 2/1/2002 8:19:24 PM | Deposits Commissary Fund Transfer | (No Number) | 0 | 5.00 | 5.10 | BMA |
| 1/6/2002 9:11:50 PM | Collect | (713)696-9482 | 4 | 0.00 | 0.00 | BMA |
| 1/6/2002 8:13:25 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 1/6/2002 6:58:37 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 1/6/2002 5:59:29 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 1/6/2002 4:58:03 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 1/6/2002 3:10:12 PM | Collect | (713)696-9482 | 15 | 0.00 | 0.00 | BMA |
| 1/6/2002 9:17:25 AM | Direct | (713)696-9482 | 9 | 1.35 | 0.10 | BMA |
| 1/5/2002 11:11:00 PM | Direct | (713)696-9482 | 15 | 2.25 | 1.45 | BMA |
| 1/5/2002 3:19:47 PM | Direct | (713)696-9482 | 15 | 2.25 | 3.70 | BMA |
| 1/4/2002 10:43:49 PM | Direct | (713)696-9482 | 15 | 2.25 | 5.95 | BMA |
| 1/4/2002 9:32:43 PM | Direct | (713)694-9203 | 3 | 0.45 | 8.20 | BMA |
| 1/4/2002 8:10:54 PM | Direct | (713)696-9482 | 15 | 2.25 | 8.65 | BMA |
| 1/4/2002 4:32:18 PM | Direct | (713)696-9482 | 13 | 1.95 | 10.90 | BMA |
| 1/4/2002 3:30:24 PM | Direct | (713)696-9482 | 15 | 2.25 | 12.85 | BMA |
| 1/4/2002 12:44:17 PM | Direct | (713)696-9482 | 11 | 1.65 | 15.10 | BMA |
| 1/3/2002 10:38:02 PM | Direct | (713)696-9482 | 7 | 1.05 | 16.75 | BMA |
| 1/3/2002 7:52:10 PM | Direct | (713)696-9482 | 15 | 2.25 | 17.80 | BMA |
| 1/3/2002 7:03:39 PM | Direct | (713)696-9482 | 15 | 2.25 | 20.05 | BMA |
| 1/3/2002 3:54:08 PM | Direct | (713)696-9482 | 4 | 0.60 | 22.30 | BMA |
| 1/2/2002 10:52:36 PM | Direct | (713)696-9482 | 15 | 2.25 | 22.90 | BMA |
| 1/2/2002 10:51:34 PM | Deposits Commissary Fund Transfer | (No Number) | 0 | 25.00 | 25.15 | BMA |
| 1/2/2002 8:37:24 PM | Direct | (713)694-9203 | 10 | 1.50 | 0.15 | BMA |
| 1/2/2002 9:53:57 AM | Direct | (713)696-9482 | 15 | 2.25 | 1.65 | BMA |
| 1/1/2002 10:38:41 PM | Direct | (713)696-9482 | 15 | 2.25 | 3.90 | BMA |
| 1/1/2002 7:36:00 PM | Direct | (713)694-9203 | 1 | 0.15 | 6.15 | BMA |
| 1/1/2002 1:26:19 PM | Direct | (713)696-9482 | 13 | 1.95 | 6.30 | BMA |

Inmate Transactions:  191

HCDA000088

Case 4:09-cv-01896   Document 47-8   Filed in TXSD on 08/17/12   Page 19 of 55

```
         FUNCTION: L-P SCOPE: REG    EQ 80261-079    OUTPUT FORMAT: UNSAN_____
------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____   DT STS: FROM _____ THRU _____
DT STS: FROM _____ TO ___ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____        _____      _____      _____      _____        _____
TRACK:  DEPT: _____        _____      _____      _____      _____        _____
       PERSON: ____        ____       ____       ____       ____         ____
         TYPE: ____        ____       ____       ____       ____         ____
EVNT FACL: EQ _____        _____      _____      _____      _____        _____
RCV FACL.: EQ _____        _____      _____      _____      _____        _____
RCV UN/LC: EQ _____        _____      _____      _____      _____        _____
RCV QTR..: EQ _____        _____      _____      _____      _____        _____
ORIG FACL: EQ _____        _____      _____      _____      _____        _____
ORG UN/LC: EQ _____        _____      _____      _____      _____        _____
ORIG QTR.: EQ _____        _____      _____      _____      _____        _____


G5152      NO REMEDY DATA EXISTS FOR THIS INMATE
```

HCDA000089



### UNITED STATES GOVERNMENT

## MEMORANDUM

Federal Correctional Institution Medium, Beaumont, TX.

**DATE: August 7, 2002**

**MEMORANDUM  FOR:  ANNETTE GORDON, ASSOCIATE  WARDEN**

**FROM:  RAMON ORDONEZ**
**M/N UNIT MANAGER**

**ATTN:  SCOTT A. FAUVER**
**CAPTAIN**

**RE:   SPECIAL VISIT REQUEST**

The following visitor are requesting to enter the institution as indicated:

| NAME | REPRESENTING | TELEPHONE NUMBER |
|------|--------------|-------------------|
| Deputy Bobby Strickland | Harris County Sheriff's Dept. | (713) 755-7431 |

**PURPOSE OF VISIT:** Deputy Bobby Strickland, is requesting a visit with the following inmate:

| INMATE NAME | REG. NO. | UNIT |
|-------------|----------|------|
| **Delgado, Thomas Martin** | 80261-079 | MA |

Mr.Strickland will present appropriate identification upon arrival to the Front Lobby Officer and will be escorted at all times by Mr. Ramon Ordonez, Unit M/N Manager.  He will interview the above inmate in the Special Housing Unit.

**DATE:**  Thursday, August 8, 2002

**ARRIVAL TIME:**  11:30 a.m.

**PLACE:**  Special Housing

**DEPARTURE TIME:**  When interview is completed.

Scott A. Fauver, Captain     8/7/02 Date     (Approved)/ Disapproved

Annette Gordon, Associate Warden     8/7/02 Date     Approved / (Disapproved)

cc:  Captain, Lieutenant, Front Entrance, Control Room, Duty Officer, Inmate File, Visiting Room

HCDA000090

```
REGISTER NO: 80261-079 NAME..: DELGADO, THOMAS MARTIN
FUNCTION...: DIS       FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 03-15-2011
                       RSP OF: ATW-ATWATER USP
```

------------------------------------------------------------------------------

```
REPORT NUMBER/STATUS.: 950269 - SANCTIONED   INCIDENT DATE/TIME: 12-28-2001 1400
DHO HEARING DATE/TIME: 01-10-2002 1500
FACL/CHAIRPERSON.....: BMM/WESTON L
REPORT REMARKS.......: INMATE ADMITTED CHARGE
    407  VIOLATING VISITING REGULATIONS - FREQ: 1
         LP VISIT   / 30 DAYS / CS
         COMP:    LAW:   LOSE VISITING FOR 30 DAYS
         LP VISIT   / 150 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:   LOSE VISITING FOR 150 DAYS SUSPENDED PENDING 180
                         DAYS CLEAR CONDUCT
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

HCDA000091

# DISCIPLINE HEARING OFFICER REPORT
## U.S. DEPARTMENT OF JUSTICE



**BP-S305.052 MAY 94**
**FEDERAL BUREAU OF PRISONS**

| INSTITUTION | FCIM Beaumont | INCIDENT REPORT NUMBER | | 1014028 |
|---|---|---|---|---|
| INMATE NAME | Delgado | REG NO | 80261-079 | UNIT | MA |
| DATE OF INCIDENT | 07-28-02 | DATE OF INCIDENT REPORT | | 07-28-02 |
| OFFENSES CODE(S) | 222 | | | |
| SUMMARY OF CHARGES | Using, Possessing or Making Intoxicants | | | |

### I.  NOTICE OF CHARGE(S)

A. Advanced written notice of charge (copy of Incident Report) was given to the inmate by the specified staff member at the specified date and time as indicated in Sections 14, 15 & 16 of the attached <u>Incident Report</u>.

B. The DHO Hearing was held on (date)     08-15-02     at (time)   0920

C. The inmate was advised of his/her rights before the DHO by the specified staff member at the specified date and time reflected on the attached <u>Inmate Rights at Discipline Hearing</u> form.

### II.  STAFF REPRESENTATIVE

| A. Inmate waived right to staff representative. | Yes: | x | No: | |
|---|---|---|---|---|

B. Inmate requested staff representative and                                                 appeared.

c. Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result that:

| D. Staff representative | | was appointed. |
|---|---|---|

E. Staff Representative Statement:

### III.  PRESENTATION OF EVIDENCE

| A. Inmate admits | x | denies | the charge(s). |
|---|---|---|---|

B. Summary of inmate statement:

Inmate admitted he had intoxicants.

| 1. The inmate requested witness(es). | Yes: | | No: | X |
|---|---|---|---|---|

2. The following persons were called as witnesses at this hearing and appeared. (Include each witnesses' name, title, reg number and statement as appropriate.)

3. The following persons requested were not called for the reason(s) given:

| 4. Unavailable witnesses were requested to submit written | Yes | | No | X | N/A | |
|---|---|---|---|---|---|---|

Sensitive - Limited Official Use
Page 1 of 3

HCDA000092

**DISCIPLINE HEARING OFFICER REPORT**
**U.S. DEPARTMENT OF JUSTICE**

**BP-S305.052 MAY 94**
**FEDERAL BUREAU OF PRISONS**

---

| |
|---|
| D. Documentary Evidence: In addition to the Incident Report and Investigation, the DHO considered the following documents: |
| |
| E. Confidential information was used by DHO in support of his findings, but was not revealed to the inmate.  The confidential information was documented in a separate report.  The confidential information has been (confidential informants have been) determined to be reliable because: |
| |

**IV. FINDINGS OF THE DHO**

| X | A. The act was committed as charged. | | | | |
|---|---|---|---|---|---|
| | B. The following act was committed: | Offense Code(s) | | | |
| | C. Summary of charges: | | | | |
| | D. No prohibited act was committed: Expunge according to Inmate Discipline PS. | | | | |

**V. SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations, written documents, etc.)**

I find that you committed the prohibited act of Using, Possessing or Making Intoxicants. My decision is based on the following evidence/information:

    1. Written account of the reporting officer, who provided that he searched your assigned SHU cell and found homemade intoxicants in it.

    2. Your admission to me during the DHO hearing that you did have intoxicants.

Accordingly, I find the greater weight of the evidence supports you committed the act as charged.

**VI. SANCTION OR ACTION TAKEN**

| Disallow Good Time | No. of Days | 27 | Suspended | Yes | | No | x |
|---|---|---|---|---|---|---|---|
| Forfeit Non-Vested Good Time | No. of Days | 60 | Suspended | Yes | | No | x |
| N/A | No. of Days | | Suspended | Yes | | No | |
| N/A | No. of Days | | Suspended | Yes | | No | |
| Previously suspended sanction being executed | Yes | | N | X | Report # | | |
| Recommendation by the DHO: | | | | | | | |

**VII. REASON FOR SANCTION OR ACTION TAKEN**

The sanction(s) was/were imposed to punish you and to deter you from

HCDA000093



**DISCIPLINE HEARING OFFICER REPORT**
**U.S. DEPARTMENT OF JUSTICE**

BP-S305.052 MAY 94
**FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| having or using intoxicants.  Intoxicated inmates pose a risk to staff and other inmates and threaten security of the institution. | |

**VIII. APPEAL RIGHTS:** The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action. The inmate has been advised of his right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

| | Yes | x | No | | |
|---|---|---|---|---|---|

**IX. DISCIPLINE HEARING OFFICER**

| Printed Name | Signature | Date |
|---|---|---|
| Larry Weston | | 08-19-02 |
| DELIVERED TO INMATE | DATE  8·21·02 | TIME |

(This form may be replicated in WP)                    Replaces BP-304(52) of JAN 88

U.S. Department of Justice

Federal Bureau of Prisons

**Notice of Discipline Hearing Before
the Discipline Hearing Officer (DHO)**

Institution: _BMM_

DATE: _08/01/02_

TO: _DELGADO, THOMAS_                    Reg. No.: _30261-079_

ALLEGED VIOLATION(S): _Possession  of  Intoxicants_

DATE OF OFFENSE: _7-28-02_                    Code No.: _222_

You are being referred to the DHO for the above charge(s).

The hearing will be held on: _next avaible docket_, at _____ (A.M./P.M.) at the following location:

_____

You are entitled to have a full-time staff member represent you at the hearing. Please indicate below whether you desire to have a staff representative, and if so, his or her name.

I (do) _____ (do not) _____ wish to have a staff representative.

If so, the staff representative's name is: _____

You will also have the right to call witnesses at the hearing and to present documentary evidence in your behalf; provided, calling your witnesses will not jeopardize institutional safety. Names of witnesses you wish to call should be listed below. Briefly state to what each proposed witness would be able to testify.

I (do)_____ (do not) _____ wish to have witnesses.

NAME: _____ . Can Testify to: _____

_____

_____

NAME: _____ . Can Testify to: _____

_____

_____

NAME: _____ . Can Testify to: _____

_____

_____

The Discipline Hearing Officer will call those witnesses (staff or inmate) who are reasonably available, and who are determined by the DHO to have information relevant to the charge(s). Repetitive witnesses and repetitive character references need not be called. Unavailable witnesses may be asked to submit written statements.

If additional space is needed, use the reverse side of this form. Date, sign, and return this form to the DHO.

DATE: _7/29/ 8/1/02_   SIGNATURE: _____

Notice of hearing before DHO given inmate _8/1/02_ by _D. Swanson_ _____

Date/Time                    Employee Printed Name/Signature

 

BP-S288.052 INCIDENT REPORT CDFRM
May 1994

U.S. DEPARTMENT OF JUSTICE                                             FEDERAL BUREAU OF PRISONS

| 1. Name of Institution:    FCI- Medium Beaumont | #1014028 |
| --- | --- |

| PART I - INCIDENT REPORT | | | |
| --- | --- | --- | --- |
| 2. Name of Inmate<br><br>Delgado, Thomas | 3. Register Number<br><br>80261-079 | 4. Date of Incident<br><br>07-28-02 | 5. Time<br><br>8:00 PM |
| 6. Place of Incident<br>Z02-222 | 7. Assignment<br>Unassigned SHU | 8. Unit    MA | |
| 9. Incident: Possession of intoxicants. | | 10. Code:222 | |

11. Description of Incident    (Date:07-28-02 Time: 8:00 PM Staff became aware of incident)

On date above and at approximately 8:00 PM, I Officer Woods was conducting a cell search of cell 222 of the special housing unit, due to the fact that the smell of black mild smoke was coming from the cell. Upon searching the cell there was large amounts of ashes and cigarette paraphernalia and scraps of paper used to light cigarettes. Also found in the cell was a food service fruit drink that had not been opened and allowed to ferment and turn into intoxicants that did test positive with a reading of .119 using the Alco-Sensor IV. The cell was also occupied by inmate Dixon Reg# 97891-079.

| 12. Signature of Reporting Employee | Date and Time<br>07/28/02   8:35 PM | 13. Name and Title (printed)<br>R. Woods, / Senior Officer Specialist |
| --- | --- | --- |
| 14. Incident Report Delivered to above inmate by: | 15. Date Incident Report delivered<br>7/29/02 | 16. Time Incident Report Delivered<br>8:00A |

| PART II - COMMITTEE ACTION |
| --- |

17.  Comments of Inmate to Committee Regarding Above Incident   *I/m   STATES   I/age w with us."*

| 18. A. It is the finding of the Committee that you:<br>_____ Committed the following prohibited act:<br><br>_____ Did not commit a prohibited act. | B. ✓ The Committee is referring the charge(s) to the DHO<br>for further hearing<br>C. _____ The Committee advised the inmate of its findings and<br>of the  right to file an appeal within 15 calendar days. |
| --- | --- |

19. Committee Decision is based on the following information:  *Based   on   section 11   and   inmates   statement.*

20. Committee Action and/or recommendation if referred to DHO (contingent upon DHO finding inmate committed prohibited act)
*Referred   to   DHO.   Due   to   seriousness   of   incident report.   Loss   of   Good   Conduct   time.*

21. Date and Time of Action   8/1/02   1540          (The UDC Chairman's signature next to his name certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

| D. Swanson / *signature* | B. Starr |  |
| --- | --- | --- |
| Chairman (typed name/signature) | Member (typed name) | Member (typed name) |

Record Copy - Central File Record; Copy - DHO; Copy - Inmate after UDC Action; Copy - Inmate within 24 hours of Part I preparation

(This form may be replicated via WP)                                             Replaces BP-288(52) of Jan. 88

HCDA000096

| PART III  INVESTIGATION | 22. DATE AND TIME INVESTIGATION BEGAN 07/29/02  8:05 AM |
| --- | --- |

23. INMATE ADVISED OF RIGHT TO REMAIN SILENT: YOU ARE ADVISED OF YOUR RIGHT TO REMAIN SILENT AT ALL STAGES OF THE DISCIPLINARY PROCESS BUT ARE INFORMED THAT YOUR SILENCE MAY BE USED TO DRAW AN ADVERSE INFERENCE AGAINST YOU AT ANY STAGE OF THE INSTITUTIONAL DISCIPLINARY PROCESS. YOU ARE ALSO INFORMED THAT YOUR SILENCE ALONE MAY NOT BE USED TO SUPPORT A FINDING THAT YOU HAVE COMMITTED A PROHIBITED ACT.

THE INMATE WAS ADVISED OF THE ABOVE RIGHT BY   **A. Jenkins, Lieutenant**        AT (DATE/TIME)    **07/29/02 8:05 A**

8/1/02    1540

24. **INMATE STATEMENT AND ATTITUDE**

Inmate Delgado received a copy of this incident report and indicated that he did understand his rights.   Inmate Delgado stated: "Not guilty."  Inmate Delgado displayed cooperative behavior and a good attitude throughout the interview

25. **OTHER FACTS ABOUT THE INCIDENT, STATEMENTS OF THOSE PERSONS PRESENT AT SCENE, DISPOSITION OF EVIDENCE, ETC.**

Inmate  was afforded the opportunity to identify witnesses but declined to do so.

**Other Facts:** *The positive readings using the Alco-Sensor IV. The test was positive above the .02, which tested .119,  reading for intoxicants in accordance with P.S. 6590. The Alco-Sensor is calibrated monthly by the SIS Department.

**The two supporting memos.***

26. **INVESTIGATOR'S COMMENTS AND CONCLUSIONS**

Based on the contents written in section #11 by the reporting staff member who would have nothing to gain by making false statements, the severity of the charge, the positive readings using the Breathalyzer, the inmate's admission to the charge,  I conclude report is both true and valid as written.

27. **ACTION TAKEN**
Inmate Delgado remains in SHU  at this time this behavior.  This report will be forwarded to the MA UDC/DHO for further disposition.

DATE AND TIME INVESTIGATION COMPLETED:        **07-29-2002 8:10 AM**

PRINTED NAME/SIGNATURE OF INVESTIGATOR:        **A. Jenkins**

PRINTED NAME

**Lieutenant**

SIGNATURE                                                    TITLE

HCDA000097

BP-S288(52) INCIDENT REPORT CDFRM
May 1994

**ORIGIN. COPY**

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| 1. Name of Institution: FCI- Medium Beaumont | *1041747* |
|---|---|

| PART I - INCIDENT REPORT | | | |
|---|---|---|---|

| 2. Name of Inmate<br>Delgado, Thomas | 3. Register Number<br>80261-079 | 4. Date of Incident<br>10/26/02 | 5. Time<br>4:10 PM |
|---|---|---|---|

| 6. Place of Incident<br>Z01-116 | 7. Assignment<br>Unassigned SHU | 8. Unit    MA | |
|---|---|---|---|

| 9. Incident: Possessing of anything unauthorized. | 10. Code: 305 |
|---|---|

**11. Description of Incident**  (Date:10/26/02 Time: 4:10 PM Staff became aware of incident)

On date above and at approximately 4:00 PM, I Officer Woods was conducting a shake down of cell 116 which was occupied by inmates Delgado Reg # 80261-079, Minix Reg # 88652-079 and Inmate Phillips Reg #10055-035. Upon searching the cell I found 15 cigarettes inside inmate Delgado's mail that was under his mattress.

| 12. Signature of Reporting Employee<br>R. Woods | Date and Time<br>10/26/02  6:45 pm | 13. Name and Title (printed)<br>R. Woods, / Senior Officer Specialist. |
|---|---|---|

| 14. Incident Report Delivered to above inmate by:<br>T. DL | 15. Date Incident Report delivered<br>10/27/02 | 16. Time Incident Report Delivered<br>9 25A |
|---|---|---|

**PART II - COMMITTEE ACTION**

17. Comments of Inmate to Committee Regarding Above Incident

"I HAVE TO TRADE IT FOR HYGIENE ITEMS"

18. A. It is the finding of the Committee that you:    305 - poss.
    of anything unauthorized
✔ Committed the following prohibited act:

___ Did not commit a prohibited act.

B. ___ The Committee is referring the charge(s) to the DHO for further hearing

C. ✔ The Committee advised the inmate of its findings and of the right to file an appeal within 15 calendar days.

19. Committee Decision is based on the following information:

STATEMENT OF THE OFFICER, THAT YOU POSSESSED 15 CIGARETTES WITHIN YOUR MAIL.

20. Committee Action and/or recommendation if referred to DHO (contingent upon DHO finding inmate committed prohibited act)

LOSS OF COMMISSARY FOR 30 DAYS CONSECUTIVE TO IR 996566.

21. Date and Time of Action 10-26-02 1021A (The UDC Chairman's signature next to his name certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

C. ALLEN WALL          R. ORDONEZ

Chairman (typed name/signature)          Member (typed name)          Member (typed name)

Record Copy - Central File Record; Copy - DHO; Copy - Inmate after UDC Action; Copy - Inmate within 24 hours of Part I preparation

(This form may be replicated via WP)

Replaces BP-288(52) of Jan. 88

HCDA000098



Photo Taken by: Senior Officer Specialist Woods.
DATE: 10-26-02
15 Cigarettes Found inside Inmate Delgado's
mail.

| PART III - INVESTIGATION | 22. DATE AND TIME INVESTIGATION BEGAN 10-27-2002 @ 09:20AM |
|---|---|

23.   INMATE ADVISED OF RIGHT TO REMAIN SILENT: YOU ARE ADVISED OF YOUR RIGHT TO REMAIN SILENT AT ALL STAGES OF THE DISCIPLINARY PROCESS BUT ARE INFORMED THAT YOUR SILENCE MAY BE USED TO DRAW AN ADVERSE INFERENCE AGAINST YOU AT ANY STAGE OF THE INSTITUTIONAL DISCIPLINARY PROCESS. YOU ARE ALSO INFORMED THAT YOUR SILENCE ALONE MAY NOT BE USED TO SUPPORT A FINDING THAT YOU HAVE COMMITTED A PROHIBITED ACT.

THE INMATE WAS ADVISED OF THE ABOVE RIGHT BY   T. De Luna, Lieutenant      AT (DATE/TIME)   10-27-02 @ 09:20AM

24.   INMATE STATEMENT AND ATTITUDE

Inmate Delgado 80261-079 was advised of his right to remain silent and stated that he understood his rights.

Inmate Delgado was read the contents of this report and made the following statement : "It's mine, it's the only way I can get hygiene items".

Inmate Delgado displayed a good attitude

25.   OTHER FACTS ABOUT THE INCIDENT, STATEMENTS OF THOSE PERSONS PRESENT AT SCENE, DISPOSITION OF EVIDENCE, ETC.

Inmate Delgado was afforded the opportunity to identify witnesses but declined to do so.

26.   INVESTIGATOR'S COMMENTS AND CONCLUSIONS

Based on the facts in section 11 of the incident report and inmate Delgado's admission, I feel that there is enough evidence to support the charge

27.   ACTION TAKEN

Inmate Delgado is to remain in the Special Housing Unit and this report is forwarded to the UDC for further disposition.

DATE AND TIME INVESTIGATION COMPLETED:          10-27-02 @ 09:40AM

PRINTED NAME/SIGNATURE OF INVESTIGATOR:          T. D e Luna
                                                                                      PRINTED NAME

_____                    _____
SIGNATURE                                                              LIEUTENANT
                                                                                      TITLE

HCDA000100

**DISCIPLINE HEARING OFFICER REPORT**
U.S. DEPARTMENT OF JUSTICE

BP-S305.052 MAY 94
FEDERAL BUREAU OF PRISONS

| INSTITUTION | FCIM Beaumont | INCIDENT REPORT NUMBER | | 996566 |
|---|---|---|---|---|
| INMATE NAME | Delgado | REG NO | 80261-079 | UNIT | MA |
| DATE OF INCIDENT | 05-26-02 | DATE OF INCIDENT REPORT | | 06-05-02 |
| OFFENSE CODE(S) | 100(A) | | | |
| SUMMARY OF CHARGES | Attempted Killing (inmate) | | | |

**I. NOTICE OF CHARGE(S)**

A. Advanced written notice of charge (copy of Incident Report) was given to the inmate by the specified staff member at the specified date and time as indicated in Sections 14, 15 & 16 of the attached <u>Incident Report</u>.

B. The DHO Hearing was held on (date) 06-25-02 at (time) 1429

C. The inmate was advised of his/her rights before the DHO by the specified staff member at the specified date and time reflected on the attached <u>Inmate Rights at Discipline Hearing</u> form.

**II. STAFF REPRESENTATIVE**

| A. Inmate waived right to staff representative. | | Yes: | x | No: | |
|---|---|---|---|---|---|

| B. Inmate requested staff representative | | | | appeared. |
|---|---|---|---|---|

c. Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result

that: CENTRAL FILE

| D. Staff representative | | | was appointed. |
|---|---|---|---|

E. Staff Representative Statement:

**III. PRESENTATION OF EVIDENCE**

| A. Inmate admits | | denies | x | the charge(s). |
|---|---|---|---|---|

B. Summary of inmate statement:

Inmate Delgado stated that he did not participate in the attack on ▓▓▓▓ and ▓▓▓▓▓▓▓▓ He also stated he is a leader of the Mexikanami but did not give the order for the Mexikanami to attack them. He also stated he went with the other Mexikanami members to NB Unit, knowing that they were going to attack ▓▓▓ and ▓▓▓▓ Delgado stated he only stood there and watched the other gang members attack ▓▓▓ and ▓▓▓▓▓▓ but did not participate. He also indicated he did not know exactly when the attack was going to occur until other gang members approached him and made him go with them to the attack.

Delgado also stated that the "order" for the gang to attack ▓▓▓▓ and ▓▓▓ came from a Mexikanami leader at USP Beaumont and that the order was delivered to a "sergeant" in his (Delgado's) gang here at FCIM Beaumont.

1. The inmate requested witness(es).

FOI EXEMPT x

HCDA000101

DISCIPLINE HEARING OFFICER REPORT
U.S. DEPARTMENT OF JUSTICE

BP-S305.052 MAY 94
FEDERAL BUREAU OF PRISONS

2. The following persons were called as witnesses at this hearing and appeared. (Include each witnesses' name, title, reg number and statement as appropriate.)

3. The following persons requested were not called for the reason(s) given:

| 4. Unavailable witnesses were requested to submit | Yes | | No | X | N/A | |

C. Documentary Evidence: In addition to the Incident Report and Investigation, the DHO considered the following documents:

Memos from: Officer Wooding, Mr. T. Lewis, Officer Carter, Officer Wolf, Officer LaBier, Officer Glass, Officer Dixon, Counselor Williams, K. Denny, Officer Linton, Officer Perkins, Officer Landon, Officer Griffin, Officer Stivender, and Lt. Ponzio.

Injury Assessments for victims.

Photos of victims, clothing, weapons and crime scene.

D. Confidential information was used by DHO in support of his findings, but was not revealed to the inmate. The confidential information was documented in a separate report. The confidential information has been (confidential informants have been) determined to be reliable because:

IV. FINDINGS OF THE DHO

| X | A. The act was committed as charged. | | | |
| | B. The following act was committed: | Offense Code(s) | | |
| | C. Summary of charges: | | | |
| | D. No prohibited act was committed: Expunge according to Inmate Discipline | | | |

V. SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations, written documents, etc.)

I find that you committed the prohibited act of Attempted Killing. My decision is based in part on the written account of SIS Lt. Clark, who provided in the incident report that on May 26, 2002, you and other members of the prison gang Mexikanami collectively tried to kill inmates ██████ and ██████ by stabbing them several times. ██████ and ██████ are members of the prison gang Border Brothers. Both inmates sustained life-threatening stab wounds. Specifically, inmate ██████ sustained 16 stab wounds to his body and inmate ██████ sustained 23 stab wounds. One of the victims identified you as stabbing him repeatedly while your associates kicked and punched him. Lt. Clark's account is supported by the staff memos, photos and injury assessments listed in section III-C of this report. Both inmates required surgery/emergency medical treatment for the injuries sustained.

FOI EXEMPT
CENTRAL FILE

HCDA000102

DISCIPLINE HEARING OFFICER REPORT         BP-S305.052 MAY 94
U.S. DEPARTMENT OF JUSTICE         FEDERAL BUREAU OF PRISONS

I also considered your statements to me during the DHO hearing. Specifically, you denied participating in the attack on inmates ███████ and ███████. However, you admitted to me that you are a leader of the Mexikanami but you did not order the other Mexikanami to attack ███████ and ███████ You also indicated that the order to attack ███████ and ███████came from the Mexikanami at USP Beaumont and was to delivered to a "sergeant" in your Mexikanami gang. You also told me that you went with the other Mexikanami to NB Unit and watched them attack ███████ and ███████ but did not help.

Even though you claim you did not order the attack nor actively participate, I find you are responsible for the attack on ███████ and ███████ As a leader of the Mexikanami, you would have a great influence on the actions of your other gang members. You apparently had full knowledge that this attack was going to occur and accompanied your fellow gang members when the attack occurred. I believe that if you had exercised your authority as a leader of this gang, you could have prevented the attack from occurring. Furthermore, as provided by Lt. Clark, one of the victims identified you as one of the inmates stabbing him. Considering that in conjunction with your statements to me, I find you were likely an active participant in the attempted killing of the other inmates.

Based on the above, I find the greater weight of the evidence supports that you committed the prohibited act stated above.

## VI. SANCTION OR ACTION TAKEN

| | | | | | | |
|---|---|---|---|---|---|---|
| Disciplinary Segregation | No. of Days | 60 | Suspended | Yes | No | x |
| Recommend Disciplinary Transfer | No. of Days | | Suspended | Yes | No | x |
| Disallow Good Conduct Time | No. of Days | 41 | Suspended | Yes | No | x |
| Lose Commissary, Phone and Visiting Privileges | No. of Days | 365 | Suspended | Yes | No | x |

| Previously suspended sanction being executed | Yes | | No | X | Report # | |
|---|---|---|---|---|---|---|

Recommendation by the DHO:

## VII. REASON FOR SANCTION OR ACTION TAKEN

The sanction(s) was/were imposed to punish you and to deter you from attempting to assault other. Your actions could have resulted in the death of two other inmates and placed staff in serious danger. This also posed a significant threat to the security of the institution. Although harsh sanctions are warranted by the very nature of this incident, lesser sanctions were imposed due to your admissions to me during the DHO hearing.

## VIII. APPEAL RIGHTS : The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action. The inmate has been advised of his right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

| | Yes | X | No | |
|---|---|---|---|---|

## IX. DISCIPLINE HEARING OFFICER

| Printed Name | | Signature | | Date |
|---|---|---|---|---|

FOI EXEMPT
CENTRAL

HCDA000103

| Larry Weston | | | |
|---|---|---|---|
| DELIVERED TO INMATE | DATE | | 06-27-02 |
| (This form may be replicated in WP) | | 6.28.02 | TIME |

Replaces BP-304(52) of JAN 88

HCDA000104

# INCIDENT REPORT

## PART I - INCIDENT REPORT

| | | | |
|---|---|---|---|
| **1. NAME OF INSTITUTION:** FCIM Beaumont | | | #996566 |

| **2. NAME OF INMATE:** Thomas Delgado | **3. REGISTER NUMBER:** 80261-079 | **4. DATE OF INCIDENT:** 5-26-2002 | **5. TIME:** 6:10 P.M. |
|---|---|---|---|
| **6. PLACE OF INCIDENT:** Unit NB | **7. ASSIGNMENT:** Unassigned | **8. UNIT:** SHU (Unit MA) | |

**9. INCIDENT:** Attempted Killing / Conduct Which Disrupts the Security or Orderly Running of the Institution / Possession of a Weapon / Being in an Unauthorized Area

**10. CODE:** 100A / 199 / 104 / 316

**11. Description of Incident** (Date: 5-31-02 Time: 8:30 A.M. Staff became aware of incident)

At approximately 4 p.m., on May 30, 2002, an investigation revealed on May 26, 2002, at approximately 6:10 p.m., inmate Thomas Delgado, Reg. No. 80261-079, collectively with additional suspects and associates of the Disruptive Group Mexikanemi, entered Unit NB armed with homemade metal weapons and attempted to kill inmates ▬▬▬▬▬▬▬▬▬▬▬ and ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬, in the common area of the unit, due to their association with the Security Threat Group Border Brothers. As this incident was gang related and resulted in life-threatening injuries, the entire institution was placed on lockdown. All normal operations ceased in an attempt to ensure the safety of staff and inmates. Inmates identified as associate, suspects and members of the Disruptive Group Mexikanemi and the Security Threat Group Border Brothers were placed into the Special Housing Unit. Both victims were transported to an outside hospital for advanced life saving medical treatment. During an initial search of the crime scene, staff recovered twelve homemade weapons used during the assault. Inmate ▬▬▬▬▬▬▬▬▬▬▬▬ suffered twenty-three puncture wounds to his head, chest, arm, shoulder, hand, and back, and underwent emergency surgery for a punctured intestine. He was listed in critical condition. Inmate ▬▬▬▬▬▬▬▬▬ sustained approximately sixteen stab wounds to his neck, shoulder, arms, chest and back. Inmate ▬▬▬▬▬▬▬ was treated for a possible punctured lung and returned to the institution Health Services Unit. Specifically, inmate Delgado was identified by one of the victims as stabbing him repeatedly, while the additional assailants were punching, kicking and stabbing him in this attempted murder.

| **12. SIGNATURE OF REPORTING EMPLOYEE:** *R.L. Clark* | **TIME/DATE:** 8:30 A.M. / 5-31-02 | **13. NAME AND TITLE (Printed):** R.L. Clark, SIS Lieutenant |
|---|---|---|
| **14. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY:** *R.L. Clark* | **15. DATE INCIDENT REPORT DELIVERED** 5/31/02 | **16. TIME INCIDENT REPORT DELIVERED** 10:00 AM |

## PART II - COMMITTEE ACTION

**17. COMMENTS OF INMATE TO COMMITTEE REGARDING ABOVE INCIDENT:**

INMATE DECLINED TO APPEAR BEFORE THE UDC

**18. A. IT IS THE FINDING OF THE COMMITTEE THAT YOU:**

___ COMMITTED THE FOLLOWING PROHIBITED ACT.

___ DID NOT COMMIT A PROHIBITED ACT.

**B.** ✓ THE COMMITTEE IS REFERRING THE CHARGE(S) TO THE DHO FOR FURTHER HEARING

**C.** ___ THE COMMITTEE ADVISED THE INMATE OF ITS FINDINGS AND OF THE RIGHT TO FILE AN APPEAL WITHIN 15 CALENDAR DAYS.

**19. COMMITTEE DECISION IS BASED ON THE FOLLOWING INFORMATION:**

DUE TO SEVERITY OF THE CHARGES AND LACK OF APPROPRIATE SANCTIONS, UDC REFERS TO THE DHO

**20. COMMITTEE ACTION AND/OR RECOMMENDATION IF REFERRED TO DHO (CONTINGENT UPON DHO FINDING INMATE COMMITTED PROHIBITED ACT):**

UDC RECOMMENDS DISCIPLINARY TRANSFER, LOSS OF GCT, DISCIPLINARY SEGREGATION AND OTHER APPROPRIATE SANCTIONS.

**21. DATE AND TIME OF ACTION** 5-31-02 (THE UDC CHAIRMAN'S SIGNATURE NEXT TO HIS NAME CERTIFIES WHO SAT ON THE UDC AND THAT THE COMPLETED REPORT ACCURATELY REFLECTS THE UDC PROCEEDINGS.)

| S. ALLEN | R. SWANSON | FOI EXEMPT |
|---|---|---|
| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |

Record Copy - Central File Record;  Copy - DHO;  Copy - inmate after UDC Action;  Copy - Inmate Systems;  Copy - Inmate within 24 hours of Part I preparation

| PART III - INVESTIGATION | 22. DATE AND TIME INVESTIGATION BEGAN:<br><br>5-31-02 1300 |
| --- | --- |

23. INMATE ADVISED OF RIGHT TO REMAIN SILENT: YOU ARE ADVISED OF YOUR RIGHT TO REMAIN SILENT AT ALL STAGES OF THE DISCIPLINARY PROCESS BUT ARE INFORMED THAT YOUR SILENCE MAY BE USED TO DRAW AN ADVERSE INFERENCE AGAINST YOU AT ANY STAGE OF THE INSTITUTIONAL DISCIPLINARY PROCESS. YOU ARE ALSO INFORMED THAT YOUR SILENCE ALONE MAY NOT BE USED TO SUPPORT A FINDING THAT YOU HAVE COMMITTED A PROHIBITED ACT

THE INMATE WAS ADVISED OF THE ABOVE RIGHT BY: D. Arellano, Lieutenant. AT (DATE/TIME) 05-31-02 1300

24. INMATE STATEMENT AND ATTITUDE:

Inmate Delgado #80261-079 was advised of his rights as stated and was given a copy of this report for his retention. Inmate Delgado acknowledged his rights.  Inmate Delgado made the following statement when asked about the charges,"I am not guilty I didn't do anything . " Inmate  maintained a fair attitude during this interview.

25. OTHER FACTS ABOUT THE INCIDENT, STATEMENTS OF THOSE PERSONS PRESENT AT SCENE, DISPOSITION OF EVIDENCE, ETC.

 Inmate Delgado was given the opportunity to have witnesses, which he declined.

See attached medical reports completed on 05-26-02.
See attached memorandums of staff witnesses.
See attached photos.
All other know facts are contained in sections 11 of this incident report.

26. INVESTIGATOR'S COMMENTS AND CONCLUSIONS:

Based on the body of the report as written by the reporting staff member, and the information received during the investigation, which reveals the victim identifying inmate Delgado as one of the assailants who assaulted him, is my conclusion that the report is accurate and the charges are valid.

27. ACTION TAKEN:

Inmate Delgado will remain in Special Housing Unit pending a  UDC/ DHO hearing for further disposition.

DATE AND TIME INVESTIGATION COMPLETED: 05-31-02 130

PRINTED NAME/SIGNATURE OF INVESTIGATOR :  D. ARELLANO  TITLE: Lieutenant

BP-S307.052   **WAIVER OF APPEARANCE**   CDFRM
MAY 94

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

_BMM_
Institution

I _DELGADO   80261-079_, have been advised of my right to appear before
  Name/Register No.

the _UDC_ on _6-3-02_. I do not wish to
    UDC, DHO, SRO         Date

appear, and I hereby waive that right.

_x Thomas Delgado_
Inmate Signature

_80261-079_
Register Number

Witness: _S. ALLEN_
    Staff Member Printed Name/Signature

_6-3-02_
Date

---

I saw
inmate _____ at _____ at _____
    Inmate Name/Register No.         Time/Date

                      and advised the inmate of the right to
                      appear
  Specific Location e.g. Cell No.

before the _____ on _____ . The inmate
      UDC, DHO, SRO        Date         declined

to appear at the hearing, but refused to sign a Waiver of Appearance.

_____
Staff Member Printed Name/Signature

_____
Second Staff Witness Printed Name/Signature

(This form may be replicated via WP)        Replaces BP-307(52) of JAN 88

**FOI EXEMPT**

BP-S293.052  INMATE RIGHTS AT DISCIPLINE HEARING  CDFRM
MAY 94
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

Institution: *BMM*

As an inmate charged with a violation of Bureau of Prisons rules or regulations referred to the Discipline Hearing Officer (DHO) for disposition, you have the following rights:

1. The right to have a written copy of the charge(s) against you at least 24 hours prior to appearing before the Discipline Hearing Officer;

2. The right to have a full-time member of the staff who is reasonably available to represent you before the Discipline Hearing Officer;

3. The right to call witnesses (or present written statements of unavailable witnesses) and to present documentary evidence in your behalf, provided institutional safety would not be jeopardized;

4. The right to present a statement or to remain silent. Your silence may be used to draw an adverse inference against you. However, your silence alone may not be used to support a finding that you committed a prohibited act;

5. The right to be present throughout the discipline hearing except during a period of deliberation or when institutional safety would be jeopardized. If you elect not to appear before the DHO, you may still have witnesses and a staff representative appear on your behalf;

6. The right to be advised of the DHO's decision, the facts supporting that decision, except where institutional safety would be jeopardized, and the DHO's disposition in writing; and,

7. The right to appeal the decision of the DHO by means of the Administrative Remedy Procedure to the Regional Director within 20 calendar days of notice of the DHO's decision and disposition.

I hereby acknowledge that I have been advised of the above rights afforded me at a hearing before the Discipline Hearing Officer. I have further been advised that if I have previously received either a presumptive or effective parole date from the Parole Commission, a finding by the DHO that I committed the prohibited act(s) may result in a rescission or retardation by the Parole Commission of the presumptive or effective parole date.

Signed: _____     Reg. No.: _80261-079_ Date: _6-3-02_
                Inmate Signature

Notice of rights given to inmate (Date/time): _6-3-02 255p_

by: _D. SWANSON_ _____
                Staff Printed Name/Signature

(This form may be replicated via WP)                    Replaces BP-S293(52) of JAN 88.

**FOI EXEMPT**

1

BP-S294.052 **NOTICE OF DISCIPLINE HEARING BEFORE THE (DHO)** CDFRM
MAY 94
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

Institution: *BMM*
Date: *6-3-02*

TO: *DELGADO, THOMAS*                          Reg. No.: *80261-079*
ALLEGED VIOLATION(S): *KILLING (ATTEMPTED)*     *DISRUPTIVE CONDUCT*
*POSSESSING A WEAPON*                           *BEING IN UNAUTHORIZED*

DATE OF OFFENSE: *5-26-02*          Code No.: *100(A), 199, 104  316*

You are being referred to the DHO for the above charge(s).

The hearing will be held on: *NEXT AVAILABLE DOCKET* at _____ (A.M./P.M.) at the following location:
*SHU HEARING ROOM*

You are entitled to have a full-time staff member represent you at the hearing. Please indicate below whether you desire to have a staff representative, and if so, his or her name.

I (do) _____ (do not) __✓__ wish to have a staff representative.

If so, the staff representative's name is: _____

You will also have the right to call witnesses at the hearing and to present documentary evidence in your behalf; provided, calling your witnesses will not jeopardize institutional safety. Names of witnesses you wish to call should be listed below. Briefly state to what each proposed witness would be able to testify.

I (do) _____ (do not) _____ wish to have witnesses.

| NAME: | Can Testify to: |
|-------|-----------------|
|       |                 |
| NAME: | Can Testify to: |
|       |                 |
| NAME: | Can Testify to: |
|       |                 |

The Discipline Hearing Officer will call those witnesses (Staff or Inmate) who are reasonably available, and who are determined by the DHO to have information relevant to the charge(s). Repetitive witnesses and repetitive character references need not be called. Unavailable witnesses may be asked to submit written statements.

If additional space is needed, use the reverse side of this form. Date, sign, and return this form to the DHO.

DATE: *6-3-02*      SIGNATURE: X _____

Notice of hearing before DHO given inmate *6-3-02* by _____  *S. ALLEN* _____
                                          Date/Time              Staff Printed Name/Signature

(This form may be replicated via WP)

Replaces BP-294(52) of JAN 88

**FOI EXEMPT**

HCDA000109



# UNITED STATES GOVERNMENT

## MEMORANDUM

Federal Correctional Institution Medium, Beaumont, TX.

**DATE:**   05/26/02

**MEMORANDUM FOR:**   Operations Lt.

**FROM:**   C. Wooding/Senior Officer

**SUBJECT:**   Body Alarms

On 05/26/02 at approximately 6:00 PM, I was standing on the stairway monitoring the inmates during the ten minute move when I observed several inmates walking into Unit NB. I informed Officer Stivender of what I had noticed, and at about the same time, I saw ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ running out of Unit NB. Another unknown inmate ran out behind inmate ▮ and was standing on the stairs. At that time, Officer Stivender went inside Unit NB, and I observed inmate ▮▮▮▮▮▮▮▮▮▮▮ from Unit NA, and inmate ▮▮▮▮▮▮▮ ▮▮▮ from Unit MB walking out of Unit NB with a large group of inmates. I then heard a loud noise coming out of Unit NB, so I went inside my unit so I could cross over to Unit NB. As I was walking toward Unit NB, Control announced a body alarm in Unit NB. When I got into the Unit I saw one inmate laying on the floor just inside the unit, and another inmate was on the floor upstairs close to cell 429. Both inmate were bleeding, so I helped other responding staff to place the inmates on stretchers and move them out of the Unit. As I was helping out in Unit NB, another body alarm was activated in MB. I ran down the stairs and helped other responding staff to restrain two inmates who were involved in another fight. I placed my hand restraints on one of the inmates, and he was escorted to medical by responding staff. After that body alarm was cleared by the Operations Lt., I returned to Unit NA to finish locking down.

## FOI EXEMPT

HCDA000110



UNITED STATES GOVERNMENT

MEMORANDUM

Federal Correctional Institution Medium, Beaumont, TX.

DATE: 05-26-02

MEMORANDUM   FOR: Lt. Santini

FROM: Dean, Kenny

SUBJECT: response to a body alarm in MB unit

I, officer Dean, was supervising the end of a ten minute move when at approximately 6:15 pm a body alarm went off in unit NB. At that time I immediately made my way up the stairs and into the unit. As I entered I saw officer Stievender standing over an inmate who appeared to be bleeding. My self and officer Wooding grabbed the gurney by the officers office and help the inmate ████████████ onto it. At that time we carried the inmate down the stairs where out side medical was waiting with the medical cart. We placed the inmate onto the cart and he was taken to medical. I went back to my assigned duty post and proceeded to lock the unit down. With the unit secured I passed my unit keys off to officer Lewis and went to the front of the unit to supervise yard recall as per Lt. Santini. During the move at approximately 7:10 pm a second body alarm went off. This body alarm was in front of unit MB. After responding to the alarm I helped to escort an inmate to special housing. Once this was complete I left special housing and posted at the front of unit three until the unit was secured. After the move I went back to my assign duty post.

FOI EXEMPT

HCDA000111



**U.S. Department of Justice**

*Federal Bureau of Prisons*

FCC Beaumont (Medium)                    Beaumont, Texas  77720

26 May 2002

MEMORANDUM FOR  J. Santini
                Operations Lieutenant

FROM:            T. Carter / Senior Officer

SUBJECT:         Disturbance

On 26 May 2002 at approximately 6:10 P.M., I responded to a body alarm in unit NB. When I arrived to unit NB I found two inmates on the floor bleeding. One inmate upstairs, inmate ▮▮▮▮▮▮▮▮▮▮▮▮ and one downstairs, inmate ▮▮▮▮▮▮▮▮▮▮. I assisted other responding staff in loading inmate ▮▮▮▮ on the gurney to be escorted to medical. I then loaded inmate ▮▮▮▮▮ on the gurney and Officer(s) Lewis, Griffin, Linton and myself ran this inmate across the compound to medical. Once these two were in medical I assisted in clearing the recreation yard. I then responded to a body alarm in unit MB. I assisted responding staff in securing two inmates who were fighting, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮▮▮▮. Myself and another Officer escorted these two inmates to special housing. I reported back to the compound and assisted in clearing the recreation yard a unit at a time. When we cleared the recreation yard an emergency count was conducted.  Upon a good verbal we escorted all Mexicanime inmates from their housing units to special housing. I assisted in stripping these inmates and placing them into assigned cells.

**FOI EXEMPT**



**U.S. Department of Justice**

*Federal Bureau of Prisons*

FCC Beaumont (Medium)

Beaumont, Texas 77720

05-26-2002

MEMORANDUM FOR: S. Fauver

Captain

FROM:        José Santini, Lieutenant

SUBJECT:      Incident 05-26-2002, Unit NB

On May 26, 2002 at approximately 6:10 p.m.; control center announced a body alarm in Unit NB. Upon arrival in Unit NB, I observed an inmate covered in blood, ( ███████ ) lying in front of the officers station, responding staff were placing him in a gurney and I assisted to move him down to the Health Services cart. I returned to the housing unit and contacted control center via radio to lock down the institution due to the number of inmates that were involved and reports from responding staff finding homemade weapons. Another inmate ( ██████████ ) was discovered on the second tier of NB also covered in blood, staff placed him in a gurney and carried him across the compound to the Health Services Area. A number of inmates in Unit NB were being none compliant with staffs orders and OC gas was brought to the scene. The inmates complied with the orders to lock-in the cross over between Units NA & NB. There was approximately 400 to 500 inmates on the recreation yard at the time of the incident so I requested that control contact the Low and the High for extra staff and requested that chemical munitions be brought to me in case any problem would arise on the recreation yard. Additional staff arrived and we began to clear the recreation yard when a fight broke out in front of Unit MB. The inmates were separated and taken to the Special Housing Unit. We continued to clear the recreation yard, unit by unit securing all the inmates in there housing units with out further incidents.

**FOI EXEMPT**

HCDA000113



**UNITED STATES GOVERNMENT**

**MEMORANDUM**

Federal Correctional Complex (Medium), Beaumont, TX.

Date: May 27, 2002

Reply To C. Ponzio

Attn. Of: C. Ponzio, Lieutenant

Subject: Assault in Unit NB and Fight in front of Unit MB

To: J. Santini, Operations Lt.

On May 26, 2002, at approximately 6:10 p.m., the control center announced a bod alarm in unit NB. Staff arrived and observed inmate ███████ lying in a pool of blood with multiple stab wounds in front of th officers station, Health Services was immediately called and responded. As staf began to secure the unit inmate ███████ wa found lying on the floor, in a pool of blood, on the second floor tier wit multiple stab wounds. Both inmates were taken to Health Services , accessed an transported to an outside hospital due to the severity of there wounds. Whil securing the unit eight inmates from various units were found in Unit NB. Inmate ███████████████████████████████████████████████████████████████

███████ these inmates were refusing to be restrained and were in possession c weapons, the Lieutenant on scene requested from control that OC gas be brought t the area. The inmates then complied with the order to be secured in the cross ove area between units NA and NB. The institution was locked down. While inmates wer returning from the recreation yard inmate ███████ began to assault ███████ by repeatedly strikir him in the upper torso and head area with a laundry bag with (4)four sodas in it Both inmates were ordered to separate and complied, they were placed in har restraints and escorted to Health Services. Both inmates were placed in the Specia Housing Unit.

**FOI EXEMPT**

HCDA000114



**U.S. Department of Justice**
*Federal Bureau of Prisons*

---

*FCC Beaumont (Medium)*          *Beaumont, Texas 77705*
                                 May 27, 2002

MEMORANDUM FOR: J. Santini
                Operations Lt.

FROM: G, Stivender
      **Correctional Officer**

SUBJECT: Fight on Unit NB


On date above and at approximately 18:10 Hrs. I Officer Stivender walked out of unit NB during the 10 minute move to observe the inmate traffic to and from the unit. At this time, Officer Wooding advised me that he observed several inmates enter *unit NB that did not belong there. I Officer Stivender then turned* to follow the inmates inside the unit, when inmate ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ran past me leaving the unit. I officer Stivender then realized that something was going on inside of the unit and ran inside. As I entered unit NB Sally Port I did observe several inmates running through out the unit, and at that time I pushed my body alarm. As I entered into the inside unit door, I did observe *an inmate stabbing inmate* ▮▮▮▮▮▮▮▮▮▮ *in the back and* sides of his body. At this time I Officer Stivender ordered the inmate to stop, but the inmate did not comply with my orders and he ran away from me. At this time I chased the inmate to the back of the unit where he ran to a group of Hispanic inmates that ran up the stairs towards the showers. At this time I did stop my chase, because several of the inmates were carrying homemade weapons. I *Officer Stivender then advised Operations Lt. Santini that Medical* assistance was needed on the unit and did continue to observe the inmates that were gathered at the showers on the second floor. At this time, Lt. Ponzio entered into the unit and ordered me to lock down my unit. While locking down unit NB I did find a homemade

FOI EXEMPT

weapon beside cell 303, and as I approached cell 428 I did observe an inmate lying on the floor bleeding. Once I had completed locking down unit NB and assuring that the area was secure, I did advise Lt. Ponzio that inmate ████████████████████ was the inmate that I had seen stabbing inmate ████████████████. I also observed that inmate ████ was wearing different clothes when he was escorted from unit NB because he was wearing a white muscle shirt when he was stabbing inmate ████. The white muscle shirt was later located by the upper shower area with blood on it, along with a wet towel that also had blood on it. At approximately 1930 Hrs, myself and Officer Wooding was conducting an area search of the unit NB entrance and unit area, when we located 7 homemade weapons inside the trash can and 6 homemade weapons on the upper floor near the shower area. Nothing else to report.

Cc: FILE

FOI EXEMPT



**UNITED STATES GOVERNMENT**

**MEMORANDUM**

Federal Correctional Institution Medium, Beaumont, TX.

Date:                                                        05/27/02

MEMORANDUM  FOR:    Operations Lieutenant Santini

FROM:              ¨ˉˉ            Senior Officer J. Griffin

SUBJECT:

On the 26th day of May 2002, I was assigned in the position of Compound Officer. At approximately 6:20pm while responding to a Body Alarm in Housing Unit NB. I observed an inmate laying in the common area of housing unit next to the Officers Station. The inmate appeared to have severe lacerations and was bleeding profusely. Next to the inmate was a stabbing weapon approximately 6inches in length. I secured the weapon and began ordering the inmates to return to their cells. While securing the inmates it was brought to my attention that a second inmate was laying on the top tier of the housing unit. This inmate also had severe lacerations and bleeding. While retrieving the Gurney for the transportation of one of the inmates a second stabbing weapon approximately 6inches in length fell to the floor. I secured that weapon and began aiding 3 fellow officers in carrying one of the inmates to Health Services. After the inmate was secured in Health Services, the Operations Lieutenant ordered the lock down of the institution. We then began systematically escorting inmates back to their perspective housing units.

FOI EXEMPT



United States Government

# Memorandum

*Federal Correctional Complex*
*Beaumont, Texas 77720-6015*

DATE: May 26, 2002

REPLY TO Thomas Lewis
ATTN OF: T. Lewis, Drug Treatment Specialist

SUBJECT: Fight in front of Unit MB

TO: Operations Lieutenant

At approximately 6:45 p.m., control announced a yard recall and inmates were being called back to the unit. ▆▆▆▆▆▆▆▆ was standing in front of the Unit MB smoking a cigarette. I witnessed ▆▆▆▆▆▆▆▆▆ swinging his laundry bag and hitting Moreno in the head area 3 to 4 times. The laundry bag contained three cans of soda. I ordered the inmate to stop immediately and stand up against the unit wall. ▆▆▆▆▆▆ ▆▆▆▆ stopped hitting the inmate #1 and dropped his bag on the ground I placed him on the wall and put him in handcuffs.





**UNITED STATES GOVERNMENT**

**MEMORANDUM**

Federal Correctional Institution Medium, Beaumont, TX.

DATE:    05/26/02

MEMORANDUM  FOR:    Operations Lt.

FROM:    C. Wooding/Senior Officer

SUBJECT:    Homemade Weapons

On 05/26/02 between 9:00 PM and 10:00 PM, I found 7 sharpened homemade weapons in Unit NB. Five of the homemade weapons were located inside the trash can on the stairway in front of Unit NB. Two of the weapons were located inside the green cage on the second tier, closest to the mop closet. All of the weapons were given to the compound officer to be brought to the Lt.'s office. No further contraband has been found at this time.

FOI EXEMPT

HCDA000119





**U.S. Department of Justice**

*Federal Bureau of Prisons*

*FCC Beaumont (Medium)*

Beaumont, Texas  77720

05-26-02

MEMORANDUM FOR   Lt. Santini

FROM:          S.O. P. Landon

SUBJECT:        Fight In NB

     I Officer Landon responded to the body alarm approx. 6:10 p.m  When going up to the housing I had found two sharpened weapons on the stairs.  I secured them and then turned them over to Operations Lt.  When I arrived to the unit I saw a inmate laying on the ground bleeding.  I then helped carry the inmate over to medical.  While in medical with the inmate he stated to me he was a paisa.  I then went back to the compound to help secure the housing units. After the units were secured I went to unit NB to take photos of the bloody areas.  While taking photos I found another weapon in the trash can next to the laundry room, which was covered in blood.  Also found two bloody shirts, and a glove with blood on it.  All evidence was taken back to the Lt. office and photos were taken.

FOI EXEMPT

HCDA000120



**U.S. Department of Justice**

**Federal Bureau of Prisons**

F.C.C. Beaumont (Medium)

_____

Beaumont, Texas 77705

MAY 26, 2002

MEMORANDUM FOR: OPERATIONS LIEUTENANT
J. SANTINI

FROM:              SENIOR OFFICER SPECIALIST
C.E. PERKINS

SUBJECT: Response to fight in unit NB

At approximately 6:10pm on 5/26/02, I responded to a body alarm on Unit NB. When I approached unit NB, I was directed to watch several inmates that were standing against the wall by the Operations Lieutenant. Once Unit NB was cleared, I directed the inmates standing against the wall back to their units. I then began pat searching inmates coming off the rec yard and helped secure the compound.

FOI EXEMPT

HCDA000121





**U.S. Department of Justice**

*Federal Bureau of Prisons*

*FCC Beaumont (Medium)*                    Beaumont, Texas  77720

05-26-02

MEMORANDUM FOR  Lt. Santini

FROM:                Officer C. Linton

SUBJECT:             Body Alarm

On 05-26-02 at approximately 6:15 p.m. control announced a body alarm in unit NB. Additional staff was requested and I then responded to the location. Once I arrived to unit NB I observed an inmate lying in a pool of blood on the second tier. Other staff and myself placed the inmate on a stretcher and carried him to medical. Medical staff then took over. No further information.

FOI EXEMPT



LEFT SIDE HEAD/UPPER CHEST
PERKINS          5/26/02          8:00 PM



LEFT SIDE-TORSO
PERKINS          5/26/02          8:00 PM

FOI EXEMPT



LFT FORE ARM

PERKINS     5/26/02     8:00 PM



UPPER BACK

PERKINS     5/26/02     8:00 PM

FOI EXEMPT



MIDDLE/LOWER BACK
PERKINS      5/26/02     8:00 P.M.



LEFT ARM
PERKINS      5/26/02    8:00 P.M.

HCDA000125