UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD JEFFREY PRIBLE,<br>Petitioner, | ' | |
| VS. | ' | 4:09-cv-01896 |
| WILLIAM STEPHENS, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, CORRECTIONAL INSTITUTIONS<br>DIVISION,<br>Respondent. | ' | |

# ORDER

Petitioner's motion seeking leave for petitioner's counsel to use documents redacted in accordance with this Court's June 10, 2014, Protective Order (Dkt. Entry [79]), for the purpose of litigating *Ex parte Herrero*, no. 903122-B, in the 209th District Court of Harris County, Texas, is hereby ordered GRANTED / ~~DENIED~~.

Petitioner's motion seeking leave for petitioner's counsel to provide the Harris County District Attorney's Office and the judge presiding over proceedings in *Ex parte Herrero*, supra, with unredacted copies of protected documents on condition that the 209th District Court issue a protective order providing protection equivalent to that provided in this Court's June 10, 2014, Protective Order is hereby ordered GRANTED / ~~DENIED~~.

Signed this 31st day of August 2015.

Keith P. Ellison
United States District Judge