UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Ronald Jeffrey Prible, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:09-cv-01896 |
| | ) | |
| William Stephens, Director, Texas Department of Criminal Justice, Correctional Institutions Division | ) ) ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF APPEARANCE

PLEASE ENTER the appearance of Assistant United States Attorney Amelia De Los Santos as Lead Attorney and Attorney to be Noticed on behalf of Interested Party the United States Attorney in the above-entitled action in place of Assistant United States Attorney Samuel G. Longoria, who recently retired.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

*s/ Amelia De Los Santos*
Amelia De Los Santos
Assistant United States Attorney
Southern District Bar Number: 632482
Texas Bar Number: 24048309
1000 Louisiana, Suite 2300
Houston, TX 77002
Telephone: (713) 567-9609
Facsimile: (713) 718-3303
E-mail: amelia.de.los.santos@usdoj.gov
*Attorney for Interested Party*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2016 a true and correct copy of the foregoing was served on the following via the Court's ECF system:

James Gregory Rytting
Philip Harlan Hilder
Hilder & Associates, P.C.
819 Lovett Blvd.
Houston, TX 77006−3905
Email: james@hilderlaw.com
Email: philip@hilderlaw.com

Gretchen N Scardino
Reed Scardino LLP
301 Congress Avenue
Suite 1250
Austin, TX 78701
Email: gscardino@reedscardino.com

Edward Larry Marshall
Thomas M Jones
Office of the Attorney General
Capitol Station
PO Box 12548
Austin, TX 78711
Email: edward.marshall@texasattorneygeneral.gov
Email: thomas.jones@oag.state.tx.us

*s/ Amelia De Los Santos*
Amelia De Los Santos
Assistant United States Attorney