UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Ronald Jeffrey Prible

v.                                                               Case Number: 4:09−cv−01896

Nathaniel Quarterman

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:** Courtroom 3A Houston
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 7/7/2016

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion for Leave to File Document – #107
Sealed Event – #108
Motion for Discovery – #109
Motion for Discovery – #115
Motion for Discovery – #123

Date:   June 20, 2016

David J. Bradley, Clerk