United States District Court
Southern District of Texas

**ENTERED**

June 29, 2016

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RONALD JEFFERY PRIBLE,<br>Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | H-09-CV-1896 |
| LORIE DAVIS,[1] Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br>Respondent. | §<br>§<br>§<br>§<br>§ | |

## ORDER

Respondent Lorie Davis has filed a motion to substitute attorney Tina J. Miranda in place of Thomas M. Jones. (Docket Entry No. 129). The Court **GRANTS** Respondent's motion. Ms. Miranda is substituted as lead counsel for Respondent, and Mr. Jones is withdrawn as counsel.

In light of the hearing scheduled for July 7, 2016, the Court **GRANTS** Ronald Jeffery Prible's pending motion for a hearing on his pending discovery motions. (Docket Entry No. 124).

**SIGNED this** 29th **day of** June , 2016.

KEITH P. ELLISON
United States District Judge

---

[1]      Effective May 1, 2016, Lorie Davis succeeded William Stephens as the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice. Pursuant to Rule 25 of the Federal Rules of Civil Procedure, Davis "is automatically substituted as a party." FED.R.CIV.P. 25(d).