IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD JEFFREY PRIBLE, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | NO. 4:09-cv-1896 |
| | § | |
| LORIE DAVIS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

**NOTICE OF APPEARANCE ON BEHALF OF RESPONDENT**

Ronald Jeffrey Pribble is a Texas state inmate seeking federal habeas relief. *See* 28 U.S.C. § 2254. The Court has set a hearing for July 7, 2016. ECF No. 128. Please take notice that Assistant Attorney General George A. d'Hemecourt, who is admitted to practice in this Court, will appear as co-counsel for Respondent at the upcoming hearing.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

ADRIENNE MCFARLAND
Deputy Attorney General
For Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

s/ George A. d'Hemecourt
GEORGE A. D'HEMECOURT
Assistant Attorney General
State Bar No. 24082888
Southern Id. No. 2533916

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
(512) 936-1280 (Facsimile)

ATTORNEY FOR RESPONDENT

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2016, I electronically filed the foregoing document with the clerk of the court for the United States District Court, Southern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means:

James G. Rytting
HILDER & ASSOCIATES, P.C.
james@hilderlaw.com
819 Lovett Boulevard
Houston, TX 77006
(713) 655-9111

   s/ George A. d'Hemecourt
GEORGE A. D'HEMECOURT
Assistant Attorney General