United States District Court
Southern District of Texas
**ENTERED**
July 08, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RONALD JEFFERY PRIBLE, § | |
| Petitioner, § | |
| § | |
| v. § | H-09-CV-1896 |
| § | |
| LORIE DAVIS, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| Respondent. § | |

**ORDER**

On July 7, 2016, this Court held a hearing to address pending motions relating to the habeas corpus action filed by Ronald Jeffery Prible. Pursuant to the parties' briefing and discussion from the hearing, it is hereby **ORDERED** that

- Prible's Motion for Leave to File Ex Parte Motion for Funding for Investigative Assistance (Docket Entry No. 107) is **GRANTED**.

- Prible's sealed motion for investigative assistance (Docket Entry No. 108) is **GRANTED**.

- Prible's Motion for Discovery Seeking Leave to Depose Members of the Prosecution Team, FCI Beaumont Informants, and BOP Personnel (Docket Entry No. 109) is **GRANTED**.

- Prible's Third Motion for Leave to Conduct Discovery (Docket Entry No. 115) is **GRANTED**.

- Prible's Motion for Leave to Depose William Watson, Ph.D. (Docket Entry No. 123) is **DENIED WITHOUT PREJUDICE** to refiling after the completion of the other discovery is this case.

Insofar as the Court has authorized the discovery of documents and records, Prible may subpoena material from the State and Federal departments and agencies identified in the

motions granted by the Court.

**SIGNED this** 8th **day of** July, 2016.

_____
KEITH P. ELLISON
United States District Judge