UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RONALD JEFFREY PRIBLE, <br><br> PETITIONER, <br><br> V. <br><br> LORI DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, <br><br> RESPONDENT. | CASE NO. H-09-CV-1896 |

## [PROPOSED] AGREED SCHEDULING ORDER

1. DEPOSITIONS (other than expert witness depositions) must be completed by: September 15, 2017

2. EXPERT WITNESSES for PETITIONER will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. October 1, 2017

3. EXPERT WITNESSES for RESPONDENT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. October 15, 2017

4. MOTIONS FOR LEAVE TO DEPOSE EXPERT WITNESSES must be filed by: November 1, 2017

5. PETITIONER'S RESPONSE to RESPONDENT'S MOTION FOR SUMMARY JUDGMENT will be filed by: November 15, 2017

6. MOTION FOR EVIDENTIARY HEARING will be filed by: November 15, 2017

7. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions *in limine*) will be filed by: (Due 90 days prior to evidentiary hearing)

8. WRITTEN DISCOVERY must be completed by: Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

(Due 30 days prior to evidentiary hearing)

9. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*

(Due Monday one week before evidentiary hearing)

10. EVIDENTIARY HEARING will begin at 8:30 a.m.

---

Date

_____
Keith P. Ellison
United States District Judge

6/6/17
Date

*/s/ Metilee Saudine*
Counsel for Petitioner

6-6-2017
Date

*/s/ Jna Miranda*
Counsel for Respondent