| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### HOUSTON DIVISION

Ronald Jeffrey Prible
   *Petitioner,*

v.                                             Case No. 4:09–cv–01896

Devon AndersonNathaniel Quarterman
   *Respondent.*    *Defendant(s).*

# NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING:  **Telephone Conference**

DATE:   6/22/2017

TIME:   04:30 PM

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE**

**515 RUSK COURTROOM 3–A**

**HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN

ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.

**David J. Bradley, Clerk**