United States District Court
Southern District of Texas
**ENTERED**
July 19, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD JEFFERY PRIBLE, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | H-09-CV-1896 |
| | § | |
| LORIE DAVIS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER

Pursuant to the parties' agreed scheduling order, Docket Entry No. 156, the Court sets forth the following deadlines in this case:

1. Depositions (other than expert witness depositions) must be completed by **September 15, 2017**.

2. Expert witnesses for petitioner will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it by **October 1, 2017**.

3. Expert witnesses for respondent will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it by **October 15, 2017**.

4. Motions for leave to depose expert witnesses must be filed by **November 1, 2017**.

5. Petitioner's response to respondent's motion for summary judgment will be filed by **November 15, 2017**.

6. Any motion for evidentiary hearing will be filed by **November 15, 2017**.

Any opposition to a motion for evidentiary hearing will be filed by **November 27, 2017.**

The Court will enter a supplemental scheduling order, if necessary, dependent on the disposition of any motion for evidentiary hearing.

**SIGNED this** ___19th___ **day of July, 2017.**

_____
KEITH P. ELLISON
United States District Judge