United States District Court
Southern District of Texas
FILED
JUL 31, 2017

4:09-CV-01896

DEATH PENALTY CASE. PLEASE MAKE SURE JUDGE SEES THIS!

Sir/Madison, 7-25-17

I TOLD MY ATTORNEY JAMES RYTTING WAY BACK WHEN HE FILED MY MOTION FOR DEPOSITIONS DETECTIVE CURTIS BROWN NAME WAS LEFT OUT. HE TOLD ME IT OKAY WE WILL BE ABLE TO DEPOSE HIM IF YOU GRANT MOTION. I RECENTLY FOUND OUT THAT NOT THE CASE. I DO NOT WANT TO SUFFER FOR MY ATTORNEY MISHAP! (THAT SO MUCH THE CASE FOR US HERE IN THE APPEAL PROCESS WE SUFFER BECAUSE OF OUR ATTORNEY FAILURE.) IS THERE ANY WAY DETECTIVE CURTIS BROWN CAN BE DEPOSED RIGHT NOW PLEASE! HE IS AS MUCH TO BLAME AS SIEGLER FOR

THE CRIMINAL ACT ON SEEGLER BEHALF DONE TO ME AND HERRERO! CURTIS BROWN WAS THE LEAD DETECTIVE ON BOTH CASES AND WENT ALONG WITH IT ALL! HE SEEN HERRERO GO TO TRIAL FOUR MONTHS BEFORE ME (I DID NOT KNOW THEN!) AND THE SAME EXACT THING WITH THE SAME PLAYERS, SAME TEAM PLAY OUT AS TO ME FOUR MONTHS LATER, PLEASE EXCEPT THIS AS A MOTION TO DEPOSE CURTIS BROWN ON MY BEHALF!!!!!!! IT MY LIFE I'M GONNA SPEAK UP! JAMES RUTTING MESSED UP BY NOT PUTTING CURTIS BROWN NAME IN MY MOTION FOR DEPOSITIONS PLEASE DON'T MAKE

ME PAY FOR IT! THIS IS CALLED DUE DILIGENCE ON MY BEHALF! JAMES RYTTING A GREAT ATTORNEY BUT THE TRUTH IS HE HAS TO MANY CLIENTS HERE! THIS IS MY LIFE NO ONE APPRECIATE IT LIKE ME SO I'M GONNA SPEAK UP! I'M NOT A ATTORNEY BUT I'M DOING WHAT I CAN TO HELP MY APPEAL PROCESS, SO PLEASE LET MY ATTORNEY'S DEPOSE CURTIS BROWN! ALSO PLEASE DO NOT LET JAMES RYTTING GET ANY MORE EXTENSIONS! IF HE TO BUSY ME AND GRETCHEN SCARDINO WILL DO OUR BEST! I DO NOT HAVE WORDS TO DESCRIBE GRETCHEN SCARDINO EFFORTS

TO HELP ME! I LOVE BOTH MY ATTORNEYS AND KNOW THEY ARE HEAVEN SENT BUT I SEEN TO MANY GUYS HERE GO TO THAT SLAUGHTER HOUSE IN HUNTSVILLE BECAUSE THEIR ATTORNEYS DID SOMETHING INCORRECT EVERYTHING MUST BE DONE RIGHT AS TO MY APPEAL! JAMES RYTTING NOT GONNA LAY ON THAT GURNEY BECAUSE OF HIS MISTAKE IT GONNA BE ME! SO PLEASE, PLEASE SERIOUSLY CONSIDER THIS MOTION! THANK YOU!

RONALD J. PREBLE JR
*Ronald J. Preble*

RONALD PEOPLE
#699433
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TX
77351

United States Courts
Southern District of Texas
FILED
JUL 31 2017
David J. Bradley, Clerk of Court

NORTH HOUSTON TX
25 JUL 2017 PM 2 L

JUDGE KEITH P. ELLISON
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
515 RUSK ST.
HOUSTON, TX 77002