C.A. NO. 4:09-CV-01896

FILED
APR 30 2018

JUDGE ELLISON,

I HAVE JUST BEEN TOLD BY A RELIABLE SOURCE MY ATTORNEY DID NOT OPPOSE A EXTENSION BY THE ATTORNEY GENERAL. I LIKE THE RECORD TO REFLECT I OPPOSE ALL EXTENSIONS BY THE ATTORNEY GENERAL OR MY OWN ATTORNEY'S. I DO NOT TAKE ONE SINGLE THING FOR GRANTED IN LIFE. I UNDERSTAND JAMES RYTTING AND GRETCHEN SCARDINO ARE GOD MIRACLES TO ME! I KNOW ALL IN GOD PERFECT TIME! I BELIEVE GOD GAVE MY ATTORNEYS TO ME AND WORKS THROUGH THEM TO DELIVER ME FROM THIS WRONGFUL CONVICTION AND HELL OF TEXAS DEATH ROW RIGHT NOW! ONCE AGAIN I DO NOT FEEL JAMES RYTTING HAS MY SENSE OF URGENCY IN MIND. MR RYTTING

HAS MANY CLIENTS HERE. GRETCHEN SCARDINO HAS ONE. I AM ASKING THIS COURT TO PLEASE, PLEASE MAKE GRETCHEN SCARDINO MY FIRST ATTORNEY OF RECORD. I BELIEVE MS. SCARDINO SHARES MY SENSE OF URGENCY. I DO NOT BELIEVE SHE AGREE TO ANY EXTENSION KNOWING THE TERROR THIS PLACE IS TO ME. THESE YEARS AND MONTHS OUT OF MY LIFE ARE NOT DAYS OR SECONDS. I BEEN HERE WRONGLY SO 16 YEARS! MR. RYTTING GOES HOME TO HIS FAMILY AT NIGHT. I STARE AT FOUR PAINTED CHIPPED WALLS. SO IF IT SEEMS LIKE I AM COMPLAINING I AM AND RIGHTFULLY SO I PRAY! SO PLEASE NO MORE EXTENSIONS AND MAKE GRETCHEN SCARDINO MY FIRST ATTORNEY OF RECORD! IF THIS

UNOPPOSED EXTENSION I SPEAK OF DOES NOT EXIST I APOLOGIZE AND JUST CONSIDER THIS THE BABBLING OF A MADMAN. IF HOWEVER MY ATTORNEY DID NOT OPPOSE THE ATTORNEY GENERAL EXTENSION PLEASE HONOR MY REQUEST.

THANK YOU!
RONALD I. PRIBBLE JR
*Ronald Pribble* (signature)
4-23-18

P.S. IT ALWAYS RAINING IN MY HEAD HERE.

2-1-18 VISITATION DEATHROW—

I AM A REAL PERSON! THIS PLACE TRY'S TO DEHUMANIZE ME! I AM AS HUMAN AS ANY ONE ON THE PLANET! THIS PLACE TELLS ME TO SIT DOWN AND STAY THERE! GOD GIVES ME STRENGTH TO STAND UP! EVERYONE MATTERS TO MY FAMILY AND ME! PLEASE HAVE A SENSE OF URGENCY TO MY LEGAL SITUATION! PLEASE! THANK YOU! R.S.

RONALD PEEBLE
#999433
Polunsky Unit
3872 FM 350 South
Livingston, TX
77351

APR 30 2018

JUDGE KEITH P. ELLISON
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
515 RUSK ST.
HOUSTON, TX 77002