4:09-CV-01896

United States Courts
Southern District of Texas
FILED
MAY 03 2018
David J. Bradley, Clerk of Court

JUDGE ELLISON,

I AM FIRING JAMES RYTTING AS MY ATTORNEY OF RECORD. GRETCHEN SCARDINO IS MY LEAD ATTORNEY NOW. IF YOU CHOOSE TO APPOINT SOMEONE TO HELP HER THAT GREAT. IF NOT I UNDERSTAND. IF I NEED TO GIVE YOU MY REASON FOR FIRING MR. RYTTING I CAN. I HOPE IT AS SIMPLE AS ME JUST SAYING HE FIRED AND I NO LONGER WANT HIM AS MY ATTORNEY. I WILL TELL YOU THIS. I HAVE WENT LITERALLY INSANE HERE AT TIMES. I HAVE CAUGHT MY SECOND WIND OF SANITY HERE AND LIVE EVERY-DAY IN FEAR OF GOING INSANE AGAIN! TRUTH IS TEXAS CAN NEVER MAKE RIGHT THE WRONG IT DONE TO ME! I FEAR THAT INSANITY FAR MORE

THAN THE GREEN MILE HUNTSVILLE HAS IN STORE FOR ME. COMPARED TO THE MADNESS OF THIS PLACE IT MIGHT END UP BEING THE EASYEST WALK I EVER TAKE? I KEEP TELLING MYSELF THERE PURPOSE TO ALL THIS! I CANT SAY FOR SURE BUT I BELIEVE THAT TRUE. A BELIEF A STRONG THING! WHEN EVERYTHING ELSE HAS BEEN TAKEN FROM YOU BELIEF THE ONLY THING THAT HELPS YOU TAKE A STEP. THAT STEP LEADS TO HOPE. ALL I CAN DO SOMETIMES IS KEEP ON STEPPING. I ASK JAMES TO TURN OVER ALL DEALING AS TO MY LEGAL TO GRETCHEN. THANK YOU! RONALD J. PREBLE JR

*[signature]* 4-24-18

— A DR. SEUSS QUOTE
"TODAY YOU ARE YOU, THAT IS TRUER THAN TRUE. THERE IS NOONE ALIVE, WHO IS YOUER THAN YOU."

SIMPLE TRUTHS SPEAK VOLUME SOMETIMES! FUNNY HUH!?!

RONALD PEOBLE
#999433
POLUNSKY UNIT
3872 FM 350 South
LIVINGSTON, TX
77351

United States Courts
Southern District of Texas
FILED
MAY 03 2018
David J. Bradley, Clerk of Court

NORTH HOUSTON TX 77
27 APR 2018 PM 8 L

JUDGE KEITH P. ELLISON
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
515 RUSK ST.
HOUSTON, TX 77002

77002-262399