United States District Court
Southern District of Texas
**ENTERED**
May 09, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD JEFFERY PRIBLE, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | H-09-CV-1896 |
| | § | |
| LORIE DAVIS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER

Pursuant to letters written by Texas death row inmate Ronald Jeffery Prible and advisement by his attorneys, the Court removes James G. Rytting as lead counsel. The Court designates Gretchen N. Scardino as attorney-in charge. Both Ms. Scardino and Mr. Rytting will continue representing Prible throughout the course of federal habeas proceedings.

**SIGNED** at Houston, Texas, on this 9th day of May, 2018.

KEITH P. ELLISON
United States District Judge