| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **SOUTHERN DISTRICT OF TEXAS** |

### HOUSTON DIVISION

Ronald Jeffrey Prible
   *Petitioner,*

v.                                  Case No. 4:09–cv–01896

Lorie Davis
   *Respondent.*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING: **Motion Hearing**
RE: Motion for Hearing – #199

DATE: **2/25/2019**

TIME: **02:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                                             Date: February 14, 2019

By Deputy Clerk, A. Rivera