# EXHIBIT C

Sort by: Last Name

*Filter by:*

ALL   ELIGIBLE TO PRACTICE   NOT ELIGIBLE TO PRACTICE   NON-PRACTICING ▼   INACTIVE   DECEASED ▲

VISIT WEBSITE
Download vCard
Tel: 713-526-8247

**KELLY RENEE JALUFKA**

Kelly Siegler and Associates, P.C.

**Primary Practice Location:** Houston, TX

1200 Binz St Ste 1300
Houston, TX 77004

**Practice Areas:** Criminal

Full profile >

The Online Membership Directory provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.