| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### HOUSTON DIVISION

Ronald Jeffrey Prible
 *Petitioner,*

v.                                                                                      Case No. 4:09–cv–01896

Lorie Davis
 *Respondent.*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Telephone Conference**

DATE:   **4/25/2019**

TIME:   **12:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                                        Date: April 24, 2019

By Deputy Clerk, A. Rivera