IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RONALD JEFFREY PRIBLE, § | |
|     Petitioner, § | |
| § | |
| v. § | NO. 4:09-CV-01896 |
| § | |
| LORIE DAVIS, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
|     Respondent's. § | |

**RESPONDENT DAVIS'S ADVISORY TO THE COURT**

Jeffrey Ronald Prible is a Texas state inmate seeking federal habeas relief from his capital murder conviction and death sentence. The Court has set an evidentiary hearing to begin April 29, 2019. ECF No. 212. Pursuant this Court's directive, the Director contacted Kelly Siegler regarding her availability to offer live-video testimony later this week. Ms. Sielger indicated that she is in Burns, Oregon through Friday and will do whatever she can to make herself available to the Court. She indicated she will be available Thursday, May 2, 2019, from 12:00pm to 5:00pm PST (2:00 to 7:00pm CST). She indicated that she could also potentially be available later in the day on Wednesday, May 1, 2019, after her scheduled meetings have concluded, but that she has no way of knowing how long into the afternoon those meetings will run. Ms. Siegler further indicated that her crew would assist her in setting the equipment on her end to facilitate the live-video feed.

Unless the Court has another preference for the manner in which Sielger's live-video testimony is presented to the Court, the undersigned will inquire into whether and how the Director can facilitate the presentation of that testimony. Additionally, given the parties prior agreement regarding Siegler's deposition designations—and in order to best maximize Siegler's—availability for live-video testimony, the Director will propose that the Court accept the parties' previous video-taped deposition designations with respect to Ms. Siegler, and that her live testimony supplement the deposition testimony already give in this cause.

        Respectfully submitted,

        JEFFREY C. MATEER
        First Assistant Attorney General

        ADRIENNE MCFARLAND
        Deputy Attorney General
        for Criminal Justice

        EDWARD L. MARSHALL
        Chief, Criminal Appeals Division

        *s/ Tina J. Miranda*
        TINA J. MIRANDA
        Assistant Attorney General
        Texas Bar No. 24026139
        Southern District Bar No. 27728

        Office of the Attorney General
        Criminal Appeals Division
        P. O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        tina.miranda@oag.texas.gov

Telephone: (512) 936-1600  
Facsimile: (512) 320-8132

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2019, I electronically filed the foregoing document with the clerk of the court for the United States District Court, Southern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means:

Gretchen N. Scardino  
SCARDINO LLP  
gretchen@scardinollp.com  
401 Congress Avenue, Suite 1540  
Austin, Texas 78701  
(512) 443-1667

James G. Rytting  
HILDER & ASSOCIATES, P.C.  
james@hilderlaw.com  
819 Lovett Boulevard  
Houston, TX 77006  
(713) 655-9111

*s/ Tina J. Miranda*  
TINA J. MIRANDA