UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Ronald Jeffrey Prible

v.                                          Case Number: 4:09–cv–01896

Lorie Davis

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 5/2/2019

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Evidentiary Hearing

Date:   May 1, 2019

David J. Bradley, Clerk