| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### HOUSTON DIVISION

Ronald Jeffrey Prible
   *Petitioner,*

v.                                           Case No. 4:09–cv–01896

Lorie Davis
   *Respondent.*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING:  **Telephone Conference**

DATE:  **6/13/2019**

TIME:  **10:30 AM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238. ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                                    Date: June 12, 2019

By Deputy Clerk, A. Rivera