IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD JEFFREY PRIBLE,<br>    Petitioner, | § § § | |
| v. | § § | CIVIL NO. 4:09-CV-01896 |
| LORIE DAVIS,<br>Director, Texas Department of<br>Criminal Justice, Correctional<br>Institutions Division,<br>    Respondent. | § § § § § § | |

**NOTICE OF APPEARANCE OF COUNSEL**

This case involves a federal habeas proceeding pursuant to 28 U.S.C. § 2254 by inmate Ronald Jeffrey Prible. Assistant Attorney General Jay Clendenin hereby enters this appearance of counsel on behalf of Respondent Lorie Davis, Director. The undersigned respectfully asks the District Clerk to note his appearance on the docket and to forward all future pleadings, orders, and other correspondence to the undersigned counsel at P.O. Box 12548, Austin, Texas, 78711-2548 and the e-mail address listed below.

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    JEFFREY C. MATEER
    First Assistant Attorney General

MARK PENLEY
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

*Attorney-In-Charge

s/ Jay Clendenin
JAY CLENDENIN*
Assistant Attorney General
State Bar No. 24059589
Southern District No. 920324

P.O. Box 12548, Capitol Station
Austin, Texas   78711
Tel: (512) 936-1400
Fax: (512) 936-1280
email: jay.clendenin@oag.texas.gov

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

     I do hereby certify that on March 10, 2020, I electronically filed the foregoing pleading with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Filing" to the following presumptive attorneys of record, who consented in writing to accept this Notice as service of this document by electronic means.

| | |
|---|---|
| Gretchen Scardino<br>SCARDINO LLP<br>401 Congress Ave., Suite 1540<br>Austin, Texas 78701<br>gretchen@scardinollp.com | James Rytting<br>HILDER & ASSOCIATES, P.C.<br>819 Lovett Blvd.<br>Houston, Texas 77006<br>james@hilderlaw.com |

Philip Hilder
HILDER & ASSOCIATES, P.C.
819 Lovett Blvd.
Houston, Texas 77006
philip@hilderlaw.com

                              <u>s/ Jay Clendenin</u>
                              JAY CLENDENIN
                              Assistant Attorney General