United States District Court
Southern District of Texas
**ENTERED**
May 20, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RONALD JEFFERY PRIBLE, §
    Petitioner, §
 §
v. § H-09-CV-1896
 §
LORIE DAVIS, Director, §
Texas Department of Criminal Justice, §
Correctional Institutions Division, §
    Respondent. §

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order of May 20, 2020, Ronald Jeffery Prible's Petition for Writ of Habeas Corpus is **CONDITIONALLY GRANTED**. A writ of habeas corpus shall issue unless, within 180 days, the State of Texas either begins new proceedings against Prible or releases him from custody. The Court **DENIES** certification of any issue for appellate consideration.

This is a final judgment.

**SIGNED** at Houston, Texas, on this 20th day of May, 2020.

_____

HON. KEITH P. ELLISON

UNITED STATES DISTRICT JUDGE