IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RONALD JEFFREY PRIBLE,<br>    *Petitioner*,<br><br>v.<br><br>LORIE DAVIS,<br>Director, Texas Department of<br>Criminal Justice, Correctional<br>Institutions Division,<br>    *Respondent*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:09-CV-1896<br>  (Death Penalty Case) |

## NOTICE OF APPEAL

Notice is hereby given that Director Lorie Davis, Respondent in the above-named case, appeals to the United States Court of Appeals for the Fifth Circuit the Memorandum Opinion and Order (ECF No. 245), entered on May 20, 2020, and the Final Judgment (ECF No. 246), entered on May 20, 2020, conditionally granting Petitioner Ronald Jeffrey Prible a writ of habeas corpus.

    Respectfully submitted,

    JEFFREY C. MATEER
    First Assistant Attorney General

    MARK PENLEY
    Deputy Attorney General
    For Criminal Justice

    EDWARD L. MARSHALL
    Chief, Criminal Appeals Division

                    s/ Jay Clendenin
                    JAY CLENDENIN
Assistant Attorney General
State Bar No. 24059589
Southern District Admission No. 920324

Post Office Box 12548, Capitol Station
Austin, Texas 78711
Tel.: (512) 936-1400
Fax: (512) 320-8132
Email: *jay.clendenin@oag.texas.gov*

## CERTIFICATE OF SERVICE

I do herby certify that on June 12, 2020, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

| | |
|---|---|
| Gretchen Scardino | James Rytting |
| SCARDINO LLP | HILDER & ASSOCIATES, P.C. |
| 401 Congress Ave., Suite 1540 | 819 Lovett Blvd. |
| Austin, Texas 78701 | Houston, Texas 77006 |
| gretchen@scardinollp.com | james@hilderlaw.com |

Philip Hilder
HILDER & ASSOCIATES, P.C.
819 Lovett Blvd.
Houston, Texas 77006
philip@hilderlaw.com

                    s/ Jay Clendenin
                    JAY CLENDENIN
Assistant Attorney General