United States District Court
Southern District of Texas

**ENTERED**

August 04, 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD JEFFREY PRIBLE, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:09-CV-01896 |
| | § | |
| LORIE  DAVIS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner Ronald Jeffrey Prible has filed an Emergency Motion for Release on

Bond (Doc. No. 273). The Court requires expedited briefing on the Motion. Respondent

shall file a response on or before Tuesday August 11, 2020. Petitioner's reply, if any, must

be filed by Thursday August 13, 2020.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 4th day of August, 2020.

_____

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE