**UNITED STATES DISTRICT COURT**   **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Ronald Jeffrey Prible
   *Petitioner,*

v.                                          Case No. 4:09–cv–01896

Lorie Davis
   *Respondent.*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Motion Hearing**
RE: Emergency Motion – #273
Motion for Bond – #273

DATE:   **8/17/2020**

TIME:   **03:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                                   Date: August 10, 2020

By Deputy Clerk, A. Rivera