IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RONALD JEFFREY PRIBLE, § | |
| *Petitioner*, § | |
| § | |
| v. § | |
| § | CIVIL ACTION No. 4:09-CV-1896 |
| BOBBY LUMPKIN, § | (Death Penalty Case) |
| Director, Texas Department of § | |
| Criminal Justice, Correctional § | |
| Institutions Division, § | |
| *Respondent*. § | |

**RESPONDENT LUMPKIN'S ADVISORY**

Petitioner Ronald Jeffrey Prible was convicted in a Texas state court of capital murder and sentenced to death for the murders of Esteban Herrera and Nilda Tirado. Following discovery and an evidentiary hearing in this Court, the Court granted Prible conditional habeas relief on his claims two, three, four, five, six, and ten. Mem. Op. & Order, ECF No. 245 at 87–88. Respondent, the Director, has filed a notice of appeal of this Court's judgment. ECF No. 247.

Prible now seeks release on bond pending the resolution of the appeal. Pet'r's Emerg. Mot. for Release on Bond (Motion), ECF 273 at 1–8. The Director filed an opposition to Prible's Motion along with an exhibit containing an affidavit of Oscar Mendoza, the Executive Director of the Texas Department of Criminal Justice (TDCJ). Resp't's Opp. to Motion, Ex. B, ECF No. 276-3. As the Director explained in his opposition, the affidavit was recently filed in a

federal habeas corpus case regarding an inmate incarcerated in the TDCJ Mountainview Unit. Resp't's Opp. to Motion, ECF No. 276 at 27 n.18. The Director now provides the attached Exhibit B, which specifically references the Polunsky Unit.

        Respectfully submitted,

        JEFFREY C. MATEER
        First Assistant Attorney General

        MARK PENLEY
        Deputy Attorney General
        For Criminal Justice

        EDWARD L. MARSHALL
        Chief, Criminal Appeals Division

        s/ Jay Clendenin
        JAY CLENDENIN
        Assistant Attorney General
        State Bar No. 24059589
        Southern District Admission No. 920324

        Post Office Box 12548, Capitol Station
        Austin, Texas 78711
        Tel.: (512) 936-1400
        Fax: (512) 320-8132
        Email: *jay.clendenin@oag.texas.gov*

## CERTIFICATE OF SERVICE

I do herby certify that on August 13, 2020, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

Gretchen Scardino
SCARDINO LLP
401 Congress Ave., Suite 1540
Austin, Texas 78701
gretchen@scardinollp.com

James Rytting
HILDER & ASSOCIATES, P.C.
819 Lovett Blvd.
Houston, Texas 77006
james@hilderlaw.com

Philip Hilder
HILDER & ASSOCIATES, P.C.
819 Lovett Blvd.
Houston, Texas 77006
philip@hilderlaw.com

          s/ Jay Clendenin
          JAY CLENDENIN
          Assistant Attorney General