United States District Court
Southern District of Texas
**ENTERED**
August 18, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD JEFFERY PRIBLE, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | H-09-CV-1896 |
| | § | |
| LORIE DAVIS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order of May 20, 2020, Ronald Jeffery Prible's Petition for Writ of Habeas Corpus is **CONDITIONALLY GRANTED**. A writ of habeas corpus shall issue unless, within 180 days, the State of Texas either begins new proceedings against Prible or releases him from custody. The 180-day time period shall not start until the conclusion of any appeal from the Memorandum Opinion and Order, either by exhaustion of appellate remedies or the expiration of the time period in which to file such appellate proceedings. The Court **DENIES** certification of any issue for appellate consideration.

This is a final judgment.

**SIGNED** at Houston, Texas, on this 17th day of August, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1