United States District Court
Southern District of Texas
**ENTERED**
August 18, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RONALD JEFFREY PRIBLE,<br>   *Petitioner*, | §<br>§<br>§ |
| v. | §CIVIL ACTION No. 4:09-CV-1896<br>§ (Death Penalty Case) |
| BOBBY LUMPKIN,<br>Director, Texas Department of<br>Criminal Justice, Correctional<br>Institutions Division,<br>   *Respondent*. | §<br>§<br>§<br>§<br>§ |

## ORDER

Petitioner's Emergency Motion for Release on Bond is DENIED WITHOUT PREJUDICE.

It is so ORDERED.

SIGNED on this the __17th___ day of ____August_____, 2020.

_____
JUDGE PRESIDING