IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RONALD JEFFREY PRIBLE, § | |
| *Petitioner*, § | |
| § | |
| v. § | CIVIL ACTION No. 4:09-CV-1896 |
| § | (Death Penalty Case) |
| BOBBY LUMPKIN, § | |
| Director, Texas Department of § | |
| Criminal Justice, Correctional § | |
| Institutions Division, § | |
| *Respondent*. § | |

## ORDER

Respondent's Motion for Clarification is GRANTED.

It is so ORDERED.

SIGNED on this the 17th day of August, 2020.

_____
JUDGE PRESIDING