Mr. Ochsner, 4-19-23

I had a full reversal in a Death Penalty case. It was taken away by the Fifth Circuit Court on a technicality that goes against the very rule of Law. Please forward the enclosed to U.S. District Judge Keith Ellison. Please make sure this enclosed letter gets put before Whoever can Grant My request! Thank You Sir and God Bless You! Ronald J Prible

Ronald J. Prible Jr
#999433
Polunsky Unit
3872 FM 350 South
Livingston, Tx. 77351

United States Courts
Southern District of Texas
FILED
APR 24 2023
Nathan Ochsner, Clerk of Court

To Whom it May Concern, 4-19-23

I come to You of sound mind! (I) Promise! I need to remove Gretchen Scardino name as My Attorney of record. I need a new perspective (set of Eyes) as to My legal strategy going forward. I can't tell You how serious this is to Me! I hope You appoint Stacie B. Lieberman. My second choice would be Jonathan D. Landers. No matter Gretchen Scardino name needs to be removed. She is no longer My Attorney! So if You make a choice for new Counsel for Me I trust Your Judgement. In Decision making it not always between Good and Bad but between Bad and Worse. The point is You have to make a decision. I made mine! Thank You! Ronald J. Pruble Jr

Ronald Prible
#999433
Polunsky Unit
3872 FM 350 South
Livingston, TX. 77351

Nathan Ochsner
Clerk of the U.S. District
P.O. Box 61010
Houston, TX. 7720(

NORTH HOUSTON TX 773

United States Courts
Southern District of Texas
FILED
APR 24 2023
Nathan Ochsner, Clerk of Court

77208-101010