UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RONALD JEFFREY PRIBLE, Jr., § § Petitioner, § § v. § CAUSE NO. 4:09-cv-01896 § BOBBY LUMPKIN, Director, Texas § Department of Criminal Justice, Cor- § rectional Institutions Division, § § Respondent. § | |

**O R D E R**

On this date came on to be considered Petitioner's Motion to Substitute Counsel. The Court, after considering same, is of the opinion that it is in the interests of justice to relieve Phil Hilder and James Rytting from their appointment in this case and to appoint the Federal Public Defender and her Capital Habeas Unit in his place. That is, this Court finds the motion should be GRANTED. Accordingly, it is

ORDERED that attorneys Phil Hilder and James Rytting are permitted to withdraw from this case and the Federal Public Defender and her Capital Habeas Unit are substituted in their place.

Signed this _____ day of _____ 2024.

_____
Hon. Keith P. Ellison, U.S. District Judge